- Not an Official Document

| | |
|---|---|
| **Disposition Amount:** | |
| **Docket Text:** | SM-05-221317 |

| | | |
|---|---|---|
| | SRTN - SERVICE RETURN (ATTACHED) | 10 |

| | |
|---|---|
| **Filing Date:** | 23-JAN-2006 |
| **Filing Party:** | |
| **Disposition Amount:** | |
| **Docket Text:** | SRVD 1/17/06 |

| 11 | SMIS - SUMMONS ISSUED |
|---|---|

| | |
|---|---|
| **Filing Date:** | 29-SEP-2005 |
| **Filing Party:** | AIRPORT PROCESS, INC., |
| **Disposition Amount:** | |
| **Docket Text:** | SM-05-221318 |

| | | |
|---|---|---|
| | SRTN - SERVICE RETURN (ATTACHED) | 11 |

| | |
|---|---|
| **Filing Date:** | 10-JAN-2006 |
| **Filing Party:** | AIRPORT PROCESS, INC., |
| **Disposition Amount:** | |
| **Docket Text:** | MB - EXECUTED 10/14/05 |

| 12 | MDFT - MOTION FOR DEFAULT |
|---|---|

| | |
|---|---|
| **Filing Date:** | 06-DEC-2005 |
| **Filing Party:** | WOODIE H THOMAS, III, P.A., |
| **Disposition Amount:** | |
| **Docket Text:** | NC/ AGAINST DONALD L GIBSON & AIRPORT PROCESS INC |

| 13 | ANS - ANSWER |
|---|---|

| | |
|---|---|
| **Filing Date:** | 06-DEC-2005 |
| **Filing Party:** | AIRPORT PROCESS, INC., |
| **Disposition Amount:** | |
| **Docket Text:** | NC |

| 14 | REQP - REQUEST TO PRODUCE |
|---|---|

| | |
|---|---|
| **Filing Date:** | 14-DEC-2005 |
| **Filing Party:** | GLENN , ESQ, RICHARD W |

| Disposition Amount: | |
|---|---|
| **Docket Text:** | NC - OF DOCUMENTS |
| 15 | MOT - MOTION |
| **Filing Date:** | 14-DEC-2005 |
| **Filing Party:** | GLENN , ESQ, RICHARD W |
| **Disposition Amount:** | |
| **Docket Text:** | NC - TO AMEND |
| 16 | ANS - ANSWER |
| **Filing Date:** | 14-DEC-2005 |
| **Filing Party:** | GLENN , ESQ, RICHARD W |
| **Disposition Amount:** | |
| **Docket Text:** | NC - AMENDED ANSWER TO COMPLAINT |
| 17 | SMIS - SUMMONS ISSUED |
| **Filing Date:** | 24-JAN-2006 |
| **Filing Party:** | SERVE-EM, INCORPORATED, |
| **Disposition Amount:** | |
| **Docket Text:** | SM-06-004398 ALIAS |
| SRTN - SERVICE RETURN (ATTACHED) | 17 |
| **Filing Date:** | 06-FEB-2006 |
| **Filing Party:** | |
| **Disposition Amount:** | |
| **Docket Text:** | NC-CORP SERVICE ON 1/31/06 |
| 18 | SMIS - SUMMONS ISSUED |
| **Filing Date:** | 24-JAN-2006 |
| **Filing Party:** | SERVE-EM.COM, INC., |
| **Disposition Amount:** | |
| **Docket Text:** | SM-06-004402 ALIAS |
| SRTN - SERVICE RETURN (ATTACHED) | 18 |
| **Filing Date:** | 06-FEB-2006 |
| **Filing Party:** | |

| Disposition Amount: | |
| --- | --- |
| Docket Text: | NC-CORP SERVICE ON 1/31/06 |

| 19 | SMIS - SUMMONS ISSUED | |
| --- | --- | --- |
| Filing Date: | 24-JAN-2006 | |
| Filing Party: | 1-800-SERVE-EM.COM, INC, | |
| Disposition Amount: | | |
| Docket Text: | SM-06-004403 ALIAS | |

| | SRTN - SERVICE RETURN (ATTACHED) | 19 |
| --- | --- | --- |
| Filing Date: | 06-FEB-2006 | |
| Filing Party: | | |
| Disposition Amount: | | |
| Docket Text: | NC-CORP SERVICE ON 1/31/06 | |

| 20 | SMIS - SUMMONS ISSUED | |
| --- | --- | --- |
| Filing Date: | 24-JAN-2006 | |
| Filing Party: | BIKE-TAXI CORPORATION, | |
| Disposition Amount: | | |
| Docket Text: | SM-06-004404 ALIAS | |

| | SRTN - SERVICE RETURN (ATTACHED) | 20 |
| --- | --- | --- |
| Filing Date: | 06-FEB-2006 | |
| Filing Party: | | |
| Disposition Amount: | | |
| Docket Text: | NC-CORP SERVICE ON 1/31/06 | |

| 21 | SMIS - SUMMONS ISSUED | |
| --- | --- | --- |
| Filing Date: | 24-JAN-2006 | |
| Filing Party: | CORBLET CORPORATION, | |
| Disposition Amount: | | |
| Docket Text: | SM-06-004405 ALIAS | |

| | SRTN - SERVICE RETURN (ATTACHED) | 21 |
| --- | --- | --- |
| Filing Date: | 06-FEB-2006 | |

- Not an Official Document

http://courtcon.co.palm-beach.fl.us/pls/jiwp/ck_public_qry_doct.cp...

| | |
|---|---|
| **Filing Party:** | |
| **Disposition Amount:** | |
| **Docket Text:** | NC-CORP SERVICE ON 1/31/06 |
| 22 | SMIS - SUMMONS ISSUED |
| **Filing Date:** | 24-JAN-2006 |
| **Filing Party:** | GIBSON, ROBERT A |
| **Disposition Amount:** | |
| **Docket Text:** | SM-06-004425 ALIAS |

| | | |
|---|---|---|
| | SRTN - SERVICE RETURN (ATTACHED) | 22 |
| **Filing Date:** | 03-FEB-2006 | |
| **Filing Party:** | GIBSON, ROBERT A | |
| **Disposition Amount:** | | |
| **Docket Text:** | NC/ INDIV SERVICE 01-31-06 | |

| | |
|---|---|
| 23 | NOH - NOTICE OF HEARING |
| **Filing Date:** | 14-FEB-2006 |
| **Filing Party:** | |
| **Disposition Amount:** | |
| **Docket Text:** | NC/ FERUARY 9, 2006 @ 1:00PM |
| 24 | ORD - ORDER |
| **Filing Date:** | 14-FEB-2006 |
| **Filing Party:** | |
| **Disposition Amount:** | |
| **Docket Text:** | NC/ AMENDED COMPLAINT IS GRANTED |

| | |
|---|---|
| | EVERR - EVENT SCHEDULED IN ERROR |
| **Filing Date:** | 26-MAY-2006 |
| **Filing Party:** | |
| **Disposition Amount:** | |
| **Docket Text:** | *none.* |

| | |
|---|---|
| | EVSCH - HEARING EVENT SCHEDULED |

2/11/2007 10:28 PM

| | | |
|---|---|---|
| **Filing Date:** | 26-MAY-2006 | |
| **Filing Party:** | | |
| **Disposition Amount:** | | |
| **Docket Text:** | *none.* | |
| 25 | SMIS - SUMMONS ISSUED | |
| **Filing Date:** | 26-MAY-2006 | |
| **Filing Party:** | 1-800-SERVE-EM, INC, | |
| **Disposition Amount:** | | |
| **Docket Text:** | SM-06-033253 | |
| | SRTN - SERVICE RETURN (ATTACHED) | 25 |
| **Filing Date:** | 06-JUN-2006 | |
| **Filing Party:** | | |
| **Disposition Amount:** | | |
| **Docket Text:** | NB - EXECUTED - 01 JUNE, 2006 | |
| 26 | MDFT - MOTION FOR DEFAULT | |
| **Filing Date:** | 05-JUL-2006 | |
| **Filing Party:** | | |
| **Disposition Amount:** | | |
| **Docket Text:** | NB - | |
| 27 | DFT - DEFAULT | |
| **Filing Date:** | 19-JUL-2006 | |
| **Filing Party:** | | |
| **Disposition Amount:** | | |
| **Docket Text:** | NB/ ENTERED | |
| 28 | MFFJ - MOTION FOR FINAL JUDGMENT | |
| **Filing Date:** | 02-NOV-2006 | |
| **Filing Party:** | THOMAS , ESQ, WOODIE H | |
| **Disposition Amount:** | | |
| **Docket Text:** | NB | |
| 29 | ANS - ANSWER | |

