December 12th, 2005.

1.)     Produced. Plaintiff represent all defendants. See Attached No. 1.

2.)     Said documents, if any, are either a matter of public record, court records, bankruptcy records or already previously sent to Donald Gibson or Robert Gibson or to Robert Gibson on behalf of Donald Gibson.

3.)     None except those documents as a matter of public record, court records, bankruptcy records or already previously sent to Donald Gibson or Robert Gibson to Robert Gibson on behalf of Donald Gibson.

4.)     None. Said original checks are in the possession of the various corporations.

5.)     Produced. See No. 1.

6.)     Produced. See No. 1.

7.)     Produced. Numerous attorneys, investors, and creditors in the various lawsuits which are a matter of public record including the bankruptcy proceedings. The systematic scheme by the defendants' was to defraud investors, creditors and the bankruptcy court with the intention to fraudulently convey personal and corporate assets of the defendants' to Airport Process, Inc. to save Donald and Arlene Gibson's investment of retirement monies are well known to the plaintiff. See Attached No 2 and No.3.

8.)     Produced. See Attached No. 1, No. 2, and No. 3. It was the intention of the Defendants to make Airport Process the successor corporation to all of previous corporations and legal entities which was the goal of the legal representation with the Defendant's from its inception until Robert Gibson made it known that it was his intention to dump his girl friend and defraud the various investors and creditors by removing himself and the personal and corporate assets to Manchester, New Hampshire.

9.)     Produced. See the Amended Complaint. See Attached No. 2 and No. 3.

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been furnished to

Mr. Richard W. Glenn, Esq., 4 Harvard Circle, Suite 600, West Palm Beach, FL 33409

( 2 )

by first class U.S. mail on this November 27, 2006.

Respectfully submitted:

Woodie H. Thomas, III, Esq.
Attorney for Petitioner
Florida and Federal Bar No. 940216

Woodie H. Thomas, III, Ph.D., P.A.
Attorney and Counsellor at Law
1603 Vision Drive
Palm Beach Gardens, Florida 33418

(561) 622-2900
(561) 624-5124 Facsimile

( 3 )

IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

WOODIE H. THOMAS, III, P.A.                    CASE NO.  502005 CC 012795XXXXNB

     Plaintiff,                                    CIVIL DIVISION

v.

ROBERT A. GIBSON, Individually,

DONALD GIBSON, Individually,

SERVE-EM, INCORPORATED
A Florida Corporation,

SERVE-EM.COM, INC.
A Florida Corporation

1-800-SERVE-EM, INC.
A Florida Corporation

1-800-SERVE-EM.COM, INC.
A Florida Corporation,

BIKE-TAXI CORPORATION
A Florida Corporation

CORBLET CORPORATION
A Florida Corporation,

CORBADEX CORPORATION,
A Florida Corporation

JURIFUND CORPORATION,
A Florida Corporation, and

AIRPORT PROCESS, INC.,
A Florida Corporation

     Defendant's,

Jointly and Severally.
_____/



06 NOV 29  PM 4: 42
SHARON R. BOCK, CLERK
PALM BEACH COUNTY, FL.
NORTH COUNTY BRANCH
FILED
FFK

## PLAINTIFF'S MOTION TO STRIKE

Plaintiff moves to strike Defendant's, DONALD GIBSON and AIRPORT PROCESS, INC.'s, combined ANSWER OF AIRPORT AND GIBSON TO AMEND COMPLAINT AND MOTION TO DISMISS.

1.) The Florida Rules of Civil Procedure require that each motion be filed separately.

2.) Defendants' motion is frivolous as counsel failed to file a motion and obtain a court order to file an amended answer and affirmative defenses to the amended complaint.

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been furnished to Mr. Richard W. Glenn, Esq., 4 Harvard Circle, Suite 600, West Palm Beach, FL 33409 on this November 27, 2006.

Respectfully submitted:

Law Office of Woodie H. Thomas, III, P.A.
Attorney and Counsellor at Law
1603 Vision Drive
Palm Beach Gardens, Florida 33418
Office: (561) 622-2900

By: _____
Woodie H. Thomas, III, Ph.D., Esq.
Florida & Federal Bar No. 940216

( 2 )

# MEMORANDUM

O: _Woodie Thomas_

CASE NO: _2005CC012795 RH_

MATTER: _Thomas_

_v._

ROM: The Honorable Nancy Perez,
County Court Judge

_Gibson_

DATE: _11/21/06_

---

t the Judge's instruction, the attached or referenced correspondence is returned and/or not acted
pon for the reason(s) checked below:

\_\_\_\_ Original documents not filed in court file.

\_\_\_\_ Your Motion _____ must be set through Judicial Assistant for hearing with proper notice to all
parties.  Please disregard this memo if your Motion has recently been set and this Memo has crossed in the mail.
\_\_\_\_\_ or submit an agreed order.

\_\_\_\_ Hearing has been deleted from the calendar. Per Administrative Order No. 9.007/2/96, "Prior to scheduling a hearing
for any motion before the County Court, other than continuances and extensions of time, the party or attorney noticing
the motion shall attempt to resolve that matter and shall certify the good faith attempt to resolve."

\_\_\_\_ Rule 2.060(h), Rules of Judicial Administration, requires that the client be notified in advance of the substitution and that
the client's written consent to the substitution be filed with the Court.

\_\_\_\_ Rule 2.060(l), Rules of Judicial Administration, requires an attorney moving to withdraw from an action to file a motion
stating the reasons for withdrawal, and requires that motion to be set for hearing with proper NOTICE of the hearing
to be served ON THE CLIENT and adverse parties.

\_\_\_\_ The Court will take no further action until the Clerk's Notice to Pay Reopen Fee is complied with.

\_\_\_\_ Non Military Affidavit is insufficient.  Please resubmit with information regarding how information was obtained.

\_\_\_\_ Proposed Order does not accurately reflect the Court's ruling.

\_\_\_\_ Supply the Court with an Order Approving Settlement Stipulation.

\_\_\_\_ Supply the Court with a properly executed Affidavit of Prejudgment Interest showing all calculations.

\_\_\_\_ Supply the Court with a proposed Final Judgment.

\_\_\_\_ Supply the Court with a Default.

X Supply the Court with properly executed Affidavit of Indebtedness.

\_\_\_\_ Supply the Court with properly executed Non Military Affidavit.

X Supply the Court with properly executed Affidavit of Costs.

\_\_\_\_ Supply the Court with properly executed Affidavit of Attorney's Fees.

\_\_\_\_ Supply the Court with authority to support the requested award of attorney's fees.

\_\_\_\_ Supply the Court with an Affidavit of independent counsel establishing the reasonableness of attorney's fee request.

\_\_\_\_ OTHER: _____

_____

_____

PLEASE RETURN THIS MEMORANDUM WITH YOUR REPLY.  THANK YOU.

IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT OF FLORIDA, IN
FOR PALM BEACH COUNTY

WOODIE H. THOMAS III
     Plaintiff,

vs.              Case No. 502005 CC 012795XXXXNB

AIRPORT PROCESS, INC., etc.
     Defendants.

_____/

## MOTION TO COMPEL RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS

COME NOW the Defendants DON GIBSON and AIRPORT PROCESS, INC. and

file this motion, stating grounds with particularity as follows:

1.   On December 12, 2005 the Defendants served a Request for Production of

Documents upon the Plaintiff.   More than 30 days has elapsed since the service date and the

Plaintiff has not responded in any fashion.

2.   In that no objection to any request was filed timely, or at all, all objections have been

waived.

3.   The Plaintiff should be compelled by this court to file a response to the request and

to provide the documents requested, as requested.

4.   In order to prosecute this motion the Defendants have incurred the expense and time

charges of the undersigned attorney, and the Plaintiff should be required to reimburse the

Defendants for such attorneys fee expense.

5.   The Court is requested to enter an order compelling a response to the request for

production, requiring that the documents be produced within a time period set forth by the Court,

and assessing attorneys fees against the Plaintiff.

I CERTIFY that a true and correct copy of the foregoing was served by mail to Woodie

H.  Thomas III, 1603 Vision Drive, Palm Beach Gardens, Florida 33418 this 3rd day of

November,  2006.

LAW OFFICE OF RICHARD W. GLENN
4 Harvard Circle, Suite 600
West Palm Beach, Florida 33409
(561) 687-7235
Fax:  (561) 687-7245

BY
    Richard W. Glenn
    Fla. Bar 252395

IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT OF FLORIDA, IN AND FOR PALM BEACH COUNTY

WOODIE H. THOMAS III
     Plaintiff,
vs.                 Case No. 502005 CC 012795XXXXNB
AIRPORT PROCESS, INC., etc.
     Defendants.
_____/

## NOTICE OF DEPOSITION

PLEASE BE ADVISED that the Defendants AIRPORT PROCESS, INC. and DON GIBSON, through undersigned counsel, will take the deposition of the Plaintiff Woodie H. Thomas III, at 4 Harvard Circle, Suite 600, West Palm Beach, Florida 33409 on December 14, 2006 at 2:00 p.m.  The deposition will be attended by Everman & Everman Court Reporters and will be conducted from day to day until complete.

DUCES TECUM:  Please bring with you all documents requested in the Request for Production of Documents served upon you by the Defendants on December 12, 2005.

I CERTIFY that a true and correct copy of the foregoing was served by mail to Woodie H. Thomas III, 1603 Vision Drive, Palm Beach Gardens, Florida 33418 this 7th day of November 2006.

                LAW OFFICE OF RICHARD W. GLENN
                4 Harvard Circle, Suite 600
                West Palm Beach, Florida 33409
                (561) 687-7235
                Fax: (561) 687-7245

                By_____
                  Richard W. Glenn
                  Fla. Bar 252395



IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT OF FLORIDA, IN
FOR PALM BEACH COUNTY

WOODIE H. THOMAS III
      Plaintiff,
vs.                Case No. 502005 CC 012795XXXXNB
AIRPORT PROCESS, INC., etc.
      Defendants.
_____/

## **ANSWER OF AIRPORT AND GIBSON TO AMENDED COMPLAINT**

COMES NOW the Defendants AIRPORT PROCESS, INC. and DON GIBSON and

answer the amended complaint as follows:

1. Without knowledge.   Denied that all corporations were formed by Donald Gibson.

2. Admitted.

3.  Admitted.

4. Admited.

5.  Denied.

6.   Denied.

7.  Requires no response.

8.  Admitted.

9.  Denied, as to Donald Gibson and Airport.

10.  Denied.

11.  Denied.

12.  Denied.

13. Denied.

14.  Denied.

15. Denied.



16.    Admit no payment has been sent by the Defendants Airport and Don Gibson.

17.    Deny entitlement to fees under this statute.

18.    Requires no response.

## AFFIRMATIVE DEFENSES

1.    The complaint fails to state a cause of action against the Defendants Don Gibson and Airport Process, in that it insufficiently alleges factual allegations as to privity of contract with these defendants.    Specifically, the billing referenced in the complaint, which was not attached to the copy served on the undersigned, shows that the Plaintiff was owed money by Robert Gibson, CEO/Chairman of Corblet Corporation, 1-800-Serve Em.

2.    The Complaint fails to state a cause of action in that it fails to allege whether the alleged agreement between the Plaintiff and Donald Gibson and Airport Process is oral or written and, if written, fails to attach a copy of the document sued upon as required by Florida Rule of Civil Procedure 1.130.

3.    To the extent that the Complaint seeks to hold the Defendant Donald Gibson accountable for the debt of the other corporate defendants, save Airport Process, the Defendant Donald Gibson purchased the assets of these corporations free and clear of the debts of these defendants pursuant to the Order and Bill of Sale which is attached to the Defendants' amended answer to the original complaint in this action and is incorporated by reference.    The Defendant is therefore not liable for the debts of those defendants.

4. The Plaintiff has failed to state a claim for attorneys fees in that there is no statutory or contractual basis for fees and the Plaintiff has failed to comply with conditions precedent under the contract for the recovery of fees under FS 57.105.