- Not an Official Document

| Filing Date: | 08-NOV-2006 |
| --- | --- |
| Filing Party: | AIRPORT PROCESS, INC., |
| Disposition Amount: | |
| Docket Text: | NB AND DON GIBSON |
| 30 | NOT - NOTICE |
| Filing Date: | 08-NOV-2006 |
| Filing Party: | |
| Disposition Amount: | |
| Docket Text: | NB OF DEPO |
| 31 | MCMP - MOTION TO COMPEL |
| Filing Date: | 08-NOV-2006 |
| Filing Party: | |
| Disposition Amount: | |
| Docket Text: | NB |
| 32 | MEMO - MEMORANDUM |
| Filing Date: | 21-NOV-2006 |
| Filing Party: | |
| Disposition Amount: | |
| Docket Text: | NB |
| 33 | MSTR - MOTION TO STRIKE |
| Filing Date: | 29-NOV-2006 |
| Filing Party: | THOMAS , ESQ, WOODIE H |
| Disposition Amount: | |
| Docket Text: | NB |
| 34 | RRTP - RESPONSE TO REQ TO PRODUCE |
| Filing Date: | 29-NOV-2006 |
| Filing Party: | THOMAS , ESQ, WOODIE H |
| Disposition Amount: | |
| Docket Text: | NB |
| 35 | REQP - REQUEST TO PRODUCE |

- Not an Official Document

http://courtcon.co.palm-beach.fl.us/pls/jiwp/ck_public_qry_doct.cp...

| | |
|---|---|
| **Filing Date:** | 29-NOV-2006 |
| **Filing Party:** | THOMAS , ESQ, WOODIE H |
| **Disposition Amount:** | |
| **Docket Text:** | NB - OF DOCUMENTS |
| 36 | NOF - NOTICE OF FILING |
| **Filing Date:** | 29-NOV-2006 |
| **Filing Party:** | THOMAS , ESQ, WOODIE H |
| **Disposition Amount:** | |
| **Docket Text:** | NB - PLTF'S FIRST SET OF INTERROGATORIES TO DEFT DONALD GIBSON FOR AIRPORT PROCESS INC |
| 37 | RQAD - REQUEST FOR ADMISSIONS |
| **Filing Date:** | 29-NOV-2006 |
| **Filing Party:** | THOMAS , ESQ, WOODIE H |
| **Disposition Amount:** | |
| **Docket Text:** | NB - |
| 38 | COR - CORRESPONDENCE |
| **Filing Date:** | 30-NOV-2006 |
| **Filing Party:** | THOMAS , ESQ, WOODIE H |
| **Disposition Amount:** | |
| **Docket Text:** | NB - MEMORANDUM |
| 39 | AFF - AFFIDAVIT |
| **Filing Date:** | 30-NOV-2006 |
| **Filing Party:** | THOMAS , ESQ, WOODIE H |
| **Disposition Amount:** | |
| **Docket Text:** | NB - OF COSTS |
| 40 | AFF - AFFIDAVIT |
| **Filing Date:** | 30-NOV-2006 |
| **Filing Party:** | THOMAS , ESQ, WOODIE H |
| **Disposition Amount:** | |
| **Docket Text:** | NB - OF INDEBTEDNESS |
| 41 | FJUD - FINAL JUDGMENT |
| **Filing Date:** | 08-DEC-2006 |

2/11/2007 10:28 PM

- Not an Official Document

http://courtcon.co.palm-beach.fl.us/pls/jiwp/ck_public_qry_doct.cp...

| Filing Party: | |
|---|---|
| Disposition Amount: | |
| Docket Text: | (NB) PLT TO RECOVER FROM DFT'S $8375.00 W/ INT |

| | DJ - DISPOSED BY JUDGE | 41 |
|---|---|---|
| Filing Date: | 08-DEC-2006 | |
| Filing Party: | | |
| Disposition Amount: | | |
| Docket Text: | none. | |

| 42 | SGBK - SUGGESTION OF BANKRUPTCY |
|---|---|
| Filing Date: | 18-DEC-2006 |
| Filing Party: | |
| Disposition Amount: | |
| Docket Text: | MB: & MOT. TO SET ASIDE FINAL JDGMT |

| 43 | ORSH - ORDER SETTING HEARING |
|---|---|
| Filing Date: | 16-JAN-2007 |
| Filing Party: | |
| Disposition Amount: | |
| Docket Text: | NB/ THURSDAY FEBRUARY 1, 2007 @ 2:15 pm |

2/11/2007 10:28 PM

IN THE COUNTY COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT, IN AND FOR PALM BEACH
COUNTY, FL
CIVIL DIVISION:  RH
CASE NO.:   50 2005CC012795 XXXX NB

WOODIE H. THOMAS, III, P.A.
     Plaintiff,

vs.

ROBERT A. GIBSON, individually, and
SERVE-EM, INCORPORATED,
     Defendants.
_____/

## ORDER SETTING HEARING

THIS MATTER came before the Court in chambers for review upon Defendant GIBSON's filing on December 18, 2006 of a Suggestion of Bankruptcy and Motion to Set Aside Final Judgment, which the Court treats as a Motion to Vacate Final Judgment as to Defendant Gibson. Upon review of the foregoing and the court file, and being otherwise fully advised, it is

ORDERED AND ADJUDGED that the Motion to Vacate Final Judgment as to Defendant Gibson is set for hearing on **Thursday, February 1, 2007 at 2:15 p.m.** (15 min. reserved) in Courtroom #1 of the North County Courthouse, 3188 PGA Boulevard, Palm Beach Gardens, FL 33410.

DONE AND ORDERED in Chambers at Palm Beach Gardens, Palm Beach County, Florida, on this _12_ day of January 2007.

_Nancy Perez_
NANCY PEREZ
County Court Judge

In accordance with the Americans With Disabilities Act, persons in need of a special accommodation to participate in this proceeding or to access a court service, program or activity shall, within a reasonable time prior to any proceeding or need to access a service, program or activity, contact the Administrative Office of the Court, 205 North Dixie Highway, Room 5.25, West Palm Beach, Florida 33401, Telephone (561) 355-2431, 1-800-955-8771 (TDD), or 1-800-955-8770 (V), via Florida Relay Service.
**SPANISH**
Si Ud. es una persona incapacitada que necesita de un servicio especial para participar en este proceso, Ud. tiene derecho a que le provean cierta ayuda sin costo alguno. Por favor pongase en contacto con el Coordinador de la Oficina Administrativa de la Corte ADA, situada en el 205 North Dixie Highway, Oficina 5.2500, West Palm Beach, Florida, 33401, teléfono ( 561) 355-2431, dentro de los dos (2) próximos días hábiles después de recibir esta [describa la notificación]; si tiene incapacidad de oír ó hablar llame al 1-800-955-8771.
**CREOLE**
Si ou sé yon moun ki Infirm, ki bézwen nínpòt akomodasyon pou ka patisipé nan pwosè sa-a, ou gen dwa, san'l pa kouté'w anyin, pou yo ba'w kèk sèvis. Tanpri kontakté koòdinaté ADA ya nan Biro Administratif Tribinal nan cité Palm Beach la, ki nan 205 North Dixie Highway, Cham 5.2500, West Palm Beach, Florida 33401, niméro téléfonn-nan sé (561) 355-2431, rélé dé (2) jou dé lè ou résévwa [ notis sa-a]; si ou bèbè ou byen soud rélé 1-800-955-8771.
**FRENCH**
Si vous êtes infirme, et en besoin de n'importe accommodation pour pouvoir participer á ces procédures, vous pouvez gratuitement recevoir, certains services.  S'il-vous-plait contactez le coordinateur du Bureau Administratif du Tribunal de Palm Beach, située à 205 North Dixie Highway, Chambre 5.2500, West Palm Beach, Florida 33401, numéro de téléphone (561) 355-2431 durant deux (2) jours suivant la réception de [ cette note]; si vous êtes muets ou sourds, appelez 1-800-955-8771.

Copies furnished:
Robert Gibson
1801 S. Federal Highway, 245C
Delray Beach, FL  33483-3335

Woodie H. Thomas, III, PA
1603 Vision Dr.
Palm Beach Gardens, FL 33418

43

IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

WOODIE H. THOMAS, III, P.A.                    CASE NO. 502005 CC 012795XXXXNB

Plaintiff,                                                     CIVIL DIVISION

v.

ROBERT A. GIBSON, Individually,                 **Suggestion of Bankruptcy and
Motion to Set Aside Final Judgment**

SERVE-EM, INCORPORATED, et al.

Defendants,

Comes now Defendant Robert A. Gibson and notices this court:

1.      That at all times material to this litigation, federal stays have been in effect
pursuant to bankruptcy law under Case No. 05-36640-SHF discharged on October 23,
2006 and additionally under Case No. 03-32460-BKC-SHF as shown on attachments.