## MOTION TO DISMISS/STRIKE

COME NOW the Defendants Don Gibson and Airport Process, Inc. and move to dismiss the Amended Complaint or, alternatively, strike certain portions of the Amended Complaint as follows:

1.    Count I of the Amended Complaint, which is the only count, appears to state a cause of action for breach of contract.   It alleges, in this regard that the Plaintiff had an agreement with each Defendant and that each Defendant agreed to pay for the legal services rendered.  In fact  the Plaintiff states in paragraph 9 that "...Defendant retained Plaintiff as his attorney...".

2.    The allegations of the complaint, in Count I set forth a claim for breach of contract only.

3.    The allegations of Paragraph 5 and 6, therefore, should be stricken.   First of all, they have nothing to do with jurisdiction or venue, the designation under which they are placed, and to the extent that the Plaintiff has alleged privity with each of the Defendants, the allegations are mere surplusage.

4.    The Plaintiff's ad damnum clause requests damages for two causes of action contract, and quantum meruit.    There are no allegations in the complaint as to quantum meruit.    To the extent there may be such allegations relating to quantum meruit, the Plaintiff has impermissibly combined causes of action, whereas each cause of action should be set forth in separate counts.

5.    The breach of contract claim fails to set forth a cause of action and should be dismissed in that the complaint fails to state ultimate facts as to whether the contract was oral or written and, if written, fails to attach a copy of the contract sued upon.

6.    The Amended Complaint sues 11 defendants in one count, whereas the Plaintiff fails to distinguish beween them in any manner whatsoever, references, for example, in paragraph 11, that

the Plaintiff represented "the Defendant" without referencing which defendant, then states elsewhere that he provided services for the "Defendants", which presumably means he provided services for all of them.   The Amended Complaint fails in its inconsistency, to state or allege facts as to which services the Plaintiff was hired by each Defendant to perform and which services he performed for each Defendant, and in particular, which services Airport and Don Gibson hired the Plaintiff to perform and which services he performed for Airport and Don Gibson.

7.   The provision of paragraph 10 stating that several attorneys have withdrawn and the defendants have dismissed several attorneys in he past should be stricken in that such allegation adds nothing to the legal sufficiency of the complaint and is injected in the complaint solely for the purpose of prejudicing the Defendants or some of them.

8.   Based upon the foregoing, the Court should dismiss the Amended Complaint or alternatively, strike the portions of it mentioned.

I CERTIFY that a true and correct copy of the foregoing was served by mail to Woodie H. Thomas III, 1603 Vision Drive, Palm Beach Gardens, Florida 33418 this 3rd day of November, 2006.

LAW OFFICE OF RICHARD W. GLENN
4 Harvard Circle, Suite 600
West Palm Beach, Florida 33409
(561) 687-7235
Fax:  (561) 687-7245

By
Richard W. Glenn
Fla. Bar 252395

IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

WOODIE H. THOMAS, III, P.A.

      Plaintiff,

v.

ROBERT A. GIBSON, Individually,

DONALD GIBSON, Individually,

SERVE-EM, INCORPORATED
A Florida Corporation,

SERVE-EM.COM, INC.
A Florida Corporation

1-800-SERVE-EM, INC.
A Florida Corporation

1-800-SERVE-EM.COM, INC.
A Florida Corporation,

BIKE-TAXI CORPORATION
A Florida Corporation

CORBLET CORPORATION
A Florida Corporation,

CORBADEX CORPORATION,
A Florida Corporation

JURIFUND CORPORATION,
A Florida Corporation, and

AIRPORT PROCESS, INC.
A Florida Corporation

      Defendants,

Jointly and Severally.

CASE NO.  502005 CC 012795XXXXNB

CIVIL DIVISION

_____/

## MOTION FOR FINAL JUDGMENT BY THE COURT



Plaintiff moves for entry of a final judgment by the Court against defendant's,

**ROBERT A. GIBSON, INDIVIDUALLY, SERVE-EM, INCORPORATED, SERVE-EM.COM, INC., 1-800-SERVE-EM, INC., 1-800-SERVE-EM.COM, INC., BIKE-TAXI CORPORATION, CORBLET CORPORATION, CORBADEX CORPORATION, and JURIFUND CORPORATION**, Florida Corporations after a default was entered July 2006 for failure to serve any paper on the undersigned or file any papers required by law and pay damages the sum of $ 7,940.00 with costs of $180.00 for service of process for each of the nine (9) Defendant's ($20.00) and a $255.00 filing fee, making a total of $ 8,375.00,

Respectfully submitted:

Woodie H. Thomas, III, Esq.
Attorney for Plaintiff

Law Office Of
Woodie H. Thomas, III, P.A.
Attorney and Counsellor at Law
1603 Vision Drive
Palm Beach Gardens, Florida 33418
(561) 622-2900
Fla. & Fed. Bar No. 940216

( 2 )

IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

WOODIE H. THOMAS, III, P.A.

      Plaintiff,

v.

ROBERT A. GIBSON, Individually,

DONALD GIBSON, Individually,

SERVE-EM, INCORPORATED
A Florida Corporation,

SERVE-EM.COM, INC.
A Florida Corporation

1-800-SERVE-EM, INC.
A Florida Corporation

1-800-SERVE-EM.COM, INC.
A Florida Corporation,

BIKE-TAXI CORPORATION
A Florida Corporation

CORBLET CORPORATION
A Florida Corporation,

CORBADEX CORPORATION,
A Florida Corporation

JURIFUND CORPORATION,
A Florida Corporation, and

AIRPORT PROCESS, INC.
A Florida Corporation

      Defendants,

Jointly and Severally.
_____/

CASE NO.  502005 CC 012795XXXXNB

CIVIL DIVISION

## MOTION FOR DEFAULT

Plaintiff moves for entry of default by the clerk against Defendants, **ROBERT A. GIBSON, INDIVIDUALLY, SERVE-EM, INCORPORATED, SERVE-EM.COM, INC., 1-800-SERVE-EM, INC., 1-800-SERVE-EM.COM, INC., BIKE-TAXI CORPORATION, CORBLET CORPORATION, CORBADEX CORPORATION, and JURIFUND CORPORATION**, Florida Corporations for failure to serve any paper on the undersigned or file any papers required by law.

DEFAULT

A default is entered in this action against the Defendants named in the foregoing motion for failure to serve or file any papers required by law.

DATED on July __19th__, 2006.

SHARON R. BOCK
CLERK AND COMPTROLLER
AS CLERK OF THE COURT

AS DEPUTY CLERK

( 2 )

LAW OFFICE OF

# WOODIE H. THOMAS, III, Ph.D., P.A.
### Attorney and Counsellor at Law

1603 Vision Drive
Palm Beach Gardens, Florida 33418

(561) 622-2900                                                  (561) 624-5124 Facsimile

July 3, 2006

The Palm Beach County Clerk of Court
Fifteenth Judicial County Court
North County Courthouse
3188 PGA Blvd.
Palm Beach Gardens, FL 33410
Re: Thomas vs. Gibson et al.
MOTION FOR DEFAULT AND DEFAULT
CASE NO. 502005 CC 012795XXXXNB

Dear Clerk of Court:

Enclosed is a Motion for Default and Default by the clerk of court for all Defendants
<u>except</u> for DONALD GIBSON, and AIRPORT PROCESS, INC.

If you have any questions, please call. Thanks for your patience and professional
courtesy.

Very truly yours,

Woodie H. Thomas, III
Attorney for Plaintiff

WHT/lmt

Enc. Motion/Order/Self-Addressed Envelope.



## IN THE COUNTY COURT, PALM BEACH COUNTY, FLORIDA
## CIVIL ACTION

UNIFORM CASE NO. 502005CC012795XXXXNB
DIVISION:RH
DOCUMENT TRACKING NO:  SM-06-033253


WOODIE H THOMAS, III, P.A.

                    PLAINTIFF(S),

      -VS-


ROBERT A GIBSON

                    DEFENDANT(S),

                            \*\*\* S U M M O N S\*\*\*

THE STATE OF FLORIDA:

TO EACH SHERIFF IN THE STATE:

YOU ARE COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE COMPLAINT OR PETITION IN THIS
ACTION ON DEFENDANT(S)

**1-800-SERVE-EM, INC**                          **ALTERNATE ADDRESS:**

SERVE TO: ROBERT A GIBSON / RA/PRES/DIR
1801 S FEDERAL HWY
STE 245
DELRAY BEACH, FL 33483-3335

EACH DEFENDANT IS REQUIRED TO SERVE WRITTEN DEFENSES TO THE COMPLAINT OR PETITION ON
PLAINTIFFS ATTORNEY WHOSE NAME AND ADDRESS IS

**WOODIE H THOMAS , ESQ , 1603 VISION DR,, PALM BCH GARDENS, FL 33418-0000**

WITHIN TWENTY (20) DAYS AFTER SERVICE OF THIS SUMMONS ON THAT DEFENDANT, EXCLUSIVE OF THE DAY
OF SERVICE, AND TO FILE THE ORIGINAL  OF THE DEFENSES WITH THE CLERK OF THIS COURT EITHER BEFORE
SERVICE ON PLAINTIFFS ATTORNEY OR IMMEDIATELY THEREAFTER.  IF A DEFENDANT FAILS TO DO SO, A
DEFAULT WILL BE ENTERED AGAINST THAT DEFENDANT FOR THE RELIEF DEMANDED IN THE COMPLAINT OR
PETITION.

DATED ON 26-MAY-2006

                                Sharon R. Bock
                                Clerk & Comptroller

                        BY: _____
                                  DEPUTY CLERK


WOODIE H THOMAS , ESQ , 1603 VISION DR,, PALM BCH GARDENS, FL 33418-0000


        SEE REVERSE SIDE - VEASE AL REVES - VOIR DE L'AUTRE COTE DE

ODP_CC_20_BU


# ORIGINAL

IF YOU ARE A PERSON WITH A DISABILITY WHO NEEDS ANY ACCOM.   DATION IN ORDER TO PARTICIPATE IN THIS PROCEEDING, YOU ARE ENTITLED, AT NO COST TO YOU, TO THE PROVISION OF CERTAIN ASSISTANCE. PLEASE CONTACT NICOLE SAUNDERS, ADA COORDINATOR IN THE ADMINISTRATIVE OFFICE OF THE COURT, PALM BEACH COUNTY COURTHOUSE, 205 NORTH DIXIE HIGHWAY, ROOM 5.2500, WEST PALM BEACH, FL 33401; TELEPHONE NUMBER (561) 355-4380 WITHIN TWO (2) WORKING DAYS OF YOUR RECEIPT OF THIS SUMMONS; IF YOU ARE HEARING/VOICE IMPAIRED, CALL 1-800-955-8771.

SI OU SE YON MOUN KI INFIM, KI BEZWEN NINPOT AKOMODASYON POU KA PATISIPE NAN PWOSE SA-A, OU GEN DWA, SANL PA KOUTEW ANYIN, POU YO BAW KEK SEVIS. TANPRI KONTAKTE KOODINATE ADA, NICOLE SAUNDERS NAN BIRO ADMINISTRATIF TRIBINAL NAN COTE PALM BEACH, FLORIDA LA, KI NAN 205 NORTH DIXIE HIGHWAY, CHAM 5.2500, WEST PALM BEACH FLORIDA 33401, NIMERO TELEFONN-NAN SE (561) 355-4380, RELE DE (2) JOU DE LE OU RESEVWA CITATION; SI OU BEBE OU BYEN SOUD RELE 1-800-955-8771.

SI UD, ES UNA PERSONA INCAPCITADA QUE NECESITA DE UN SERVICO ESPECIAL PARA PARTICIPAR EN ESTE PROCESO, UD.  TIENE DERECHO A QUE LE PROVEAN CIERTA AYUDA SIN COSTO ALUGNO.  POR FAVOR PONGASE EN CONTACTO CON NICOLE SAUNDERS, EL COORDINATR DE LA OFICINA ADMINISTRATIVA DE LA CORTE ADA, SITUADA EN EL 205 NORTH DIXIE HIGHWAY, OFICINA 5.2500, WEST PALM BEACH, FLORIDA 33401, TELEFONE (561) 355-4380, DENTRO DE LOS DOS (2) PROXIMOS DIAS HABILES DESPUES DE RECIBIR ESTA CITICION; SI TIENE INCAPACIDAD DE OIR O HABLAR LLAME AL 1-800-955-8771.