2.      Additionally, on information and belief Plaintiff has been fully aware of these
proceedings and has engaged in this litigation purely for harassment purposes.

Wherefore, Defendant request this court set aside Final Judgment and Sanction Plaintiff
as is right and proper.


Monday, December 18th 2006

Defendant,



Robert Gibson
1801 South Federal Highway, 245C
Delray Beach, FL  33483-3335
561.404.5701





ORDERED in the Southern District of Florida on October 23, 2006

Steven H. Friedman
United States Bankruptcy Judge

---

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov
### Division:   West Palm Beach

Case Number: 05-36640-SHF

Chapter: 7

In re:   *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*

Robert A. Gibson
1711 Latham Rd
West Palm Beach, FL 33409

SSN: xxx-xx-8057

CLERK
USBC
SDFL
FILED
10/23/06

## FINAL DECREE

The trustee, Patricia A Dzikowski, having filed a final report that the estate has been fully administered, is discharged and the case is closed.

This Instrument Prepared by:
Brett A. Elam, Esq.
222 Lakeview Avenue, Suite 1330
West Palm Beach, Florida 33401

## BILL OF SALE

KNOW ALL MEN BY THESE PRESENTS that **MICHAEL R. BAKST,**

**TRUSTEE IN BANKRUPTCY FOR SERVE-EM.COM, INC.,** party of the first part, for

and in consideration of the sum of **$40,000.00** lawful money of the United States, to him paid

by **Don Gibson,** party of the second part, the receipt whereof is hereby acknowledged, have

granted, bargained, sold, transferred and delivered, and by these presents does grant, bargain,

sell, transfer and deliver unto the said party of the second part, its heirs, executors,

administrators and assigns, the following goods and chattels:

> The assets of Serve-em.com, Inc., CORBLET CORPORATION,
> a Florida Corporation, CORBADEX CORPORATION, a
> Florida Corporation, 1-800-SERVE-EM, Inc., a Florida
> Corporation, and JURIFUND CORPORATION, a Florida
> Corporation, which includes all software used by and employed
> by Serve-em.com, Inc., CORBLET CORPORATION,
> CORBADEX CORPORATION, 1-800-SERVE-EM, Inc., and
> JURIFUND CORPORATION, including all process server
> application software, world model database, Corbadex, all
> source code, and all other software which has been used in
> Serve-em.com., Inc., CORBLET CORPORATION,
> CORBADEX CORPORATION, 1-800-SERVE-EM, Inc., and
> JURIFUND CORPORATION, the website of Serve-em.com,
> Inc., CORBLET CORPORATION, CORBADEX
> CORPORATION, 1-800-SERVE-EM, Inc., and JURIFUND

1

CORPORATION; the web address of Serve-em.com, Inc., www.serve-em.com; the web address of CORBLET CORPORATION, CORBADEX CORPORATION, 1-800-SERVE-EM, Inc., and JURIFUND CORPORATION; the telephone numbers of Serve-em.com, Inc., CORBLET CORPORATION, CORBADEX CORPORATION, 1-800-SERVE-EM, Inc., and JURIFUND CORPORATION, including 1-800 SERVE EM; all customers of Serve-em.com., Inc., CORBLET CORPORATION, CORBADEX CORPORATION, 1-800-SERVE-EM, Inc., and JURIFUND CORPORATION; the name Serve-Em.Com, without any warranties, representations, or guaranties of any kind. Further, the sale of the assets does not include any accounts receivable, of which the Trustee has already collected, core proceedings, including but not limited to actions pursuant to 11 U.S.C. §§ 547, 548, and 549, nor any causes of action of any of the Debtor entities. This sale does not include any right, title, or interest of the estate and/or the Debtor relating to the contempt order entered as to Infolink Communication Services, Inc., James Kurzweg, as President of InfoLink Communications Services, Inc., and Prieur Leary, nor to the right, title, and/or interest as to the award of damages for said contempt, nor any interest in the Fidelity Federal or Regent Bank bank accounts, nor within the bank accounts of the estate.

**TO HAVE AND TO HOLD** the same unto the said party of the second part, their heirs, executors, administrators and assigns forever. This transfer is made in accordance with the United States Bankruptcy Court for the Southern District of Florida's March 9, 2005 Order Granting Trustee's, Emergency Motion Pursuant to Local Rule 9075 to Sell Property Free and Clear of Liens, Claims, Encumbrances, and Interests, Pursuant to 11 U.S.C. § 363(F), with any Liens, Claims, Encumbrances, and Interests to Attach to Proceeds of Sale, to Approve Bidding Procedures and Motion to Substantively Consolidate. If a conflict arises as to the any of the terms of this bill of sale, the terms of said order shall be controlling.

2

**AND** we do, for ourselves and our heirs, executors and administrators, covenant to and with the said party of the second part, its heirs executors, administrators and assigns, that we are the lawful owners of the said goods and chattels; that they are free from all encumbrances; that we have good right to sell the same aforesaid.

**IN WITNESS WHEREOF,** we have hereunto set our hands and seal this 9th day of March 2005.

Signed, sealed and delivered
in the presence of:

_____
MICHAEL R. BAKST, TRUSTEE

Printed Name: _Rilyn Carnahan_

_Rilyn Carnahan_

Printed Name: _Brett Slam_

STATE OF FLORIDA
COUNTY OF PALM BEACH

I HEREBY CERTIFY that on this day personally appeared before me, **MICHAEL R. BAKST, TRUSTEE IN BANKRUPTCY FOR SERVE-EM.COM, INC.,** to me well known to be the person described herein ___✓___, or, who produced _____ as identification, and who executed the foregoing Bill of Sale, and acknowledged before me that he executed the same freely and voluntarily for the purpose therein expressed.

WITNESS my hand and official seal in the County and State last aforesaid this ___ day of _9th_ March 2005.

_____
NOTARY PUBLIC
My Commission Expires:

3



RANELLE LUCAS JOHNSON
MY COMMISSION # DD 026735
EXPIRES: May 16, 2005
Bonded Thru Budget Notary Services

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA

In re:

SERVE-EM.COM, INC.,
    Debtor.

Case No.: 03-32460-BKC-SHF
Chapter 7 proceeding

## ORDER GRANTING TRUSTEE'S EMERGENCY MOTION PURSUANT TO LOCAL RULE 9075 TO SELL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, PURSUANT TO 11 U.S.C. § 363(f), WITH ANY LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS TO ATTACH TO PROCEEDS OF SALE, TO APPROVE BIDDING PROCEDURES AND MOTION TO SUBSTANTIVELY CONSOLIDATE

THIS MATTER, having come before the Court on the 7th day of March, 2005, in West Palm Beach, Florida pursuant to Michael R. Bakst, as Chapter 7 Trustee's, Emergency Motion Pursuant to Local Rule 9075 to Sell Property Free and Clear of Liens, Claims, Encumbrances, and Interests, Pursuant to 11 U.S.C. § 363(F), with any Liens, Claims, Encumbrances, and Interests to Attach to Proceeds of Sale, to Approve Bidding Procedures and Motion to Substantively Consolidate, the Court having heard argument of counsel, and being otherwise fully advised in the premises, it is:

ORDERED AND ADJUDGED as follows:

1.   The Trustee's Emergency Motion Pursuant to Local Rule 9075 to Sell Property Free and Clear of Liens, Claims, Encumbrances, and Interests, Pursuant to 11 U.S.C. § 363(F), with any Liens, Claims, Encumbrances, and Interests to Attach to Proceeds of Sale, to Approve Bidding Procedures and Motion to Substantively Consolidate is hereby GRANTED.

2. The Court hereby consolidates all the Defendants, CORBLET CORPORATION, a Florida Corporation, CORBADEX CORPORATION, a Florida Corporation, 1-800-SERVE-EM, Inc., a Florida Corporation, and JURIFUND CORPORATION, a Florida Corporation, from the adversary proceeding, adversary proceeding number 04-3018-BKC-SHF-A, with the current bankruptcy proceeding, case number 04-32460-BKC-SHF.

3. The Court further approves the bidding procedures as set forth in the Trustee's emergency motion. The Court finds that the proposed sale comports with the guidelines set forth in 11 U.S.C. § 363(f).

4. The Court finds that this Court has jurisdiction over this matter pursuant to 11 U.S.C. §§ 105, 361, 363(b) and (c), 365(d), and the various other applicable provisions of the Bankruptcy Code and Bankruptcy Rules; venue is properly before this Court pursuant to 28 U.S.C. §§ 1408 and 1409(a).