SI VOUS ETES INFIRME, ET EN BESOIN DE NIMPORTE ACCOMMODATION POUR POUVOIR PARTICIPER A CES PROCEDURES, VOUS POUVEZ GRATUITEMENT RECEVOIR, CERTAIN SERVICES.  SIL-VOUS-PLAIT CONTACTEZ LE COORDINATEUR DU BUREAU ADMINISTRATIF DU TRIBUNAL DE PALM BEACH, NICOLE SAUNDERS, LE TRIBUNAL SE TROUVE A 205 NORTH DIXIE HIGHWAY, CHAMBRE 5.2500, WEST PALM BEACH FLORIDA 33401, NUMERO DE TELEPHONE (561) 355-4380 DURANT DEUX (2) JOURS SUIVANT LA RECEPTION DE CITATION; SI VOUS ETES MUETS OU SOURDS, APPLEZ 1-800-955-8771.

# PALM BEACH COUNTY SHERIFF'S OF ICIAL RETURN

MN

1-800-SERVE-EM INC

Court Case #: Palm Beach County Court **CC-05-12795-NB 9**

1801 S FEDERAL HW Suite: 245
DELRAY BEACH, FL 33483-3335

WOODIE H THOMAS, ESQ.
1603 VISION DRIVE
PALM BEACH GARDENS FL   33418

TYPE OF WRIT: SUMMONS & COPY & COPY & COMPLAINT

COST
SERVICE $   20.00
CHECK   1305
PD

PLAINTIFF:  WOODIE H THOMAS III PA

DEFENDANT: ROBERT A GIBSON

AT: 2:16:27 pm

Received this writ on the _____26th_____ Day of _____May_____ A.D. 20__06__ and served the same on the within named person at *1050* AM/PM on the _1_ day of _JUNE_ A.D. 06 in Palm Beach County Florida, a true copy of this Writ, endorsed thereon by me, * with a copy of the Complaint, Petition, or other Pleadings (*not applicable to service of Subpoena.)

☐ INDIVIDUAL SERVICE

☐ SERVICE TO PERSON IN REPRESENTATIVE CAPACITY / designated recipient of process/records custodian/parent or guardian of a minor, to wit:
_____ as _____.
        (name)                                    (capacity)

☐ SUBSTITUTE SERVICE at usual place of abode with any person residing therein who is 15 years of age or older and informing the person of their contents,
to wit: _____ as _____.
                    (name)                          (relationship)

☒ CORPORATE SERVICE
To _____ holding corporate office of _____
To _____ as registered agent of said corporation.
To *PAT BARRON* as employee of said corporation, due to failure to comply with F.S. 48.091. Attempts to serve officer or registered agent: date _____ time _____, date _____ time _____

☐ SOLE PROPRIETORSHIP (D/B/A)
To _____ as owner.
To _____ as manager. Attempts to serve owner at place of business: date _____ time _____
date _____ time _____.

☐ PARTNERSHIP
To _____ as partner.
To _____ as designated employee or agent for service.

☐ POSTING by attaching a copy to a conspicuous place on the property described by the complaint or summons. If applicable:
Attempts to serve resident/tenant in action for possession: date _____ time _____, date _____ time _____
Posted per map, property description: _____

☐ NON-SERVICE: Person notified _____, date _____ time _____. (See remarks below.)

☐ SUPPLEMENTAL INFORMATION _____

_____
_____
_____
_____
_____
_____
_____

By _____*DEMARCO 5539*_____
        Deputy Sheriff

Ric L. Bradshaw
Sheriff of Palm Beach County, Florida

ORIGINAL COPY

Note: Only that service indicated by the X is applicable to this return - all other portions should not be considered.
©BSO #0096  REV. 5/00

RECEIVED
COUNTY CIVIL DIVISION
MAY 22 2006
SHARON R. BOCK
Clerk & Comptroller
Palm Beach County

**RH**

# PROCESSING REQUEST

RECEIVED
COUNTY CIVIL DIVISION
· · · · · ·

SHARON R. BOCK
Clerk & Comptroller
Palm Beach County

Case No: _502005 CCO12798XXXXNB_ Date: _5-2 2__

_Wendie H. Thomas, III_ -vs- _1-800-Serve-Em Inc_
**Plaintiff**                         **Defendant**

☐   **Certified Copy** _____
                        **Type of document (i.e. Final Judgment, Complaint, etc.)**

☐   **Writ of Execution**

☑   **Alias/Pluries Summons**

       ☐   **Serve Defendant at same address**
       ☑   **Serve Defendant at the following address**

     _1801 South FEDERAL Hwy, Suite 245_
     _Delray Beach, FL 33483-3335_

☐   **Special instructions:** _____
_____
_____
_____

**REQUEST RECEIVED BY:** _____

**COUNTY COURT CIVIL DIVISION**
**P.O. Box 3406 - West Palm Beach, FL 33402**



IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

WOODIE H. THOMAS, III, P.A.

      Plaintiff,

v.

ROBERT A. GIBSON, Individually,

DONALD GIBSON, Individually,

SERVE-EM, INCORPORATED
A Florida Corporation,

SERVE-EM.COM, INC.
A Florida Corporation

1-800-SERVE-EM, INC.
A Florida Corporation

1-800-SERVE-EM.COM, INC.
A Florida Corporation,

BIKE-TAXI CORPORATION
A Florida Corporation

CORBLET CORPORATION
A Florida Corporation,

CORBADEX CORPORATION,
A Florida Corporation

JURIFUND CORPORATION,
A Florida Corporation, and

AIRPORT PROCESS, INC.
A Florida Corporation

      Defendants,

Jointly and Severally.

_____/

CASE NO. 502005 CC 012795XXXXNB

CIVIL DIVISION

24

## ORDER

THIS CAUSE having come before this Court on the PLAINTIFF'S

MOTION TO ADD PARTY AND AMEND COMPLAINT FOR ATTORNEY FEES

as to Defendant, 1-800-SERVE-EM, INC., and the proposed amended Complaint

attached to the motion and upon hearing argument of council, and the Court having

considered the record, having heard counsel, and being otherwise duly advised in the

Premises, it is thereupon

ORDERED AND ADJUDGED as follows:

GRANTED. The Amended Complaint Attached to the motion is deemed filed.

DONE AND ORDERED in Chambers, at Palm Beach Gardens, Palm Beach

County, Florida, this 13th day of _Feb._ 2006.

_Nancy Perez_

HONORABLE NANCY PEREZ
County Court Judge

Copies: Woodie H. Thomas, III, Esq., 1603 Vision Drive, Palm Beach Gardens, Florida 33418;  and , West Palm Beach, FL 33401-8106; and Richard W. Glenn, Esq., 4 Harvard Circle, Suite 600, West Palm Beach, FL 33409.

( 2 )

IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

WOODIE H. THOMAS, III, P.A.

      Plaintiff,

v.

ROBERT A. GIBSON, Individually,

DONALD GIBSON, Individually,

SERVE-EM, INCORPORATED
A Florida Corporation,

SERVE-EM.COM, INC.
A Florida Corporation

1-800-SERVE-EM, INC.
A Florida Corporation

1-800-SERVE-EM.COM, INC.
A Florida Corporation,

BIKE-TAXI CORPORATION
A Florida Corporation

CORBLET CORPORATION
A Florida Corporation,

CORBADEX CORPORATION,
A Florida Corporation

JURIFUND CORPORATION,
A Florida Corporation, and

AIRPORT PROCESS, INC.
A Florida Corporation

      Defendants,

Jointly and Severally.

_____/

CASE NO.  502005 CC 012795XXXXNB

CIVIL DIVISION

FILED 2006 FEB 14 AM II: 35
SHARON R. BOCK, CLERK
PALM BEACH COUNTY, FL
NORTH COUNTY BRANCH

23

## NOTICE OF HEARING

YOU ARE NOTIFIED that a hearing will be called up on the motion

calendar in this action on:

Plaintiff's Motion To Add Party and Amend Complaint To Add Attorney Fees

The Court has been set as follows:

JUDGE:  The Honorable Nancy Perez

PLACE:  North Palm Beach County Courthouse

TIME:    1:00 p.m.

DATE:    February 9, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been furnished to Mr.

Richard W. Glenn, Esq., 4 Harvard Circle, Suite 600, West Palm Beach, FL 33409 on

this January 27, 2006.

Woodie H. Thomas, III, Esq.
Attorney for Plaintiff
Florida and Federal Bar No. 940216

Woodie H. Thomas, III, Ph.D., P.A.
Attorney and Counsellor at Law
1603 Vision Drive
Palm Beach Gardens, Florida 33418

(561) 622-2900
(561) 624-5124 Facsimile

( 2 )

LAW OFFICE OF

# WOODIE H. THOMAS, III, Ph.D., P.A.
### Attorney and Counsellor at Law

1603 Vision Drive
Palm Beach Gardens, Florida 33418

(561) 622-2900                                                    (561) 624-5124 Facsimile

February 13, 2006

The Honorable Nancy Perez
Fifteenth Judicial County Court
North County Courthouse
3188 PGA Blvd.
Palm Beach Gardens, FL 33410
Re: Thomas vs. Gibson et al.
PLAINTIFF'S MOTION TO ADD A PARTY AND
AMEND COMPLAINT FOR ATTORNEY FEES
CASE NO.  502005 CC 012795XXXXNB

Dear Judge Nancy Perz:

Enclosed is the order you granted on February 9, 2006 at motion calendar for the above captioned motion. The original amended Complaint was filed with the motion and served to Mr. Richard W. Glenn. The added party, 1-800-Serve-Em, Inc. will be served by service of process.

I packaged the motion and/or a copy of the Complaint for each party.  I and Richard W. Glenn, Esq. receive copies of the order only.  The other parties receive a copy of the motion and amended Complaint. See Attached.

Thanks for your patience and professional courtesy.

Very truly yours,

Woodie H. Thomas, III
Attorney for Plaintiff

WHT/lmt

Enc. Motion/Order/Self-Addressed Envelopes

**IN THE COUNTY COURT, IN AND FOR PALM BEACH COUNTY, FLORIDA**

UNIFORM CASE NO. 502005CC012795XXXXNB
DIVISION: RH
DOCUMENT TRACKING NO. SM-06-004425

WOODIE H THOMAS, III, P.A.

        PLAINTIFF(S)

 - VS -

ROBERT A GIBSON

        DEFENDANT(S)

**ALIAS SUMMONS**
**(PERSONAL SERVICE ON A NATURAL PERSON)**

TO DEFENDANT(S):

**ROBERT A GIBSON**
1801 SO FEDERAL HWY
DELRAY BEACH FL 33483

**ALTERNATE ADDRESS:**

IMPORTANT

A LAWSUIT HAS BEEN FILED AGAINST YOU. YOU HAVE 20 CALENDAR DAYS AFTER THIS SUMMONS IS SERVED ON YOU TO FILE A WRITTEN RESPONSE TO THE ATTACHED COMPLAINT WITH THE CLERK OF THIS COURT. A PHONE CALL WILL NOT PROTECT YOU. YOUR WRITTEN RESPONSE, INCLUDING THE CASE NUMBER GIVEN ABOVE AND THE NAMES OF THE PARTIES, MUST BE FILED IF YOU WANT THE COURT TO HEAR YOUR SIDE OF THE CASE. IF YOU DO NOT FILE YOUR RESPONSE ON TIME, YOU MAY LOSE THE CASE, AND YOUR WAGES, MONEY, AND PROPERTY MAY THEREAFTER BE TAKEN WITHOUT FURTHER WARNING FROM THE COURT. THERE ARE OTHER LEGAL REQUIREMENTS. YOU MAY WANT TO CALL AN ATTORNEY RIGHT AWAY. IF YOU DO NOT KNOW AN ATTORNEY, YOU MAY CALL AN ATTORNEY REFERRAL SERVICE OR A LEGAL AID OFFICE (LISTED IN THE PHONE BOOK).