5. The Trustee has entered into a contract with Don Gibson ("Gibson Contract"), which provides for an all cash sale in the amount of $40,000.00, for the purchase of whatever right, title, and/or interest the estate holds in all of the Debtor's assets and post-petition trade receivables of the Debtor, which the Trustee has not already collected. The sale does not include the estate's right, title, and/or interest in the leases entered by the Defendants and/or the Debtor. Further, the sale of the assets does not include any core proceedings, including but not limited to actions pursuant to 11 U.S.C. §§ 547, 548, and 549, nor any causes of action of any of the Debtor entitles.

6. This sale does not include any right, title, or interest of the estate and/or the

2

Debtor relating to the contempt order entered as to Infolink Communication Services, Inc., James Kurzweg, as President of InfoLink Communications Services, Inc., and Prieur Leary, nor to the right, title, and/or interest as to the award of damages for said contempt. The initial offer, pursuant to the terms of the Gibson Contract, was subject to higher and better offers. Further the sale is without any warranties or representations of any type as to any ownership interest in any of the assets being held by the estate.

7.     The Trustee timely served and filed his Emergency Motion Pursuant to Local Rule 9075 to Sell Property Free and Clear of Liens, Claims, Encumbrances, and Interests, Pursuant to 11 U.S.C. § 363(F), with any Liens, Claims, Encumbrances, and Interests to Attach to Proceeds of Sale, to Approve Bidding Procedures and Motion to Substantively Consolidate on all parties entitled to such service under the Federal and Local Rules of Bankruptcy Procedure.

8.     The Trustee is authorized and empowered to sell and transfer all of the assets of the Debtor, excluding the aforementioned assets, as is, where is, without any representations, or warranties of any nature, including no warranties or representations of any type as to any ownership interest in any of the assets being held by the estate,  free and clear of all liens, claims, encumbrances, or interests to Don Gibson for $40,000.00, which has been determined to be the highest and best offer. The sale is to be closed on March 8, 2005, at which time Don Gibson shall pay the remaining $36,000.00. Further, the Trustee has reserved his right to surcharge secured creditors for his maximizing their return, pursuant to 11 U.S.C. § 506(c).

9.     In the event the buyer does not close on March 8, 2005, then the buyer shall forfeit the down payment in the amount of $4,000.00 as liquidated damages, and the Trustee

shall be authorized and empowered to sell and transfer all assets of the Debtor, as is, where is, without any representations or warranties of any nature, free and clear of all liens, claims, encumbrances, or interests to the back up bidder.

10.     The sale is supported by the sound business judgment of the Trustee, all interested parties have been provided with adequate and reasonable notice, the sale price is fair and reasonable, and the purchaser is acting in good faith. The Court finds that despite the fact that Don Gibson is a creditor of the estate, and is in fact related to the Debtor's principal, Robert Gibson, he is a "good faith purchaser" under 11 U.S.C. § 363(m) and is entitled to the benefits and protections conferred upon a good faith purchaser pursuant to § 363(m).

MICHAEL BAKST

Atty.      ORDERED in the Southern District of Florida on MARCH 9, 2005 directed to mail a conformed copy of this order to all interested parties and to file a certificate of service with the clerk of the Bankruptcy Court.

STEVEN H. FRIEDMAN
UNITED STATES BANKRUPTCY JUDGE

Copies to:
Michael R. Bakst, Trustee, 222 Lakeview Avenue, Suite 1330, West Palm Beach, FL 33041;
Glenn D. Moses, Esq., 100 Southeast Second Street, 36th Floor, Miami FL 33131;
Ronald T. Bevans, Esq., 1221 Brickell Avenue, Suite 2660, Miami, FL 33131;
Steven Clark, Esq., P.O. Box 1107, Londonderry, NH 03053;
Steve Carrigan, Esq., 910 5th Avenue, Seattle, WA 98104;
[Michael R. Bakst, Esq. shall furnish a copy of this Order to all parties listed below and shall file a certificate of service with the Court.]
Robert E. Papes, 1190 Dolphin Road, Riviera Beach, FL 33404;
Don Gibson, 2301 Bay Drive, Pompano Beach, FL 33062;
Robert Gibson, Registered Agent and Director of Corblet Corporation, P.O. Box 15085, West Palm Beach, FL 33416;
Robert Gibson, Registered Agent and Director of Corbadex Corporation, P.O. Box 15085, West Palm Beach, FL 33416;
Robert Gibson, Registered Agent and Director of 1-800-SERVE-EM, Inc., P.O. Box 15085, West Palm Beach, FL 33416;
Robert Gibson, Registered Agent and Director of Jurifund Corporation, P.O. Box 15085, West Palm Beach, FL 33416;
Alan R. Barbee, 900 Osceola Drive, Suite 100, West Palm Beach FL 33409;
U.S. Trustee, 51 S.W. First Ave., Rm 1204, Miami FL 33130

BAE/me

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                    Case No. 05-36640-BKC-SHF
                                                          Chapter  7

ROBERT A. GIBSON

                    Debtor(s).
_____/

## TRUSTEE'S NOTICE OF INTENT TO ABANDON PROPERTY

NOTICE IS HEREBY given that the undersigned Trustee intends to abandon the Trustee's

right, title and interest in the following:

1. "Stock in Bankrupt Companies"– no scheduled value given
2. "Accounts Receivable" described as follows and all scheduled at an "unknown" value:
      Brian Paonessa ($3,000.00)
      Debra Kapa Salon ($5,000.00+)
      Diane Phillips ($25,000.00 mortgage)
      KAS Towing ($1,500.00)
      Nat'l. Association of Professional Process Servers ($500,000.00)
      Ronald Alderic Tasse ($5,000.00+)
3. "Possible malpractice claims against attorneys"–no scheduled value given

The above accounts and/or potential suits are unliquidated and speculative; the Trustee has

insufficient document to pursue or support any of them. The Bankruptcy Companies are currently

being liquidated under Chapter 7 with no excess for shareholders anticipated. The mortgage was

foreclosed by a higher priority mortgagee in 1999.

Objections to the proposed abandonment must be in writing and must be filed with the United

States Bankruptcy Court, The Forum Building, 8th Floor, 1675 Palm Beach Lakes Boulevard, West

Palm Beach, Florida 33401 and served on the Trustee at the address shown below within fifteen (15)

days of the date of the mailing of this Notice.

Pursuant to Bankruptcy Rule 6007, the proposed abandonment will be deemed approved without necessity of a hearing or Order if no objection is filed and served within fifteen (15) days after the date of service of this Notice.

Dated: <u>August 8, 2006.</u>

By <u>s/Patricia Dzikowski</u>
PATRICIA DZIKOWSKI, TRUSTEE
1601 Sawgrass Corporate Parkway
Suite 120
Fort Lauderdale, Florida 33323
(954)835-0770

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                  Case No.  05-36640-BKC-SHF
                                                        Chapter   7
ROBERT A. GIBSON,

                Debtor(s).
_____/

## TRUSTEE'S REPORT OF ABANDONMENT

PATRICIA DZIKOWSKI, TRUSTEE, reports that the following was abandoned pursuant to

the Trustee's Notice of Intent to Abandon Property dated August 8, 2006:

1. "Stock in Bankrupt Companies"– no scheduled value given
2. "Accounts Receivable" described as follows and all scheduled at an "unknown" value:
   Brian Paonessa ($3,000.00)
   Debra Kapa Salon ($5,000.00+)
   Diane Phillips ($25,000.00 mortgage)
   KAS Towing ($1,500.00)
   Nat'l. Association of Professional Process Servers ($500,000.00)
   Ronald Alderic Tasse ($5,000.00+)
3. "Possible malpractice claims against attorneys"–no scheduled value given

DATED this 21st day of September 2006.


                                        by    s/Patricia Dzikowski
                                           PATRICIA DZIKOWSKI, TRUSTEE
                                           1601 Sawgrass Corporate Parkway
                                           Suite 120
                                           Fort Lauderdale, Florida 33323
                                           (954) 835-0770

CGFD28 (9/25/06)



ORDERED in the Southern District of Florida on October 23, 2006

Steven H. Friedman
United States Bankruptcy Judge

## United States Bankruptcy Court
### Southern District of Florida
### www.flsb.uscourts.gov
### Division:  West Palm Beach

Case Number: 05–36640–SHF
Chapter: 7

**In re:**  *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*

Robert A. Gibson
1711 Latham Rd
West Palm Beach, FL 33409

SSN: xxx–xx–8057

CLERK
USBC
SDFL
FILED
10/23/06

## FINAL DECREE

The trustee, Patricia A Dzikowski, having filed a final report that the estate has been fully administered, is discharged and the case is closed.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                              Case No. 05-36640-BKC-SHF
                                                    Chapter  7
ROBERT A. GIBSON

                           Debtor(s).
_____/

**AMENDED CERTIFICATE OF SERVICE**
**(TO ATTACH CORRECT CASE MATRIX)**

  I HEREBY CERTIFY that a correct copy of the Trustee's Notice of Intent To Abandon

Property, dated August 8, 2006, was furnished by first class, United States Mail, postage prepaid, or

by electronic service to all parties on the annexed list on this 24th day of August, 2006.