IF YOU CHOOSE TO FILE A WRITTEN RESPONSE YOURSELF, AT THE SAME TIME YOU FILE YOUR WRITTEN RESPONSE TO THE COURT YOU MUST ALSO MAIL OR TAKE A COPY OF YOUR WRITTEN RESPONSE TO THE "PLAINTIFF OR PLAINTIFF(S) ATTORNEY" NAMED BELOW.

**WOODIE H THOMAS , ESQ , 1603 VISION DR,, PALM BCH GARDENS, FL 33418-0000**

THE STATE OF FLORIDA:

TO EACH SHERIFF OF THE STATE: YOU ARE COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE COMPLAINT IN THIS LAWSUIT ON THE ABOVE NAMED DEFENDANT(S).

DATED 24-JAN-2006

                    Sharon R. Bock,
                    Clerk & Comptroller

                    DEPUTY CLERK

SEE REVERSE SIDE - VE[?]AL REVE[?] VOIR DE L'AUTRE COTE DE

ODP_CC_20_PER

ORIGINAL

27

USTED HA SIDO DEMANDADO LEGALMENTE.  TIENE 20 DIAS, CONTADOS A PARTIR DEL RECIBO DE ESTA NOTIFICACION, PARA CONTESTAR LA DEMANDA ADJUNTA, POR ESCRITO, Y PRESENTARLA ANTE ESTE TRIBUNAL.  UNA LLAMADA TELEFONICA NO LO PROTEGERA.  SI USTED DESEA QUE EL TRIBUNAL CONSIDERE SU DEFENSA, DEBE PRESENTAR SU RESPUESTA POR ESCRITO, INCLUYENDO EL NUMBERO DEL CASO Y LOS NOMBRES DE LAS PARTES INTERESADAS.  SI USTED NO CONTESTA LA DEMANDA A TIEMPO, PUDIESE PERDER EL CASO Y PODRIA SER DESPOJADO DE SUS INGRESOS Y PROPIEDADES, O PRIVADO DE SUS DERECHOS, SIN PREVIO AVISO DEL TRIBUNAL.  EXISTEN OTROS REQUISITOS LEGALES.  SI LO DESEA, PUEDE USTED CONSULTAR A UN ABOGADO INMEDIATAMENTE.  SI NO CONOCE A UN ABOGADO, PUEDE LLAMAR A UNA DE LAS OFICINAS DE ASISTENCIA LEGAL QUE APARECEN EN LA GUIA TELEFONICA.

SI DESEA RESPONDER A LA DEMANDA POR SU CUENTA, AL MISMO TIEMPO EN QUE PRESENTA SU RESPUESTA ANTE EL TRIBUNAL, DEBERA USTED ENVIAR POR CORREO O ENTREGAR UNA COPIA DE SU RESPUESTA A LA PERSONA DENOMINADO ABAJO COMO "PLAINTIFF/PLAINTIFF(S) ATTORNEY" (DEMANDANTE O ABOGADO DEL DEMANDANTE).


## IMPORTANT

DES POURSUITES JUDICIARIES ONT ETE ENTREPRISES CONTRE VOUS.  VOUS AVEZ 20 JOURS CONSECUTIFS A PARTIR DE LA DATE DE L"ASSIGNATION DE CETTE CITATION POUR DEPOSER UNE REPONSE ECRITE A LA PLAINTE CI-JOINTE AUPRES DE CE TRIBUNAL.  UN SIMPLE COUP DE TELEPHONE EST INSUFFISANT POUR VOUS PROTEGER; VOUS ETES OBILIGE DE DEPOSER VOTRE RESPONSE ECRITE, AVEC MENTION DU NUMERO DE DOSSIER CI-DESSUS ET DU NOM DES PARTIES NOMMEES ICI, SI VOUS SOUHAITEZ QUE LE TRIBUNAL ENTENDE VOTRE CAUSE.  SI VOUS NE DEPOSEZ PAS VOTRE REPONSE ECRITE DANS LE RELAI REQUIS, VOUS RISQUEZ DE PERDRE LA CAUSE AINSI QUE VOTRE SALAIRE, VOTRE ARGENT, ET VOS BIENS PEUVENT ETRE SAISIS PAR LA SUITE, SANS AUCUN PREAVIS ULTERIEUR DU TRIBUNAL.  IL Y A D"AUTRES OBLIGATIONS JURIDIQUES ET VOUS POUVEZ REQUERIR LES SERVICES IMMEDIATS D"UN AVOCAT.  SI VOUS NE CONNAISSEZ PAS D"AVOCATS OU A UN BUREAU D"ASSISTANCE JURIDIQUE (FIGURANT A L"ANNUAIRE DE TELEPHONES).

SI VOUS CHOISISSEZ DE DEPOSER VOUS-MEME UNE REPONSE ECRITE, IL VOUS FAUDRA EGALEMENT, EN MEME TEMPS QUE CETTE FORMALITE, FAIRE PARVENIR OU EXPEDIER UNE COPIE DE VOTRE REPONSE ECRITE AU "PLAINTIFF/PLAINTIFF(S) ATTORNEY" (PLAIGNANT OU A SON AVOCAT) NOMME CI-DESSOUS.


WOODIE H THOMAS , ESQ , 1603 VISION DR,, PALM BCH GARDENS, FL 33418-0000


SEE REVERSE SIDE - VEASE AL REVES - VOIR DE L'AUTRE COTE DE

IF YOU ARE A PERSON WITH A DISABILITY WHO NEEDS ANY ACCOMMODATION IN ORDER TO PARTICIPATE IN THIS PROCEEDING, YOU ARE ENTITLE, AT NO COST TO YOU, TO THE PROVISIO OF CERTAIN ASSISTANCE. PLEASE CONTACT NICOLE SAUNDERS, ADA COORDINATOR IN THE ADMINISTRATIVE OFFICE OF THE COURT, PALM BEACH COUNTY COURTHOUSE, 205 NORTH DIXIE HIGHWAY, ROOM 5.2500, WEST PALM BEACH, FL 33401; TELEPHONE NUMBER (561) 355-4380 WITHIN TWO (2) WORKING DAYS OF YOUR RECEIPT OF THIS SUMMONS; IF YOU ARE HEARING/VOICE IMPAIRED, CALL 1-800-955-8771.

SI OU SE YON MOUN KI INFIM, KI BEZWEN NINPOT AKOMODASYON POU KA PATISIPE NAN PWOSE SA-A, OU GEN DWA, SANL PA KOUTEW ANYIN, POU YO BAW KEK SEVIS. TANPRI KONTAKTE KOODINATE ADA, NICOLE SAUNDERS NAN BIRO ADMINISTRATIF TRIBINAL NAN COTE PALM BEACH, FLORIDA LA, KI NAN 205 NORTH DIXIE HIGHWAY, CHAM 5.2500, WEST PALM BEACH FLORIDA 33401, NIMERO TELEFONN-NAN SE (561) 355-4380, RELE DE (2) JOU DE LE OU RESEVWA LOD POU METE OU DE YO; SI OU BEBE OU BYEN SOUD RELE 1-800-955-8771.

SI UD, ES UNA PERSONA INCAPCITADA QUE NECESITA DE UN SERVICO ESPECIAL PARA PARTICIPAR EN ESTE PROCESO, UD. TIENE DERECHO A QUE LE PROVEAN CIERTA AYUDA SIN COSTO ALUGNO. POR FAVOR PONGASE EN CONTACTO CON NICOLE SAUNDERS, EL COORDINATR DE LA OFICINA ADMINISTRATIVA DE LA CORTE ADA, SITUADA EN EL 205 NORTH DIXIE HIGHWAY, OFICINA 5.2500, WEST PALM BEACH, FLORIDA 33401, TELEFONE (561) 355-4380, DENTRO DE LOS DOS (2) PROXIMOS DIAS HABILES DESPUES DE RECIBIR ESTA NOTIFICION DE DESALOJO; SI TIENE INCAPACIDAD DE OIR O HABLAR LLAME AL 1-800-955-8771.

SI VOUS ETES INFIRME, ET EN BESOIN DE NIMPORTE ACCOMMODATION POUR POUVOIR PARTICIPER A CES PROCEDURES, VOUS POUVEZ GRATUITEMENT RECEVOIR, CERTAIN SERVICES. SIL-VOUS-PLAIT CONTACTEZ LE COORDINATEUR DU BUREAU ADMINISTRATIF DU TRIBUNAL DE PALM BEACH, NICOLE SAUNDERS, LE TRIBUNAL SE TROUVE A 205 NORTH DIXIE HIGHWAY, CHAMBRE 5.2500, WEST PALM BEACH FLORIDA 33401, NUMERO DE TELEPHONE (561) 355-4380 DURANT DEUX (2) JOURS SUIVANT LA RECEPTION DE CITATION; SI VOUS ETES MUETS OU SOURDS, APPLEZ 1-800-955-8771.

DLK

# PALM BEACH COUNTY SHERIFF'S OFFINAL RETURN

ROBERT A GIBSON

Palm Beach
County Court
**CC-05-12795-NB**
3

Court
Case #

1801 S FEDERAL HW
DELRAY BEACH, FL 33483

**ALIAS SUMMONS & COPY & COPY & COMPLAINT**

TYPE OF WRIT

WOODIE H THOMAS PA
1603 VISION DRIVE
PALM BEACH GARDENS FL 33418-0009

WOODIE H THOMAS III PA

PLAINTIFF:

ROBERT A GIBSON

DEFENDANT:

SERVICE $
CHECK
PD

COST
20.00
1301

AT: 12:05:26 pm

Received this writ on the _____ **27th** _____ Day of _____ **January** _____ A.D. 20 _____ **06** and served the same on the within named person at **11:31** (AM/PM on the **31** day of **Jan** A.D. **06** in Palm Beach County Florida, a true copy of this Writ, endorsed thereon by me, * with a copy of the Complaint, Petition, or other Pleadings (*not applicable to service of Subpoena.)

☒  **INDIVIDUAL SERVICE**

☐  **SERVICE TO PERSON IN REPRESENTATIVE CAPACITY** / designated recipient of process/records custodian/parent or guardian of a minor, to wit:
_____ as _____.
       (name)                       (capacity)

☐  **SUBSTITUTE SERVICE** at usual place of abode with any person residing therein who is 15 years of age or older and informing the person of their contents, to wit: _____ as _____.
       (name)                     (relationship)

☐  **CORPORATE SERVICE**
To _____ holding corporate office of _____.
To _____ as registered agent of said corporation.
To _____ as employee of said corporation, due to failure to comply with F.S. 48.091. Attempts to serve officer or registered agent: date _____ time _____, date _____ time _____.

☐  **SOLE PROPRIETORSHIP (D/B/A)**
To _____ as owner.
To _____ as manager. Attempts to serve owner at place of business: date _____ time _____, date _____ time _____.

☐  **PARTNERSHIP**
To _____ as partner.
To _____ as designated employee or agent for service.

☐  **POSTING** by attaching a copy to a conspicuous place on the property described by the complaint or summons. If applicable:
Attempts to serve resident/tenant in action for possession: date _____ time _____, date _____ time _____.
Posted per map, property description: _____

☐  **NON-SERVICE:** Person notified _____, date _____ time _____. (See remarks below.)

☐  **SUPPLEMENTAL INFORMATION** _____

_____
_____
_____
_____
_____
_____

Ric L. Bradshaw
**Sheriff of Palm Beach County, Florida**

By _____ **DELUANCO 5539**
      Deputy Sheriff

**ORIGINAL COPY**

Note: Only that service indicated by the **X** is applicable to this return - all other portions should not be considered.
BSO #0096 REV. 5/00

## IN THE COUNTY COURT, PALM BEACH COUNTY, FL
### CIVIL ACTION

UNIFORM CASE NO. 502005CC012795XXXXNB
DIVISION:RH
DOCUMENT TRACKING NO: SM-06-004405

WOODIE H THOMAS, III, P.A.