        By_  s/Patricia Dzikowski_____
        PATRICIA DZIKOWSKI, TRUSTEE
        1601 Sawgrass Corporate Parkway
        Suite 120
        Fort Lauderdale, Florida 33323
        (954) 835-0770

TOWN OF CLOUD LAKE
SWEARING IN & REORGANIZATIONAL MEETING
TOWN COUNCIL CHAMBERS
MARCH 20, 2008 – 8:00 p.m.
AGENDA


CALL TO ORDER

OATH OF OFFICE TO NEWLY ELECTED TOWN OFFICIALS

COUNCIL REORGANIZATION
     1. NOMINATIONS FOR COUNCIL CHAIR
     2. NOMINATIONS FOR COUNCIL VICE CHAIR
     3. APPOINTMENTS/RE-APPOINTMENTS

CONFIRMATION OF DATE AND TIME OF COUNCIL MEETINGS

## <u>NOTICE TO THE PUBLIC CONCERNING TOWN MEETINGS</u>

ANYTIME A TOWN MEETING IS HELD SUCH AS THE TOWN COUNCIL, CAUCUS, COMMITTEES, WORKSHOPS, BOARDS, COMMISSIONS, ETC., AND ANY DECISION MADE AT THESE MEETINGS AFFECT YOU, AND YOU DECIDE TO APPEAL ANY DECISIONS MADE AT THESE MEETINGS WITH RESPECT TO ANY MATTER CONSIDERED, YOU WILL NEED A RECORD OF THE PROCEEDINGS AND, FOR SUCH PURPOSES, YOU MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDING IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS TO BE BASED.  THE TOWN DOES NOT PREPARE OR PROVIDE SUCH A RECORD.

IN ACCORDANCE WITH THE PROVISIONS OF THE AMERICAN WITH DISABILITIES ACT (ADA), THIS DOCUMENT CAN BE MADE AVAILABLE IN AN ALTERNATE FORMAT/LARGE PRINT UPON REQUEST AND SPECIAL ACCOMMODATION CAN BE PROVIDED UPON REQUEST WITH THREE (3) DAYS ADVANCE NOTICE. PERSONS WHO NEED AN ACCOMMODATION IN ORDER TO ATTEND OR TO PARTICIPATE IN THIS MEETING SHOULD CONTACT THE TOWN CLERK AT (561) 686-2815 AT LEAST THREE (3) DAYS PRIOR TO THE MEETING IN ORDER TO REQUEST SUCH ASSISTANCE.

TOWN OF CLOUD LAKE
APPOINTMENTS/RE-APPOINTMENTS

TOWN ATTORNEY:
    Currently:  William P. Doney, Esq., Lead Counsel
               Vance, Doney & MacGibbon, P.A.

BUILDING OFFICIAL:
    Currently:  Lee Leffingwell, CBO

CODE ENFORCEMENT OFFICER:
    Currently:  Lee Leffingwell, CBO

CODE ENFORCEMENT SPECIAL MAGISTRATE:
    Currently:  R. Max Lohman, Esq., Lead Counsel
               Corbett and White, P.A.

EMERGENCY MANAGEMENT COORDINATOR:
    Currently:  Dorothy Gravelin, Town Clerk

ENGINEERING CONSULTANT:
    Currently:  Stuart Cunningham, P.E., P.S.M.
               Cunningham & Durrance Consulting Engineers, Inc

ISSUES FORUM REPRESENTATIVE:
ISSUES FORUM ALTERNATE:
    Currently:  Representative is W. Patrick Slatery, Council Chairman
               Alternate is Dorothy Gravelin, Town Clerk

PALM BEACH COUNTY CREDIT UNION LIAISON:
    Currently:  Dorothy Gravelin, Town Clerk

PALM BEACH COUNTY LEAGUE OF CITIES REPRESENTATIVE:
PALM BEACH COUNTY LEAGUE OF CITIES ALTERNATES:
    Currently:  Representative is Dorothy Gravelin, Town Clerk
               Alternates are Mayor and entire Town Council

PLANNING & ZONING CONSULTANT:
    Currently:  Jack L. Horniman (JLH Associates)

PLANNING & ZONING BOARD:
    Currently:  Town Council

VARIANCE BOARD:
    Currently:  Town Council

Windows Live™

## Important Info on Economic Stimulus Rebate Checks

From: **Mary McCarty** (MMCCARTY@co.palm-beach.fl.us)
Sent: Wed 3/05/08 2:34 PM
To: Fellow Palm Beach Countians (Fellow_Palm_Beach_Countians@co.palm-beach.fl.us)
Cc: Gail Tyndall (Gtyndall@co.palm-beach.fl.us); Kate Scott (KFScott@co.palm-beach.fl.us); Lucia Bonavita
(LBonavita@co.palm-beach.fl.us)

# Millions Who <u>Do Not</u> File Tax Returns <u>Will Not</u> Receive Economic Stimulus "Rebate Checks"

There are millions of people who are eligible for the stimulus payment that normally do not file an income tax return. **It is imperative that local leaders get the word out that to receive the "rebate check" in 2008 a person must file a 2007 Tax Return.**

Key populations that may be unaware of their possible eligibility and need to file include:

? Retirees and people with disabilities living on Social Security Benefits.  (Income from Supplemental Security Insurance payments (SSI) does not qualify.)

?     Individuals who receive Veterans' Disability benefits and recipients of veteran's survivor benefits (these are non-taxable federal benefits)

?     Low-income wage earners and self-employed, particularly those who have not previously filed a Tax Return. (Combat pay counts, even though nontaxable.)

?     People receiving Railroad Payments  (RRB-1099)

Families and individuals who do not file will not receive their "rebate check" and local communities could lose millions of dollars of economic activity, if the stimulus checks are significantly under claimed.

## Potential Barriers to Filing for this Population

Many people in these populations face significant barriers to filing:

•     Those with no taxable income are not eligible to e-file, potentially making it difficult to use free online services such as Free File

•     They cannot afford to pay tax preparation fees and they will generally not be eligible for products that extract tax preparation fees from refunds.

•     They have already been told that they have no filing requirement and do not need to file.

• They are concerned that they will owe the government if they file a return. (If they had no filing requirement, they will not owe taxes and may even be due a refund because of withholding, the Earned Income Tax Credit or other credits.

## What can Community Leaders Do?

Get the word out in your local community. "You must file a tax return to get the stimulus "Rebate Check"

- Direct Taxpayers to free assistance through the IRS, Volunteer Income Tax Assistance (VITA) including the DC EITC campaign and Tax Counseling For the Elderly (TCE) including AARP Tax Aide
- Support free tax preparation in your community and encourage your local professionals to provide service and reduced cost for those who have no filing requirement other than to receive the rebate.

# TOWN OF CLOUD LAKE
## OATH OF OFFICE

I, Stacy Knight Erisey, a citizen of the State of Florida and the United States of America, and a resident of the Town of Cloud Lake, Florida, having been elected to the office of Council Member and may be a recipient of public funds as such elected official, do hereby solemnly swear or affirm that I am entitled to hold Office under the Constitution; that I will faithfully perform all of the duties of the Office of ~~Town Clerk~~ *Council Member* and that I will support the Constitution and Laws of the United States, of the State of Florida, and of the Town of Cloud Lake, Florida.

*Stacy Knight Erisey*

Stacy Knight Erisey

STATE OF FLORIDA
COUNTY OF PALM BEACH

Sworn to, and subscribed before me this 20th day of March, 2008 by Stacy Knight Erisey, who is personally known to me or has produced

identification and has taken the oath (above).

Type of Identification produced *Personally Known*

*Dorothy C. Gravelin*

Signature of Officer Administering Oath or Notary Public –State of Florida

*DOROTHY C. GRAVELIN*

Print or Type Name

DOROTHY C. GRAVELIN
Notary Public - State of Florida
My Commission Expires Aug 10, 2010
Commission # DD 583085

# TOWN OF CLOUD LAKE
## OATH OF OFFICE

I, Dorothy C. Gravelin, a citizen of the State of Florida and the United States of America, and a resident of the Town of Cloud Lake, Florida, having been elected to the office of Town Clerk and being a recipient of public funds as such elected official, do hereby solemnly swear or affirm that I am entitled to hold Office under the Constitution; that I will faithfully perform all of the duties of the Office of ~~Town Clerk~~; and that I will support the Constitution and Laws of the United States, of the State of Florida, and of the Town of Cloud Lake, Florida.