                    PLAINTIFF(S),

        -VS-

ROBERT A GIBSON

                    DEFENDANT(S),

**ALIAS**
***S U M M O N S***

THE STATE OF FLORIDA:

TO EACH SHERIFF IN THE STATE:

YOU ARE COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE COMPLAIN
ACTION ON DEFENDANT(S)

**CORBLET CORPORATION**                                    **ALTERNATE A**

SERVE TO: ROBERT A GIBSON / RA/PRES/DIR
    1801 So Federal Hwy
    Delray Beach, FL 33083
EACH DEFENDANT IS REQUIRED TO SERVE WRITTEN DEFENSES TO THE COMPLAIN
PLAINTIFFS ATTORNEY WHOSE NAME AND ADDRESS IS

**WOODIE H THOMAS , ESQ , 1603 VISION DR,, PALM BCH GARDENS, FL 33418-0000**

WITHIN TWENTY (20) DAYS AFTER SERVICE OF THIS SUMMONS ON THAT DEFENDA
DAY OF SERVICE, AND TO FILE THE ORIGINAL OF THE DEFENSES WITH THE CLERK
BEFORE SERVICE ON PLAINTIFFS ATTORNEY OR IMMEDIATELY THEREAFTER. IF A
SO, A DEFAULT WILL BE ENTERED AGAINST THAT DEFENDANT FOR THE RELIEF DE
COMPLAINT OR PETITION.

DATED ON 24-JAN-2006

                    Sharon R. Bock
                    Clerk & Comptroller

                    BY                         DE

WOODIE H THOMAS , ESQ , 1603 VISION DR,, PALM BCH GARDENS, FL 3

        SEE REVERSE SIDE - VEASE AL REVES - VOIR DE L'AUTR

ODP_CC_20_BU

ORIGI

# IN THE COUNTY COURT, PALM BEACH COUNTY, FLORIDA
## CIVIL ACTION

UNIFORM CASE NO. 502005CC012795XXXXNB
DIVISION:RH
DOCUMENT TRACKING NO:  SM-06-004405


WOODIE H THOMAS, III, P.A.

                    PLAINTIFF(S),

        -VS-

ROBERT A GIBSON

                    DEFENDANT(S),

                        ALIAS
                        *** S U M M O N S ***

THE STATE OF FLORIDA:

TO EACH SHERIFF IN THE STATE:

YOU ARE COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE COMPLAINT OR PETITION IN THIS
ACTION ON DEFENDANT(S)

**CORBLET CORPORATION**                                        **ALTERNATE ADDRESS:**

SERVE TO: ROBERT A GIBSON / RA/PRES/DIR
          1801 So FEDERAL HWY
          DELRAY BEACH FL 33083
EACH DEFENDANT IS REQUIRED TO SERVE WRITTEN DEFENSES TO THE COMPLAINT OR PETITION ON
PLAINTIFFS ATTORNEY WHOSE NAME AND ADDRESS IS

**WOODIE H THOMAS , ESQ , 1603 VISION DR,, PALM BCH GARDENS, FL 33418-0000**


WITHIN TWENTY (20) DAYS AFTER SERVICE OF THIS SUMMONS ON THAT DEFENDANT, EXCLUSIVE OF THE
DAY OF SERVICE, AND TO FILE THE ORIGINAL  OF THE DEFENSES WITH THE CLERK OF THIS COURT EITHER
BEFORE SERVICE ON PLAINTIFFS ATTORNEY OR IMMEDIATELY THEREAFTER.  IF A DEFENDANT FAILS TO DO
SO, A DEFAULT WILL BE ENTERED AGAINST THAT DEFENDANT FOR THE RELIEF DEMANDED IN THE
COMPLAINT OR PETITION.

DATED ON 24-JAN-2006

                            Sharon R. Bock
                            Clerk & Comptroller
                            BY
                                                    DEPUTY CLERK

**WOODIE H THOMAS , ESQ , 1603 VISION DR,, PALM BCH GARDENS, FL 33418-0000**

        SEE REVERSE SIDE - VEASE AL REVES - VOIR DE L'AUTRE COTE DE

ODP_CC_20_BU

ORIGINAL



IF YOU ARE A PERSON WITH A DISABILITY WHO NEEDS ANY ACCOMMODATION IN ORDER TO PARTICIPATE IN THIS PROCEEDING, YOU ARE ENTITLED, AT NO COST TO YOU, TO THE PROVISION OF CERTAIN ASSISTANCE. PLEASE CONTACT NICOLE SAUNDERS, ADA COORDINATOR IN THE ADMINISTRATIVE OFFICE OF THE COURT, PALM BEACH COUNTY COURTHOUSE, 205 NORTH DIXIE HIGHWAY, ROOM 5.2500, WEST PALM BEACH, FL 33401; TELEPHONE NUMBER (561) 355-4380 WITHIN TWO (2) WORKING DAYS OF YOUR RECEIPT OF THIS SUMMONS; IF YOU ARE HEARING/VOICE IMPAIRED, CALL 1-800-955-8771.

SI OU SE YON MOUN KI INFIM, KI BEZWEN NINPOT AKOMODASYON POU KA PATISIPE NAN PWOSE SA-A, OU GEN DWA, SANL PA KOUTEW ANYIN, POU YO BAW KEK SEVIS.  TANPRI KONTAKTE KOODINATE ADA, NICOLE SAUNDERS NAN BIRO ADMINISTRATIF TRIBINAL NAN COTE PALM BEACH, FLORIDA LA, KI NAN 205 NORTH DIXIE HIGHWAY, CHAM 5.2500, WEST PALM BEACH FLORIDA 33401, NIMERO TELEFONN-NAN SE (561) 355-4380, RELE DE (2) JOU DE LE OU RESEVWA CITATION; SI OU BEBE OU BYEN SOUD RELE 1-800-955-8771.

SI UD, ES UNA PERSONA INCAPCITADA QUE NECESITA DE UN SERVICO ESPECIAL PARA PARTICIPAR EN ESTE PROCESO, UD.  TIENE DERECHO A QUE LE PROVEAN CIERTA AYUDA SIN COSTO ALUGNO.  POR FAVOR PONGASE EN CONTACTO CON NICOLE SAUNDERS, EL COORDINATR DE LA OFICINA ADMINISTRATIVA DE LA CORTE ADA, SITUADA EN EL 205 NORTH DIXIE HIGHWAY, OFICINA 5.2500, WEST PALM BEACH, FLORIDA 33401, TELEFONE (561) 355-4380, DENTRO DE LOS DOS (2) PROXIMOS DIAS HABILES DESPUES DE RECIBIR ESTA CITICION; SI TIENE INCAPACIDAD DE OIR O HABLAR LLAME AL 1-800-955-8771.

SI VOUS ETES INFIRME, ET EN BESOIN DE NIMPORTE ACCOMMODATION POUR POUVOIR PARTICIPER A CES PROCEDURES, VOUS POUVEZ GRATUITEMENT RECEVOIR, CERTAIN SERVICES.  SIL-VOUS-PLAIT CONTACTEZ LE COORDINATEUR DU BUREAU ADMINISTRATIF DU TRIBUNAL DE PALM BEACH, NICOLE SAUNDERS, LE TRIBUNAL SE TROUVE A 205 NORTH DIXIE HIGHWAY, CHAMBRE 5.2500, WEST PALM BEACH FLORIDA 33401, NUMERO DE TELEPHONE (561) 355-4380 DURANT DEUX (2) JOURS SUIVANT LA RECEPTION DE CITATION; SI VOUS ETES MUETS OU SOURDS, APPLEZ 1-800-955-8771.

DLK

# PALM BEACH COUNTY SHERIFF'S ORIGINAL RETURN

CORBLET CORPORATION

**Court Case #**

Palm Beach
County Court
**CC-05-12795-NB 7**

S
E
R
V
E

A
D
D
R

A
T
T
O
R
N
E
Y

1801 S FEDERAL HW
DELRAY BEACH, FL 33483

WOODIE H THOMAS PA
1603 VISION DRIVE
PALM BEACH GARDENS FL   33418-0009

**T Y P E   O F   W R I T**

**ALIAS SUMMONS & COPY & COPY & COMPLAINT**

PLAINTIFF:    WOODIE H THOMAS III PA

DEFENDANT:    ROBERT A GIBSON

SERVICE $
CHECK
PD

COST
20.00
1301

AT: 12:17:11 pm

Received this writ on the _____ 27th _____ Day of _____ January _____ A.D. 20 _____ 06 _____ and served the same on the within named person at __1130__ (AM/PM on the __31__ day of __Jan__ A.D. __06__ in Palm Beach County Florida, a true copy of this Writ, endorsed thereon by me, * with a copy of the Complaint, Petition, or other Pleadings (*not applicable to service of Subpoena.)

☐ INDIVIDUAL SERVICE

☐ SERVICE TO PERSON IN REPRESENTATIVE CAPACITY / designated recipient of process/records custodian/parent or guardian of a minor, to wit:
_____ as _____
(name)                                          (capacity)

☐ SUBSTITUTE SERVICE at usual place of abode with any person residing therein who is 15 years of age or older and informing the person of their contents, to wit: _____ as _____
(name)                                          (relationship)

☒ CORPORATE SERVICE
To _Robert Gibson_ _____ holding corporate office of _President_
To _____ as registered agent of said corporation.
To _____ as employee of said corporation, due to failure to comply with F.S. 48.091. Attempts to serve officer or registered agent: date _____ time _____, date _____ time _____.

☐ SOLE PROPRIETORSHIP (D/B/A)
To _____ as owner.
To _____ as manager. Attempts to serve owner at place of business: date _____ time _____,
date _____ time _____.

☐ PARTNERSHIP
To _____ as partner.
To _____ as designated employee or agent for service.

☐ POSTING by attaching a copy to a conspicuous place on the property described by the complaint or summons. If applicable:
Attempts to serve resident/tenant in action for possession: date _____ time _____, date _____ time _____
Posted per map, property description: _____

☐ NON-SERVICE: Person notified _____, date _____ time _____. (See remarks below.)

☐ SUPPLEMENTAL INFORMATION _____
_____
_____
_____
_____
_____
_____
_____

Ric L. Bradshaw
Sheriff of Palm Beach County, Florida

By _DeBianco 5539_
    Deputy Sheriff

Note: Only that service indicated by the **X** is applicable to this return - all other portions should not be considered.
°BSO #0096  REV. 5/00

**ORIGINAL COPY**

## IN THE COUNTY COURT, PALM BEACH COUNTY, FLORIDA
### CIVIL ACTION

UNIFORM CASE NO. 502005CC012795XXXXNB
DIVISION:RH
DOCUMENT TRACKING NO:  SM-06-004404

WOODIE H THOMAS, III, P.A.

　　　　　　　　PLAINTIFF(S),

　　　-VS-

ROBERT A GIBSON

　　　　　　　　DEFENDANT(S),

**ALIAS**

**\*\*\* S U M M O N S\*\*\***

THE STATE OF FLORIDA:

TO EACH SHERIFF IN THE STATE:

YOU ARE COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE COMPLAINT OR PETITION IN THIS
ACTION ON DEFENDANT(S)

**BIKE-TAXI CORPORATION**

SERVE TO: ROBERT A GIBSON / RA/PRES/DIR
　　　　*1801 So FEDERAL HWY*
　　　　*DELRAY BEACH Fl 33483*

**ALTERNATE ADDRESS:**

EACH DEFENDANT IS REQUIRED TO SERVE WRITTEN DEFENSES TO THE COMPLAINT OR PETITION ON
PLAINTIFFS ATTORNEY WHOSE NAME AND ADDRESS IS

**WOODIE H THOMAS , ESQ , 1603 VISION DR,, PALM BCH GARDENS, FL 33418-0000**

WITHIN TWENTY (20) DAYS AFTER SERVICE OF THIS SUMMONS ON THAT DEFENDANT, EXCLUSIVE OF THE
DAY OF SERVICE, AND TO FILE THE ORIGINAL  OF THE DEFENSES WITH THE CLERK OF THIS COURT EITHER
BEFORE SERVICE ON PLAINTIFFS ATTORNEY OR IMMEDIATELY THEREAFTER.  IF A DEFENDANT FAILS TO DO
SO, A DEFAULT WILL BE ENTERED AGAINST THAT DEFENDANT FOR THE RELIEF DEMANDED IN THE
COMPLAINT OR PETITION.