*Dorothy C Gravelin*

Dorothy C. Gravelin

STATE OF FLORIDA
COUNTY OF PALM BEACH

Sworn to, and subscribed before me this _____ day of _____, 2008 by Dorothy C. Gravelin, who is personally known to me or has produced

identification and has taken the oath (above).

Type of Identification produced _____

_____

Signature of Officer Administering Oath or Notary Public –State of Florida


_____

Print or Type Name



FILE NUM 20060688361 OR BOOK/PAGE 21189/1881 DATE: 12/13/2006 12:12:35 Pgs 1881 - 1882, (2pgs)
Sharon R. Bock, CLERK & COMPTROLLER

IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

WOODIE H. THOMAS, III, P.A.          CASE NO.  502005 CC 012795XXXXNB

    Plaintiff,          CIVIL DIVISION

v.

ROBERT A. GIBSON, Individually,

DONALD GIBSON, Individually,

SERVE-EM, INCORPORATED
A Florida Corporation,

SERVE-EM.COM, INC.
A Florida Corporation

1-800-SERVE-EM, INC.
A Florida Corporation

1-800-SERVE-EM.COM, INC.
A Florida Corporation,

BIKE-TAXI CORPORATION
A Florida Corporation

CORBLET CORPORATION
A Florida Corporation,

CORBADEX CORPORATION,
A Florida Corporation

JURIFUND CORPORATION,
A Florida Corporation, and

AIRPORT PROCESS, INC.
A Florida Corporation

    Defendants,

SHARON R. BOCK, CLERK
PALM BEACH COUNTY, FL
NORTH COUNTY BRANCH

2006 DEC -8  PM 5: 10

FILED

41  CH

Jointly and Severally.

_____ /

## FINAL JUDGMENT

This action was heard after entry of default against Defendant's,

IT IS ADJUDGED that Plaintiff, Woodie H. Thomas, III, whose address is 1603 Vision

Drive, Palm Beach Gardens, Florida 33418 from Defendant's **ROBERT A. GIBSON,**

**INDIVIDUALLY, SERVE-EM, INCORPORATED, SERVE-EM.COM, INC., 1-**

**800-SERVE-EM, INC., 1-800-SERVE-EM.COM, INC., BIKE-TAXI**

**CORPORATION, CORBLET CORPORATION, CORBADEX CORPORATION,**

**and JURIFUND CORPORATION**, Florida Corporations the sum of $ 7,940.00 with

costs of $180.00 for service of process for each of the nine (9) Defendant's ($20.00) and

a $255.00 filing fee, making a total of $ 8,375.00, that shall bear interest at the legal rate,

for which let execution issue forthwith.

ORDERED at Palm Beach County, West Palm Beach, Florida on *December 4, 2006*

*Nancy Perez*
COUNTY COURT JUDGE

Copy: Woodie H. Thomas, III, P.A., Woodie H. Thomas, III, 1603 Vision Drive, Palm
Beach Gardens, Florida 33418

*copies to each Defendant*

( 2 )

IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

WOODIE H. THOMAS, III, P.A.

Plaintiff,

v.

ROBERT A. GIBSON, Individually,

DONALD GIBSON, Individually,

SERVE-EM, INCORPORATED
A Florida Corporation,

SERVE-EM.COM, INC.
A Florida Corporation

1-800-SERVE-EM, INC.
A Florida Corporation

1-800-SERVE-EM.COM, INC.
A Florida Corporation,

BIKE-TAXI CORPORATION
A Florida Corporation

CORBLET CORPORATION
A Florida Corporation,

CORBADEX CORPORATION,
A Florida Corporation

JURIFUND CORPORATION,
A Florida Corporation, and

AIRPORT PROCESS, INC.
A Florida Corporation

      Defendants,

Jointly and Severally.

_____/

CASE NO.  502005 CC 012795XXXXNB

CIVIL DIVISION



Defendant(s) Names: ROBERT A. GIBSON, INDIVIDUALLY, SERVE-EM, INCORPORATED, SERVE-EM.COM, INC., 1-800-SERVE-EM, INC., 1-800-SERVE-EM.COM, INC., BIKE-TAXI CORPORATION, CORBLET CORPORATION, CORBADEX CORPORATION, and JURIFUND CORPORATION, Florida Corporations

Address: 1801 South Federal Hwy., Suite 245C

City, State, Zip Code: Delray Beach, FL 33483

Telephone Number: 1-800-737-8336

## AFFIDAVIT OF INDEBTEDNESS

Personally appeared before the undersigned authority, authorized to take acknowledgements and administer oaths, Woodie H. Thomas, III, who after being duly sworn, deposes and says:

1. That he has personal knowledge of the facts hereinafter stated.
2. That he is a practicing attorney at the Bar of the above-styled Court since 1992 and that commercial litigation is one of his primary areas of practice.
3. I certify that all indebtedness incurred by this firm in connection with this matter has not been fully satisfied.
4. The above defendants have defaulted on the attached corrected billing statement, see attached Exhibit "A", dated April 30, 2004 in the sum of $7,940.00 with costs of $180.00 for service of process by the Sheriff for each of the nine (9) Defendant's ($20.00 @) and a filing fee of $225.00 for total cost of $405.00, making a grand total of $8,375.00 due and owing.

Signature of Plaintiff(s)

_Woodie H. Thomas_

Woodie H. Thomas, III

SALVATORE CENTINEO POLLOCK
Comm# DD0436480
Expires 8/28/2009
Bonded thru (800)432-4254
Florida Notary Assn., Inc.

STATE OF FLORIDA:
COUNTY OF PALM BEACH:

Sworn to and subscribed before me this day (month/day/year) _Nov/28/06_ by _Woodie Thomas III_ who is/are personally known to me or has/have produced _FL Drivers License_ as identification.

( 2 )

LAW OFFICE OF

# WOODIE H. THOMAS, III, Ph.D., P.A.
### ATTORNEY AND COUNSELLOR AT LAW

### 1603 VISION DRIVE
### PALM BEACH GARDENS, FLORIDA 33418

**561/622-2900**                                    **Facsimile: 561/624-5124**

## CORRECTED
## BILLING STATEMENT

### April 30, 2004

Mr. Robert A. Gibson, CEO/Chairmen
Corblet Corporation/1-800-Serve Em, Inc.
251 Royal Palm Way, Suite 600A
Palm Beach, Florida 33480-4315
   Re: Serve-Em.Com/Bankruptcy/Wachovia

| Date | Legal Service | Time Charges |
|------|---------------|-------------|
| 4/1/04 | Research Bankruptcy Continuance for adversarial complaint, affidavit, conference calls/e-mails with Trustee Bakst. Draft motion, affidavit, Order for continance. | 8.0 |
| 4/2/04 | Conference call/e-mail with Bakst. Final Draft of motion/order for continuance. | 1.3 |
| 4/5/04 | Conference calls to review Serve-Em strategy, NAPPS, and Bike-Taxi. Review Ltrs. From NAPPS & Wachovia. | .7 |
| 4/6/04 | Conference calls w/client regarding status updates on cases. | .2 |
| 4/8/04 | Meet w/client regarding NAPPS, Barbee/Bakst accounting & BRP, and Bike-Taxi. | .5 |
| 4/8/04 | Initial research and draft NAPPS compliant. | 3.0 |
| 4/9/04 | Conference calls with client, final draft and file NAPPS complaint. | 5.0 |



PLAINTIFF'S EXHIBIT "A"

| | | |
|---|---|---|
| 4/12/04 | Conference call w/attorney Pike regarding Bike-Taxi discovery. Complaining that interrogatories incomplete. Agreed to send letter. | .4 |
| 4/13/04 | Ltr. to Michael Pike, Esq. regarding Bike-Taxi issues. | .5 |
| 4/19-21/04 | Client conference calls and client conference on all legal issues. | 1.0 |
| 4/22/04 | Conference with client and John Key, Esq. regarding legal matters. | .5 |
| 4/27/04 | Hearing on Bakst motion for Gibson contempt for failing to provide documents. | 1.5 |
| 2/28/04 | Conference w/client and John Key, Esq. regarding status of cases and NAPPS and strategy for bankruptcy proceedings. | 2.0 |
| 2/28/04 | Conference calls with Paul Tamaroff/NAPPS and client regarding grievances against Gibson. | .3 |

Total Hours   24.9  @ $225.00 per hour equals $ 5,602.50

| | | |
|---|---|---|
| Photocopies: | @ .25 | $ |
| Court Copies | @ 1.00 | $ |
| Filing Fee: | | $ |
| Service of Process Fees: | | $ |
| Postage:   (Express Mail) | | $ |
| Court Reporter: | | $ |
| Deposition Fee: | | $ |
| Transcripts: | | $ |
| Total Costs: | | $ |

GRAND TOTAL        $  5,602.50

( 2 )

|  |  |  |
|---|---|---|
| Previous Balance Brought Forward | $ | 5,337.50 |
| Less:  Payment Received | $ | 3,000.00 |
| Total New Attorney Time Charges | $ | 5,602.50 |
| Add:  Costs | $ | .00 |
| Discount: | | |
| Total Amount This Bill | $ | |
| Less Retainer | $ | 0.00 |
| Balance Due | $ | 7,940.00 |
| Replenish Retainer ($500 payments every 5 days) | $ | |
| **TOTAL BALANCE DUE** | **$** | **7,940.00** |

**Unless otherwise indicated all bills are due and payable upon receipt.**  Please make check payable to: WOODIE H. THOMAS, III, Ph.D., P.A., and mail to the above address in the previously provided postage paid envelope.