DATED ON 24-JAN-2006

　　　　　　　　　　　　Sharon R. Bock
　　　　　　　　　　　　Clerk & Comptroller

　　　　　　　　　　　　BY
　　　　　　　　　　　　　　　　　　DEPUTY CLERK

WOODIE H THOMAS , ESQ , 1603 VISION DR,, PALM BCH GARDENS, FL 33418-0000

### SEE REVERSE SIDE - VEASE AL REVES - VOIR DE L'AUTRE COTE DE

ODP_CC_20_BU

ORIGINAL



IF YOU ARE A PERSON WITH A DISABILITY WHO NEEDS ANY ACCOMMODATION IN ORDER TO PARTICIPATE IN THIS PROCEEDING,YOU ARE ENTITLED, AT NO COST TO YOU, TO THE PROVISION OF CERTAIN ASSISTANCE.  PLEASE CONTACT NICOLE SAUNDERS, ADA COORDINATOR IN THE ADMINISTRATIVE OFFICE OF THE COURT, PALM BEACH COUNTY COURTHOUSE, 205 NORTH DIXIE HIGHWAY, ROOM 5.2500, WEST PALM BEACH, FL 33401; TELEPHONE NUMBER (561) 355-4380 WITHIN TWO (2) WORKING DAYS OF YOUR RECEIPT OF THIS SUMMONS; IF YOU ARE HEARING/VOICE IMPAIRED, CALL 1-800-955-8771.

SI OU SE YON MOUN KI INFIM, KI BEZWEN NINPÒT AKOMODASYON POU KA PATISIPE NAN PWOSE SA-A, OU GEN DWA, SANL PA KOUTEW ANYIN, POU YO BAW KEK SEVIS.  TANPRI KONTAKTE KOODINATE ADA, NICOLE SAUNDERS NAN BIRO ADMINISTRATIF TRIBINAL NAN COTE PALM BEACH, FLORIDA LA, KI NAN 205 NORTH DIXIE HIGHWAY, CHAM 5.2500, WEST PALM BEACH FLORIDA 33401, NIMERO TELEFONN-NAN SE (561) 355-4380, RELE DE (2) JOU DE LE OU RESEVWA CITATION; SI OU BEBE OU BYEN SOUD RELE 1-800-955-8771.

SI UD, ES UNA PERSONA INCAPCITADA QUE NECESITA DE UN SERVICO ESPECIAL PARA PARTICIPAR EN ESTE PROCESO, UD.  TIENE DERECHO A QUE LE PROVEAN CIERTA AYUDA SIN COSTO ALUGNO.  POR FAVOR PONGASE EN CONTACTO CON NICOLE SAUNDERS, EL COORDINATR DE LA OFICINA ADMINISTRATIVA DE LA CORTE ADA, SITUADA EN EL 205 NORTH DIXIE HIGHWAY, OFICINA 5.2500, WEST PALM BEACH, FLORIDA 33401, TELEFONE (561) 355-4380, DENTRO DE LOS DOS (2) PROXIMOS DIAS HABILES DESPUES DE RECIBIR ESTA CITICION; SI TIENE INCAPACIDAD DE OIR O HABLAR LLAME AL 1-800-955-8771.

SI VOUS ETES INFIRME, ET EN BESOIN DE NIMPORTE ACCOMMODATION POUR POUVOIR PARTICIPER A CES PROCEDURES, VOUS POUVEZ GRATUITEMENT RECEVOIR, CERTAIN SERVICES.  SIL-VOUS-PLAIT CONTACTEZ LE COORDINATEUR DU BUREAU ADMINISTRATIF DU TRIBUNAL DE PALM BEACH, NICOLE SAUNDERS, LE TRIBUNAL SE TROUVE A 205 NORTH DIXIE HIGHWAY, CHAMBRE 5.2500, WEST PALM BEACH FLORIDA 33401, NUMERO DE TELEPHONE (561) 355-4380 DURANT DEUX (2) JOURS SUIVANT LA RECEPTION DE CITATION; SI VOUS ETES MUETS OU SOURDS, APPLEZ 1-800-955-8771.

# PALM BEACH COUNTY SHERIFF'S ORIGINAL RETURN

DLK

BIKE-TAXI CORPORATION

Court Case #    Palm Beach County Court CC-05-12795-NB 8

1801 S FEDERAL HW
DELRAY BEACH, FL 33483

TYPE OF WRIT    ALIAS SUMMONS & COPY & COPY & COMPLAINT

WOODIE H THOMAS PA
1603 VISION DRIVE
PALM BEACH GARDENS FL   33418-0009

WOODIE H THOMAS III PA

SERVICE $    COST 20.00

PLAINTIFF:

CHECK PD    1301

ROBERT A GIBSON

DEFENDANT:

AT: 12:19:25 pm

Received this writ on the **27th** Day of **January** A.D. 20 **06** and served the same on the within named person at **1133** AM/PM on the **31** day of **Jan** A.D. **06** in Palm Beach County Florida, a true copy of this Writ, endorsed thereon by me, * with a copy of the Complaint, Petition, or other Pleadings (*not applicable to service of Subpoena.)

☐ INDIVIDUAL SERVICE

☐ SERVICE TO PERSON IN REPRESENTATIVE CAPACITY / designated recipient of process/records custodian/parent or guardian of a minor, to wit:
_____ as _____.
(name)      (capacity)

☐ SUBSTITUTE SERVICE at usual place of abode with any person residing therein who is 15 years of age or older and informing the person of their contents, to wit: _____ as _____.
(name)      (relationship)

☒ CORPORATE SERVICE
To **Robert Gibson** holding corporate office of **President**
To _____ as registered agent of said corporation.
To _____ as employee of said corporation, due to failure to comply with F.S. 48.091. Attempts to serve officer or registered agent: date _____ time _____, date _____ time _____.

☐ SOLE PROPRIETORSHIP (D/B/A)
To _____ as owner.
To _____ as manager. Attempts to serve owner at place of business: date _____ time _____
date _____ time _____.

☐ PARTNERSHIP
To _____ as partner.
To _____ as designated employee or agent for service.

☐ POSTING by attaching a copy to a conspicuous place on the property described by the complaint or summons. If applicable:
Attempts to serve resident/tenant in action for possession: date _____ time _____, date _____ time _____.
Posted per map, property description: _____

☐ NON-SERVICE: Person notified _____, date _____ time _____. (See remarks below.)

☐ SUPPLEMENTAL INFORMATION _____
_____
_____
_____
_____
_____
_____

Ric L. Bradshaw
Sheriff of Palm Beach County, Florida

By **DESimico 5539**
Deputy Sheriff

ORIGINAL COPY

Note: Only that service indicated by the X is applicable to this return - all other portions should not be considered.
PBSO #0096  REV. 5/00

## IN THE COUNTY COURT, PALM BEACH COUNTY, FLORIDA
### CIVIL ACTION

UNIFORM CASE NO. 502005CC012795XXXXNB
DIVISION:RH
DOCUMENT TRACKING NO:  SM-06-004403

WOODIE H THOMAS, III, P.A.

                        PLAINTIFF(S),

    -VS-

ROBERT A GIBSON              **ALIAS**

                      DEFENDANT(S),

                  \*\*\* S U M M O N S \*\*\*

*FILED  06 FEB -6  AM 10: 38  SHARON R. BOCK, CLERK  PALM BEACH COUNTY, FL  NORTH COUNTY BRANCH*

THE STATE OF FLORIDA:

TO EACH SHERIFF IN THE STATE:

YOU ARE COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE COMPLAINT OR PETITION IN THIS ACTION ON DEFENDANT(S)

**1-800-SERVE-EM.COM, INC**

SERVE TO: ROBERT A GIBSON / RA/PRES/DIR             **ALTERNATE ADDRESS:**
1801 SO FEDERAL HWY
DELRAY BEACH FL 33483

EACH DEFENDANT IS REQUIRED TO SERVE WRITTEN DEFENSES TO THE COMPLAINT OR PETITION ON PLAINTIFFS ATTORNEY WHOSE NAME AND ADDRESS IS

**WOODIE H THOMAS , ESQ , 1603 VISION DR,, PALM BCH GARDENS, FL 33418-0000**

WITHIN TWENTY (20) DAYS AFTER SERVICE OF THIS SUMMONS ON THAT DEFENDANT, EXCLUSIVE OF THE DAY OF SERVICE, AND TO FILE THE ORIGINAL OF THE DEFENSES WITH THE CLERK OF THIS COURT EITHER BEFORE SERVICE ON PLAINTIFFS ATTORNEY OR IMMEDIATELY THEREAFTER. IF A DEFENDANT FAILS TO DO SO, A DEFAULT WILL BE ENTERED AGAINST THAT DEFENDANT FOR THE RELIEF DEMANDED IN THE COMPLAINT OR PETITION.

DATED ON 24-JAN-2006

                                Sharon RE Bock
                                Clerk & Comptroller

                         BY: _____ DEPUTY CLERK

WOODIE H THOMAS , ESQ , 1603 VISION DR,, PALM BCH GARDENS, FL 33418-0000

              SEE REVERSE SIDE - VEASE AL REVES - VOIR DE L'AUTRE COTE DE

ODP_CC_20_BU

ORIGINAL



DLK **PALM BEACH COUNTY SHERIFF'S ORIGINAL RETURN**

1-800-SERVE-EM.COM,INC

Court
Case #

Palm Beach
County Court
**CC-05-12795-NB
6**

1801 S FEDERAL HW
DELRAY BEACH, FL 33483

| T Y P E   O F   W R I T |

**ALIAS SUMMONS & COPY & COPY &
COMPLAINT**

WOODIE H THOMAS PA
1603 VISION DRIVE
PALM BEACH GARDENS FL   33418-0009

WOODIE H THOMAS III PA

PLAINTIFF:

ROBERT A GIBSON

DEFENDANT:

SERVICE $
CHECK
PD

COST
20.00
1301

AT: 12:15:02 pm

Received this writ on the _____ 27th _____ Day of _____ January _____ A.D. 20 _____ 06 _____ and served the same on the within named person at _1134_ AM/PM on the _31_ day of _Jan_ A.D _06_ in Palm Beach County Florida, a true copy of this Writ, endorsed thereon by me, * with a copy of the Complaint, Petition, or other Pleadings (*not applicable to service of Subpoena.)

❑  INDIVIDUAL SERVICE

❑  SERVICE TO PERSON IN REPRESENTATIVE CAPACITY / designated recipient of process/records custodian/parent or guardian of a minor, to wit:
_____ as _____ .
(name)                                             (capacity)

❑  SUBSTITUTE SERVICE at usual place of abode with any person residing therein who is 15 years of age or older and informing the person of their contents, to wit: _____ as _____ .
(name)                                             (relationship)

☒  CORPORATE SERVICE
To _Robert Gibson_____ holding corporate office of _President_____
To _____ as registered agent of said corporation.
To _____ as employee of said corporation, due to failure to comply with F.S. 48.091. Attempts to serve officer or registered agent: date _____ time _____ , date _____ time _____ .

❑  SOLE PROPRIETORSHIP (D/B/A)
To _____ as owner.
To _____ as manager. Attempts to serve owner at place of business: date _____ time _____ ,
date _____ time _____ .

❑  PARTNERSHIP
To _____ as partner.
To _____ as designated employee or agent for service.

❑  POSTING by attaching a copy to a conspicuous place on the property described by the complaint or summons. If applicable:
Attempts to serve resident/tenant in action for possession: date _____ time _____ , date _____ time _____ .
Posted per map, property description: _____

❑  NON-SERVICE: Person notified _____ , date _____ time _____ . (See remarks below.)

❑  SUPPLEMENTAL INFORMATION _____
_____
_____
_____
_____
_____

Ric L. Bradshaw
Sheriff of Palm Beach County, Florida

By _Delianco 5539_____
Deputy Sheriff

Note: Only that service indicated by the **X** is applicable to this return - all other portions should not be considered.
PBSO #0096  REV. 5/00

**ORIGINAL COPY**

# IN THE COUNTY COURT, PALM BEACH COUNTY, FLORIDA
## CIVIL ACTION

UNIFORM CASE NO. 502005CC012795XXXXNB
DIVISION:RH
DOCUMENT TRACKING NO:  SM-06-004402

WOODIE H THOMAS, III, P.A.