**\*\*\*\*\*\*\* THANK YOU \*\*\*\*\*\*\***

( 3 )

IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

WOODIE H. THOMAS, III, P.A.          CASE NO.  502005 CC 012795XXXXNB

Plaintiff,                                       CIVIL DIVISION

v.

ROBERT A. GIBSON, Individually,

DONALD GIBSON, Individually,

SERVE-EM, INCORPORATED
A Florida Corporation,

SERVE-EM.COM, INC.
A Florida Corporation

1-800-SERVE-EM, INC.
A Florida Corporation

1-800-SERVE-EM.COM, INC.
A Florida Corporation,

BIKE-TAXI CORPORATION
A Florida Corporation

CORBLET CORPORATION
A Florida Corporation,

CORBADEX CORPORATION,
A Florida Corporation

JURIFUND CORPORATION,
A Florida Corporation, and

AIRPORT PROCESS, INC.
A Florida Corporation

     Defendants,

Jointly and Severally.

_____/




Defendant(s) Names: ROBERT A. GIBSON, INDIVIDUALLY, SERVE-EM, INCORPORATED, SERVE-EM.COM, INC., 1-800-SERVE-EM, INC., 1-800-SERVE-EM.COM, INC., BIKE-TAXI CORPORATION, CORBLET CORPORATION, CORBADEX CORPORATION, and JURIFUND CORPORATION, Florida Corporations

Address: 1801 South Federal Hwy., Suite 245C

City, State, Zip Code: Delray Beach, FL 33483

Telephone Number: 1-800-737-8336

## AFFIDAVIT OF COSTS

Personally appeared before the undersigned authority, authorized to take acknowledgements and administer oaths, Woodie H. Thomas, III, Esquire who after being duly sworn, deposes and says:

1. That he/she has personal knowledge of the facts hereinafter stated.
2. Plaintiff has expended the sum of $ 255.00 for filing its complaint; $ 180.00 for nine (9) services of process @ $20.00 each by Sheriff for a grand total Judgment for costs in the amount now due of $ 435.00.

Signature of Plaintiff(s)

_Woodie H. Thomas_

Woodie H. Thomas, III

SALVATORE CENTINEO POLLOCK
Comm# DD0466480
Expires 8/28/2009
Bonded thru (800)432-4254
Florida Notary Assn., Inc.

STATE OF FLORIDA:
COUNTY OF PALM BEACH:

Sworn to and subscribed before me this day (month/day/year) _11/25/06_ by _Woodie Thomas III_ who is/are personally known to me or has/have produced _FL Drivers License_ as identification.

( 2 )

LAW OFFICE OF

# WOODIE H. THOMAS, III, Ph.D., P.A.
## Attorney and Counsellor at Law

1603 Vision Drive
Palm Beach Gardens, Florida 33418

(561) 622-2900

(561) 624-5124 Facsimile

November 27, 2006

The Honorable Nancy Perez
Fifteenth Judicial County Court
North County Courthouse
3188 PGA Blvd.
Palm Beach Gardens, FL 33410
Re: Thomas vs. Gibson et al.
PLAINTIFFS MOTION FOR FINAL JUDGMENT
FOR ATTORNEY FEES AND COSTS
CASE NO.  502005 CC 012795XXXXNB



Dear Judge Perez:

As requested by the Court through Memorandum and returning the said documents,
enclosed is an executed Affidavit of Indebtedness and an Affidavit of Costs on the
Motion for Final Judgment against nine (9) of eleven (11) defendant's excluding Donald
Gibson and Airport Process, Inc.  The Motion for Default and Default against the nine (9)
defendants was entered in July 2006.  I cannot determine the exact date the Default was
entered July 2006 from the conformed copy.

Would you please be so kind as to enter the Final Judgment for damages $7,940.00, and
$405.00 in costs.  The costs are for $255.00 the filing fee and $180.00 for nine (9)
defendant's service of process fees at $20.00 each for a grand total of $8,375.00.  A self-
addressed stamped envelope is enclosed.

Very truly yours,

Woodie H. Thomas, III
Attorney for Plaintiff – Pro Se

WHT/lmt
Enc. Order/Copy/Self-Addressed Envelope/Aff. of Indebtedness/Aff. of Costs

# MEMORANDUM

**O:** ~~Woodie Thomas~~   **CASE NO:** 2005CC012795 RH

_____   **MATTER:** Thomas

**ROM:**   The Honorable Nancy Perez,   v.
County Court Judge   Gibson

**DATE:** 11/24/06

t the Judge's instruction, the attached or referenced correspondence is returned and/or not acted pon for the reason(s) checked below:

___   Original documents not filed in court file.

___   Your Motion _____ must be set through Judicial Assistant for hearing with proper notice to all parties.  Please disregard this memo if your Motion has recently been set and this Memo has crossed in the mail. _____ or submit an agreed order.

___   Hearing has been deleted from the calendar.  Per Administrative Order No. 9.007/2/96, "Prior to scheduling a hearing for any motion before the County Court, other than continuances and extensions of time, the party or attorney noticing the motion shall attempt to resolve that matter and shall certify the good faith attempt to resolve."

___   Rule 2.060(h), Rules of Judicial Administration, requires that the client be notified in advance of the substitution and that the client's written consent to the substitution be filed with the Court.

___   Rule 2.060(I), Rules of Judicial Administration, requires an attorney moving to withdraw from an action to file a motion stating the reasons for withdrawal, and requires that motion to be set for hearing with proper NOTICE of the hearing to be served ON THE CLIENT and adverse parties.

___   The Court will take no further action until the Clerk's Notice to Pay Reopen Fee is complied with.

___   Non Military Affidavit is insufficient.  Please resubmit with information regarding how information was obtained.

___   Proposed Order does not accurately reflect the Court's ruling.

___   Supply the Court with an Order Approving Settlement Stipulation.

___   Supply the Court with a properly executed Affidavit of Prejudgment Interest showing all calculations.

___   Supply the Court with a proposed Final Judgment.

___   Supply the Court with a Default.

_X_   Supply the Court with properly executed Affidavit of Indebtedness.

___   Supply the Court with properly executed Non Military Affidavit.

_X_   Supply the Court with properly executed Affidavit of Costs.

___   Supply the Court with properly executed Affidavit of Attorney's Fees.

___   Supply the Court with authority to support the requested award of attorney's fees.

___   Supply the Court with an Affidavit of independent counsel establishing the reasonableness of attorney's fee request.

___   OTHER: _____

_____

_____

PLEASE RETURN THIS MEMORANDUM WITH YOUR REPLY.  THANK YOU.

IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

WOODIE H. THOMAS, III, P.A.                    CASE NO.  502005 CC 012795XXXXNB

     Plaintiff,                                  CIVIL DIVISION

v.

ROBERT A. GIBSON, Individually,

DONALD GIBSON, Individually,

SERVE-EM, INCORPORATED
A Florida Corporation,

SERVE-EM.COM, INC.
A Florida Corporation

1-800-SERVE-EM, INC.
A Florida Corporation

1-800-SERVE-EM.COM, INC.
A Florida Corporation,

BIKE-TAXI CORPORATION
A Florida Corporation

CORBLET CORPORATION
A Florida Corporation,

CORBADEX CORPORATION,
A Florida Corporation

JURIFUND CORPORATION,
A Florida Corporation, and

AIRPORT PROCESS, INC.,
A Florida Corporation

     Defendants,

Jointly and Severally.