                   PLAINTIFF(S),

    -VS-

ROBERT A GIBSON        **ALIAS**

                DEFENDANT(S),

                            *** S U M M O N S ***

THE STATE OF FLORIDA:

TO EACH SHERIFF IN THE STATE:

YOU ARE COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE COMPLAINT OR PETITION IN THIS ACTION ON DEFENDANT(S)

**SERVE-EM.COM, INC.**

SERVE TO: ROBERT A GIBSON / RA/PRES/DIR
1801 SO FEDERAL HWY
DELRAY BEACH FL 33483

                                     **ALTERNATE ADDRESS:**

EACH DEFENDANT IS REQUIRED TO SERVE WRITTEN DEFENSES TO THE COMPLAINT OR PETITION ON PLAINTIFFS ATTORNEY WHOSE NAME AND ADDRESS IS

**WOODIE H THOMAS , ESQ , 1603 VISION DR., PALM BCH GARDENS, FL 33418-0000**

WITHIN TWENTY (20) DAYS AFTER SERVICE OF THIS SUMMONS ON THAT DEFENDANT, EXCLUSIVE OF THE DAY OF SERVICE, AND TO FILE THE ORIGINAL OF THE DEFENSES WITH THE CLERK OF THIS COURT EITHER BEFORE SERVICE ON PLAINTIFFS ATTORNEY OR IMMEDIATELY THEREAFTER. IF A DEFENDANT FAILS TO DO SO, A DEFAULT WILL BE ENTERED AGAINST THAT DEFENDANT FOR THE RELIEF DEMANDED IN THE COMPLAINT OR PETITION.

DATED ON 24-JAN-2006

                                 Sharon R. Bock
                                 Clerk & Comptroller

                                                  DEPUTY CLERK

WOODIE H THOMAS , ESQ , 1603 VISION DR., PALM BCH GARDENS, FL 33418-0000

               SEE REVERSE SIDE - VEASE AL REVES - VOIR DE L'AUTRE COTE DE

ODP_CC_20_BU

ORIGINAL



IF YOU ARE A PERSON WITH A DISABILITY WHO NEEDS ANY ACCOMMODATION IN ORDER TO PARTICIPATE IN THIS PROCEEDING, YOU ARE ENTITLED, AT NO COST TO YOU, TO THE PROVISION OF CERTAIN ASSISTANCE. PLEASE CONTACT NICOLE SAUNDERS, ADA COORDINATOR IN THE ADMINISTRATIVE OFFICE OF THE COURT, PALM BEACH COUNTY COURTHOUSE, 205 NORTH DIXIE HIGHWAY, ROOM 5.2500, WEST PALM BEACH, FL 33401; TELEPHONE NUMBER (561) 355-4380 WITHIN TWO (2) WORKING DAYS OF YOUR RECEIPT OF THIS SUMMONS; IF YOU ARE HEARING/VOICE IMPAIRED, CALL 1-800-955-8771.

SI OU SE YON MOUN KI INFIM, KI BEZWEN NINPOT AKOMODASYON POU KA PATISIPE NAN PWOSE SA-A, OU GEN DWA, SANL PA KOUTEW ANYIN, POU YO BAW KEK SEVIS. TANPRI KONTAKTE KOODINATE ADA, NICOLE SAUNDERS NAN BIRO ADMINISTRATIF TRIBINAL NAN COTE PALM BEACH, FLORIDA LA, KI NAN 205 NORTH DIXIE HIGHWAY, CHAM 5.2500, WEST PALM BEACH FLORIDA 33401, NIMERO TELEFONN-NAN SE (561) 355-4380, RELE DE (2) JOU DE LE OU RESEVWA CITATION; SI OU BEBE OU BYEN SOUD RELE 1-800-955-8771.

SI UD, ES UNA PERSONA INCAPCITADA QUE NECESITA DE UN SERVICO ESPECIAL PARA PARTICIPAR EN ESTE PROCESO, UD. TIENE DERECHO A QUE LE PROVEAN CIERTA AYUDA SIN COSTO ALUGNO. POR FAVOR PONGASE EN CONTACTO CON NICOLE SAUNDERS, EL COORDINATR DE LA OFICINA ADMINISTRATIVA DE LA CORTE ADA, SITUADA EN EL 205 NORTH DIXIE HIGHWAY, OFICINA 5.2500, WEST PALM BEACH, FLORIDA 33401, TELEFONE (561) 355-4380, DENTRO DE LOS DOS (2) PROXIMOS DIAS HABILES DESPUES DE RECIBIR ESTA CITICION; SI TIENE INCAPACIDAD DE OIR O HABLAR LLAME AL 1-800-955-8771.

SI VOUS ETES INFIRME, ET EN BESOIN DE NIMPORTE ACCOMMODATION POUR POUVOIR PARTICIPER A CES PROCEDURES, VOUS POUVEZ GRATUITEMENT RECEVOIR, CERTAIN SERVICES. SIL-VOUS-PLAIT CONTACTEZ LE COORDINATEUR DU BUREAU ADMINISTRATIF DU TRIBUNAL DE PALM BEACH, NICOLE SAUNDERS, LE TRIBUNAL SE TROUVE A 205 NORTH DIXIE HIGHWAY, CHAMBRE 5.2500, WEST PALM BEACH FLORIDA 33401, NUMERO DE TELEPHONE (561) 355-4380 DURANT DEUX (2) JOURS SUIVANT LA RECEPTION DE CITATION; SI VOUS ETES MUETS OU SOURDS, APPLEZ 1-800-955-8771.

DLK        **PALM BEACH COUNTY SHERIFF'S  ORIGINAL RETURN**

SERVE-EM.COM, INC

|  | Palm Beach |
|---|---|
| **Court** | **County Court** |
| **Case #** | **CC-05-12795-NB 5** |

1801 S FEDERAL HW
DELRAY BEACH, FL 33483

TYPE OF WRIT

**ALIAS SUMMONS & COPY & COPY & COMPLAINT**

WOODIE H THOMAS PA
1603 VISION DRIVE
PALM BEACH GARDENS FL   33418-0009

|  |  | COST 20.00 |
|---|---|---|
| PLAINTIFF: | WOODIE H THOMAS III PA | SERVICE $ |
|  | ROBERT A GIBSON | CHECK  1301 |
| DEFENDANT: |  | PD |
|  |  | AT: 12:11:47 pm |
|  |  | 06 |

Received this writ on the _____ 27th _____ Day of _____ January _____ A.D. 20 _____ and served the same on the within named person at 1135 (AM)/PM on the 31 day of Jan A.D. 06 in Palm Beach County Florida, a true copy of this Writ, endorsed thereon by me, * with a copy of the Complaint, Petition, or other Pleadings (*not applicable to service of Subpoena.)

❑ INDIVIDUAL SERVICE

❑ SERVICE TO PERSON IN REPRESENTATIVE CAPACITY / designated recipient of process/records custodian/parent or guardian of a minor, to wit:
_____ as _____
      (name)                              (capacity)

❑ SUBSTITUTE SERVICE at usual place of abode with any person residing therein who is 15 years of age or older and informing the person of their contents, to wit: _____ as _____.
      (name)                              (relationship)

❑ CORPORATE SERVICE
To _ROBERT GIBSON_ holding corporate office of _PRESIDENT_
To _____ as registered agent of said corporation.
To _____ as employee of said corporation, due to failure to comply with F.S. 48.091. Attempts to serve officer or registered agent: date _____ time _____, date _____ time _____

❑ SOLE PROPRIETORSHIP (D/B/A)
To _____ as owner.
To _____ as manager. Attempts to serve owner at place of business: date _____ time _____, date _____ time _____.

❑ PARTNERSHIP
To _____ as partner.
To _____ as designated employee or agent for service.

❑ POSTING by attaching a copy to a conspicuous place on the property described by the complaint or summons. If applicable: Attempts to serve resident/tenant in action for possession: date _____ time _____, date _____ time _____. Posted per map, property description: _____

❑ NON-SERVICE: Person notified _____, date _____ time _____. (See remarks below.)

❑ SUPPLEMENTAL INFORMATION _____
_____
_____
_____
_____
_____
_____
_____

By _____ DEMARCO 5539 _____
      Deputy Sheriff

Ric L. Bradshaw
Sheriff of Palm Beach County, Florida

Note: Only that service indicated by the **X** is applicable to this return - all other portions should not be considered.

BSO #0096  REV. 5/00                                    **ORIGINAL COPY**

## IN THE COUNTY COURT, PALM BEACH COUNTY, FLORIDA
### CIVIL ACTION

UNIFORM CASE NO. 502005CC012795XXXXNB
DIVISION:RH
DOCUMENT TRACKING NO:  SM-06-004398


WOODIE H THOMAS, III, P.A.

                    PLAINTIFF(S),

      -VS-


ROBERT A GIBSON

                    DEFENDANT(S),          **ALIAS**
                                      *** S U M M O N S ***

THE STATE OF FLORIDA:

TO EACH SHERIFF IN THE STATE:

YOU ARE COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE COMPLAINT OR PETITION IN THIS
ACTION ON DEFENDANT(S)

**SERVE-EM, INCORPORATED**

SERVE TO: ROBERT A GIBSON / RA/PRES/DIR                    **ALTERNATE ADDRESS:**
1801 SO FEDERAL HWY
DELRAY BEACH, FL 33483
  800 7378336


EACH DEFENDANT IS REQUIRED TO SERVE WRITTEN DEFENSES TO THE COMPLAINT OR PETITION ON
PLAINTIFFS ATTORNEY WHOSE NAME AND ADDRESS IS

**WOODIE H THOMAS , ESQ , 1603 VISION DR,, PALM BCH GARDENS, FL 33418-0000**


WITHIN TWENTY (20) DAYS AFTER SERVICE OF THIS SUMMONS ON THAT DEFENDANT, EXCLUSIVE OF THE
DAY OF SERVICE, AND TO FILE THE ORIGINAL  OF THE DEFENSES WITH THE CLERK OF THIS COURT EITHER
BEFORE SERVICE ON PLAINTIFFS ATTORNEY OR IMMEDIATELY THEREAFTER.  IF A DEFENDANT FAILS TO DO
SO, A DEFAULT WILL BE ENTERED AGAINST THAT DEFENDANT FOR THE RELIEF DEMANDED IN THE
COMPLAINT OR PETITION.

DATED ON 24-JAN-2006

                              Sharon R. Bock
                              Clerk & Comptroller


                                            _____
                                            DEPUTY CLERK

WOODIE H THOMAS , ESQ , 1603 VISION DR,, PALM BCH GARDENS, FL 33418-0000


          SEE REVERSE SIDE - VEASE AL REVES - VOIR DE L'AUTRE COTE DE

ODP_CC_20_BU



ORIGINAL

IF YOU ARE A PERSON WITH A DISABILITY WHO NEEDS ANY ACCOMMODATION IN ORDER TO PARTICIPATE IN THIS PROCEEDING,YOU ARE ENTITLED, AT NO COST TO YOU, TO THE PROVISION OF CERTAIN ASSISTANCE. PLEASE CONTACT NICOLE SAUNDERS, ADA COORDINATOR IN THE ADMINISTRATIVE OFFICE OF THE COURT, PALM BEACH COUNTY COURTHOUSE, 205 NORTH DIXIE HIGHWAY, ROOM 5.2500, WEST PALM BEACH, FL 33401; TELEPHONE NUMBER (561) 355-4380 WITHIN TWO (2) WORKING DAYS OF YOUR RECEIPT OF THIS SUMMONS; IF YOU ARE HEARING/VOICE IMPAIRED, CALL 1-800-955-8771.

SI OU SE YON MOUN KI INFIM, KI BEZWEN NINPOT AKOMODASYON POU KA PATISIPE NAN PWOSE SA-A, OU GEN DWA, SANL PA KOUTEW ANYIN, POU YO BAW KEK SEVIS. TANPRI KONTAKTE KOODINATE ADA, NICOLE SAUNDERS NAN BIRO ADMINISTRATIF TRIBINAL NAN COTE PALM BEACH, FLORIDA LA, KI NAN 205 NORTH DIXIE HIGHWAY, CHAM 5.2500, WEST PALM BEACH FLORIDA 33401, NIMERO TELEFONN-NAN SE (561) 355-4380, RELE DE (2) JOU DE LE OU RESEVWA CITATION; SI OU BEBE OU BYEN SOUD RELE 1-800-955-8771.