_____/

**FILED**

NOV 2 9 2006

CIRCUIT & COUNTY COURTS
(CIVIL DIV)

 FFK

## REQUEST FOR ADMISSIONS

Plaintiff, Woodie H. Thomas, III, Defendant(s), Donald Gibson and Airport

Process, Inc., admit the truth of the following matters and the genuineness of the

documents described in the request:

**Caveat: If you deny any of the request for admissions, please explain with specificity**

**the reason for the denial.**

1. Admit or deny that the attached composite Exhibit "3" are true and accurate

copies of a settlement agreement and financing statements on behalf of Donald Gibson

and Arlene Gibson.

2. Admit or deny that the attached settlement agreement in the attached

Composite Exhibit "3" remains unsatisfied on behalf of Donald Gibson and Arlene

Gibson.

3. Admit or deny that Woodie H. Thomas, III, P.A. was not listed as debtor listed

in any bankruptcy proceedings.

4. Admit or deny that the sale of assets was "as is" without any representations,
or warranties of any nature, including no warranties or representations of any type as to
any ownership interest in any of the assets being held by the estate in the ORDER
GRANTING TRUSTEE'S EMERGENCY MOTION PURSUANT TO LOCAL RULE
9075 TO SELL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS,
ENCUMBRANCES, AND INTERESTS, PURSUANT TO 11 U.S.C. SECTION 363(f),
WITH ANY LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS TO ATTACH
TO PROCEEDS OF SALE, TO APPROVE BIDDING PROCEDURES AND MOTION
TO SUBSTANTIVELY CONSOLIDATE.

5.  Admit or deny that 1-800-Serve-Em does not exist as a legal entity?

6.  Admit or deny that 1-800-Serve-Em is not a division of Airport Process, Inc.

7.)  Admit or deny there are no documents authorizing Airport Process, Inc. the legal right to use 1-800-Serve-Em?  If denied, please describe the document.

8.  Admit or deny there have been no payments from Airport Process, Inc. to Donald Gibson for the use of 1-800-Serve-Em.

9.  Admit or deny that Corbadex Corporation does not exist as a legal entity?

10.  Admit or deny that Corblet Corporation does not exist as a legal entity?

11.  Admit or deny that there are no documents that demonstrate the attorney fees reflected in the corrected billing statement of April 30 attached to the complaint as Exhibit "A" and attached hereto were not due and owing.

( 2 )

12.  Admit or deny that there are no documents that demonstrate the attorney fees reflected in the corrected billing statement attached to the complaint as Exhibit "A" and attached hereto dated April 30, 2004 were paid.

13.  Admit or deny that the attorney fees reflected in the corrected billing statement attached to the complaint as Exhibit "A" and attached hereto dated April 30, 2004 were paid.

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a copy of the foregoing has been furnished to Mr. Richard W. Glenn, Esq., 4 Harvard Circle, Suite 600, West Palm Beach, FL 33409 on this November 27, 2006.

Respectfully submitted:

Law Office of Woodie H. Thomas, III, P.A.
Attorney and Counsellor at Law
1603 Vision Drive
Palm Beach Gardens, Florida 33418
Office: (561) 622-2900

By: Woodie H. Thomas

Woodie H. Thomas, III, Ph.D., Esq.
Florida & Federal Bar No. 940216

( 3 )

IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

WOODIE H. THOMAS, III, P.A.

    Plaintiff,

v.

ROBERT A. GIBSON, Individually,

DONALD GIBSON, Individually,

SERVE-EM, INCORPORATED
A Florida Corporation,

SERVE-EM.COM, INC.
A Florida Corporation

1-800-SERVE-EM, INC.
A Florida Corporation

1-800-SERVE-EM.COM, INC.
A Florida Corporation,

BIKE-TAXI CORPORATION
A Florida Corporation

CORBLET CORPORATION
A Florida Corporation,

CORBADEX CORPORATION,
A Florida Corporation

JURIFUND CORPORATION,
A Florida Corporation, and

AIRPORT PROCESS, INC.,
A Florida Corporation

    Defendants,

Jointly and Severally.

_____/

CASE NO.  502005 CC 012795XXXXNB

CIVIL DIVISION



FILED

NOV 29 2006

CIRCUIT & COUNTY COURTS
(CIVIL DIV)

## PLAINTIFFS' FIRST SET OF INTERROGATORIES TO
## DEFENDANT, DONALD GIBSON FOR AIRPORT PROCESS, INC.

COMES NOW, the plaintiff, Woodie H. Thomas, III, by and through its

undersigned counsel and pursuant to Rule 1.340, Fla.R.Civ.Pro., propounds its First Set

of Interrogatories to defendant, DONALD GIBSON, numbers 1 through 22, to be

answered under oath and in writing within thirty (30) days from the date of service

hereof.

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been furnished to Mr.

Richard W. Glenn, Esq., 4 Harvard Circle, Suite 600, West Palm Beach, FL 33409 on

this November 27, 2006.

Woodie H. Thomas, III, Esq.
Attorney for Plaintiff
Florida and Federal Bar No. 940216

Woodie H. Thomas, III, Ph.D., P.A.
Attorney and Counsellor at Law
1603 Vision Drive
Palm Beach Gardens, Florida 33418

(561) 622-2900
(561) 624-5124 Facsimile

( 2 )

IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

WOODIE H. THOMAS, III, P.A.              CASE NO.  502005 CC 012795XXXXNB

     Plaintiff,                           CIVIL DIVISION

**FILED**

NOV 2 9 2006

CIRCUIT & COUNTY COURTS
(CIVIL DIV)

v.

ROBERT A. GIBSON, Individually,

DONALD GIBSON, Individually,

SERVE-EM, INCORPORATED
A Florida Corporation,

SERVE-EM.COM, INC.
A Florida Corporation

1-800-SERVE-EM, INC.
A Florida Corporation

1-800-SERVE-EM.COM, INC.
A Florida Corporation,

BIKE-TAXI CORPORATION
A Florida Corporation

CORBLET CORPORATION
A Florida Corporation,

CORBADEX CORPORATION,
A Florida Corporation

JURIFUND CORPORATION,
A Florida Corporation, and

AIRPORT PROCESS, INC.,
A Florida Corporation

     Defendants,

Jointly and Severally.

_____/



## REQUEST FOR PRODUCTION OF DOCUMENTS

COMES NOW the Plaintiff, Woodie H. Thomas, III, P.A., and requests that the Defendants, DONALD GIBSON and AIRPORT PROCESS, INC., produce true and correct copies of the following documents at the offices of the undersigned attorney within 30 days, together with mailing time:

1.) True and correct copies of any and all documents that demonstrate that 1-800-Serve-Em is a division of Airport Process, Inc.

2.) True and correct copies of any and all documents that demonstrate the attached Composite Exhibit "3" final judgment is satisfied on behalf of Donald Gibson and Arlene Gibson.

3.) True and correct copies of any and all documents that gives Airport Process, Inc. the legal right to use 1-800-Serve-Em?

6.  True and correct copies of any and all documents that demonstrate any type of payment or licensing agreement or any other legal relationship between Airport Process, Inc. and Donald Gibson for the use of 1-800-Serve-Em.

7.  True and correct copies of any and all documents that demonstrate the attorney fees reflected in the billing statements were timely denied and not due and owing.

8.  True and correct copies of any and all documents that demonstrate the attorney fees were paid.

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been furnished to Mr. Richard W. Glenn, Esq., 4 Harvard Circle, Suite 600, West Palm Beach, FL 33409 on

( 2 )

this November 27, 2006.

Respectfully submitted:

Law Office of Woodie H. Thomas, III, P.A.
Attorney and Counsellor at Law


1603 Vision Drive
Palm Beach Gardens, Florida 33418
Office: (561) 622-2900

By: _____
Woodie H. Thomas, III, Ph.D., Esq.
Florida & Federal Bar No. 940216

( 3 )

WOODIE H. THOMAS, III, P.A.

    Plaintiff,

v.

ROBERT A. GIBSON, Individually,

DONALD L. GIBSON, Individually,

SERVE-EM, INCORPORATED
A Florida Corporation,

SERVE-EM.COM, INC.
A Florida Corporation

1-800-SERVE-EM.COM, INC.
A Florida Corporation,

BIKE-TAXI CORPORATION
A Florida Corporation

CORBLET CORPORATION
A Florida Corporation,

CORBADEX CORPORATION,
A Florida Corporation

JURIFUND CORPORATION,
A Florida Corporation, and

AIRPORT PROCESS, INC.
A Florida Corporation

    Defendants,

Jointly and Severally.

_____/

CASE NO.  502005 CC 012795XXXXNB

CIVIL DIVISION

FILED

NOV 2 9 2006

CIRCUIT & COUNTY COURTS
(CIVIL DIV)

FFK

## <u>RESPONSE TO REQUEST TO PRODUCE</u>

Plaintiff responds to the request for production served by defendants served on

34