SI UD, ES UNA PERSONA INCAPCITADA QUE NECESITA DE UN SERVICO ESPECIAL PARA PARTICIPAR EN ESTE PROCESO, UD.  TIENE DERECHO A QUE LE PROVEAN CIERTA AYUDA SIN COSTO ALUGNO.  POR FAVOR PONGASE EN CONTACTO CON NICOLE SAUNDERS, EL COORDINATR DE LA OFICINA ADMINISTRATIVA DE LA CORTE ADA, SITUADA EN EL 205 NORTH DIXIE HIGHWAY, OFICINA 5.2500, WEST PALM BEACH, FLORIDA 33401, TELEFONE (561) 355-4380, DENTRO DE LOS DOS (2) PROXIMOS DIAS HABILES DESPUES DE RECIBIR ESTA CITICION; SI TIENE INCAPACIDAD DE OIR O HABLAR LLAME AL 1-800-955-8771.

SI VOUS ETES INFIRME, ET EN BESOIN DE NIMPORTE ACCOMMODATION POUR POUVOIR PARTICIPER A CES PROCEDURES, VOUS POUVEZ GRATUITEMENT RECEVOIR, CERTAIN SERVICES.  SIL-VOUS-PLAIT CONTACTEZ LE COORDINATEUR DU BUREAU ADMINISTRATIF DU TRIBUNAL DE PALM BEACH, NICOLE SAUNDERS, LE TRIBUNAL SE TROUVE A 205 NORTH DIXIE HIGHWAY, CHAMBRE 5.2500, WEST PALM BEACH FLORIDA 33401, NUMERO DE TELEPHONE (561) 355-4380 DURANT DEUX (2) JOURS SUIVANT LA RECEPTION DE CITATION; SI VOUS ETES MUETS OU SOURDS, APPLEZ 1-800-955-8771.

DLK

# PALM BEACH COUNTY SHERIFF'S ORIGINAL RETURN

SERVE-EM, INCORPORATED

Palm Beach
County Court

Court
Case #   CC-05-12795-NB
4

S
E
R
V
E

A
D
D
R

1801 S FEDERAL HW
DELRAY BEACH, FL 33483

A
T
T
O
R
N
E
Y

WOODIE H THOMAS PA
1603 VISION DRIVE
PALM BEACH GARDENS FL   33418-0009

T
Y
P
E
O
F
W
R
I
T

**ALIAS SUMMONS & COPY & COPY & COMPLAINT**

WOODIE H THOMAS III PA

PLAINTIFF:

ROBERT A GIBSON

DEFENDANT:

SERVICE $
CHECK
PD

COST
20.00
1301

AT: 12:09:30 pm
06

Received this writ on the _____ 27th _____ Day of _____ January _____ A.D. 20 __ and served the same on the within named person at _1130_ (AM) PM on the _31_ day of _Jan_ A.D. _06_ in Palm Beach County Florida, a true copy of this Writ, endorsed thereon by me, * with a copy of the Complaint, Petition, or other Pleadings (*not applicable to service of Subpoena.)

☐ INDIVIDUAL SERVICE

☐ SERVICE TO PERSON IN REPRESENTATIVE CAPACITY / designated recipient of process/records custodian/parent or guardian of a minor, to wit:
_____ as _____
(name)                                                      (capacity)

☐ SUBSTITUTE SERVICE at usual place of abode with any person residing therein who is 15 years of age or older and informing the person of their contents, to wit: _____ as _____
(name)                                                      (relationship)

☒ CORPORATE SERVICE
To _Robert Gibson_ holding corporate office of _President_
To _____ as registered agent of said corporation.
To _____ as employee of said corporation, due to failure to comply with F.S. 48.091. Attempts to serve officer or registered agent: date _____ time _____, date _____ time _____.

☐ SOLE PROPRIETORSHIP (D/B/A)
To _____ as owner.
To _____ as manager. Attempts to serve owner at place of business: date _____ time _____, date _____ time _____.

☐ PARTNERSHIP
To _____ as partner.
To _____ as designated employee or agent for service.

☐ POSTING by attaching a copy to a conspicuous place on the property described by the complaint or summons. If applicable:
Attempts to serve resident/tenant in action for possession: date _____ time _____, date _____ time _____.
Posted per map, property description: _____

☐ NON-SERVICE: Person notified _____, date _____ time _____. (See remarks below.)

☐ SUPPLEMENTAL INFORMATION _____

_____
_____
_____
_____
_____
_____
_____

Ric L. Bradshaw
Sheriff of Palm Beach County, Florida

By _DeMarco 5539_
Deputy Sheriff

Note: Only that service indicated by the X is applicable to this return - all other portions should not be considered.

PBSO #0096 REV. 5/00

ORIGINAL COPY

IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT OF FLORIDA, IN
FOR PALM BEACH COUNTY

WOODIE H. THOMAS III
      Plaintiff,
vs.                    Case No. 502005 CC 012795XXXXNB
AIRPORT PROCESS, INC., etc.
      Defendants.

_____/

## AMENDED ANSWER TO COMPLAINT

COMES NOW the Defendants AIRPORT PROCESS, INC. and DON GIBSON and file

this amended answer to the complaint, and states:

1. Without knowledge.   Denied that all corporations were formed by Donald Gibson.

2. Admitted.

3. Admitted.

4. Admited.

5. Denied.

6. Denied.

7. Requires no response.

8. Admitted.

9. Denied, as to Donald Gibson and Airport.

10. Denied.

11. Denied.

12. Denied.

13. Denied.   Admit statement attached is a correct copy of the statement.

14. Admit that neither Airport Process nor Donald Gibson have made payment.

## AFFIRMATIVE DEFENSES

1.   The complaint fails to state a cause of action against the Defendants Donald  and Airport Process, in that it insufficiently alleges factual allegations as to privity of contract with these defendants.   Specifically, the billing attached to the complaint shows that the Plaintiff was owed money by Robert Gibson, CEO/Chairman of Corblet Corporation, 1-800-Serve Em.

2.   The Complaint fails to state a cause of action in that it fails to alleged whether the alleged agreement between the Plaintiff and Donald Gibson and Airport Process is oral or written and, if written, fails to attach a copy of the document sued upon as required by Florida Rule of Civil Procedure 1.130.

3.   To the extent that the Complaint seeks to hold the Defendant Donald Gibson accountable for the debt of the other corporate defendants, save Airport Process, the Defendant Donald Gibson purchased the assets of these corporations free and clear of the debts of these defendants pursuant to the Order and Bill of Sale which is attached hereto.   The Defendant is therefore not liable for the debts of those defendants.

I CERTIFY that a true and correct copy of the foregoing was served by mail to Woodie H.  Thomas III, 1603 Vision Drive, Palm Beach Gardens, Florida 33418 and by fax, 624-5124,  this 12th day of December, 2005.

LAW OFFICE OF RICHARD W. GLENN
4 Harvard Circle, Suite 600
West Palm Beach, Florida 33409
(561) 687-7235
Fax;  (561) 687-7245

By
    Richard W. Glenn
    Fla. Bar 252395

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:                                  Case No.: 03-32460-BKC-SHF
                                        Chapter 7 proceeding

SERVE-EM.COM, INC.,
        Debtor.
_____/

## ORDER GRANTING TRUSTEE'S EMERGENCY MOTION PURSUANT TO LOCAL RULE 9075 TO SELL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, PURSUANT TO 11 U.S.C. § 363(f), WITH ANY LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS TO ATTACH TO PROCEEDS OF SALE, TO APPROVE BIDDING PROCEDURES AND MOTION TO SUBSTANTIVELY CONSOLIDATE

THIS MATTER, having come before the Court on the 7th day of March, 2005, in West Palm Beach, Florida pursuant to Michael R. Bakst, as Chapter 7 Trustee's, Emergency Motion Pursuant to Local Rule 9075 to Sell Property Free and Clear of Liens, Claims, Encumbrances, and Interests, Pursuant to 11 U.S.C. § 363(F), with any Liens, Claims, Encumbrances, and Interests to Attach to Proceeds of Sale, to Approve Bidding Procedures and Motion to Substantively Consolidate, the Court having heard argument of counsel, and being otherwise fully advised in the premises, it is:

ORDERED AND ADJUDGED as follows:

1.   The Trustee's Emergency Motion Pursuant to Local Rule 9075 to Sell Property Free and Clear of Liens, Claims, Encumbrances, and Interests, Pursuant to 11 U.S.C. § 363(F), with any Liens, Claims, Encumbrances, and Interests to Attach to Proceeds of Sale, to Approve Bidding Procedures and Motion to Substantively Consolidate is hereby GRANTED.

2.   The Court hereby consolidates all the Defendants, CORBLET CORPORATION, a Florida Corporation, CORBADEX CORPORATION, a Florida Corporation, 1-800-SERVE-EM, Inc., a Florida Corporation, and JURIFUND CORPORATION, a Florida Corporation, from the adversary proceeding, adversary proceeding number 04-3018-BKC-SHF-A, with the current bankruptcy proceeding, case number 04-32460-BKC-SHF.

3.   The Court further approves the bidding procedures as set forth in the Trustee's emergency motion. The Court finds that the proposed sale comports with the guidelines set forth in 11 U.S.C. § 363(f).

4.   The Court finds that this Court has jurisdiction over this matter pursuant to 11 U.S.C. §§ 105, 361, 363(b) and (c), 365(d), and the various other applicable provisions of the Bankruptcy Code and Bankruptcy Rules; venue is properly before this Court pursuant to 28 U.S.C. §§ 1408 and 1409(a).

5.   The Trustee has entered into a contract with Don Gibson ("Gibson Contract"), which provides for an all cash sale in the amount of $40,000.00, for the purchase of whatever right, title, and/or interest the estate holds in all of the Debtor's assets and post-petition trade receivables of the Debtor, which the Trustee has not already collected. The sale does not include the estate's right, title, and/or interest in the leases entered by the Defendants and/or the Debtor. Further, the sale of the assets does not include any core proceedings, including but not limited to actions pursuant to 11 U.S.C. §§ 547, 548, and 549, nor any causes of action of any of the Debtor entities.

6.   This sale does not include any right, title, or interest of the estate and/or the

2

Debtor relating to the contempt order entered as to Infolink Communication Services, Inc., James Kurzweg, as President of InfoLink Communications Services, Inc., and Prieur Leary, nor to the right, title, and/or interest as to the award of damages for said contempt. The initial offer, pursuant to the terms of the Gibson Contract, was subject to higher and better offers. Further the sale is without any warranties or representations of any type as to any ownership interest in any of the assets being held by the estate.

7.      The Trustee timely served and filed his Emergency Motion Pursuant to Local Rule 9075 to Sell Property Free and Clear of Liens, Claims, Encumbrances, and Interests, Pursuant to 11 U.S.C. § 363(F), with any Liens, Claims, Encumbrances, and Interests to Attach to Proceeds of Sale, to Approve Bidding Procedures and Motion to Substantively Consolidate on all parties entitled to such service under the Federal and Local Rules of Bankruptcy Procedure.

8.      The Trustee is authorized and empowered to sell and transfer all of the assets of the Debtor, excluding the aforementioned assets, as is, where is, without any representations, or warranties of any nature, including no warranties or representations of any type as to any ownership interest in any of the assets being held by the estate,  free and clear of all liens, claims, encumbrances, or interests to Don Gibson for $40,000.00, which has been determined to be the highest and best offer. The sale is to be closed on March 8, 2005, at which time Don Gibson shall pay the remaining $36,000.00.  Further, the Trustee has reserved his right to surcharge secured creditors for his maximizing their return, pursuant to 11 U.S.C. § 506(c).

9.      In the event the buyer does not close on March 8, 2005, then the buyer shall forfeit the down payment in the amount of $4,000.00 as liquidated damages, and the Trustee