shall be authorized and empowered to sell and transfer all assets of the Debtor, as is, where is, without any representations or warranties of any nature, free and clear of all liens, claims, encumbrances, or interests to the back up bidder.

10.    The sale is supported by the sound business judgment of the Trustee, all interested parties have been provided with adequate and reasonable notice, the sale price is fair and reasonable, and the purchaser is acting in good faith. The Court finds that despite the fact that Don Gibson is a creditor of the estate, and is in fact related to the Debtor's principal, Robert Gibson, he is a "good faith purchaser" under 11 U.S.C. § 363(m) and is entitled to the benefits and protections conferred upon a good faith purchaser pursuant to § 363(m).

MICHAEL BAKST

Atty. [     ORDERED in the Southern District of Florida on MARCH 9, 2005

directed to mail a conformed
copy of this order to all
interested parties and to file
a certificate of service with
the clerk of the Bankruptcy
Court.

STEVEN H. FRIEDMAN
UNITED STATES BANKRUPTCY JUDGE

Copies to:
Michael R. Bakst, Trustee, 222 Lakeview Avenue, Suite 1330, West Palm Beach, FL 33041;
Glenn D. Moses, Esq., 100 Southeast Second Street, 36th Floor, Miami FL 33131;
Ronald T. Bevans, Esq., 1221 Brickell Avenue, Suite 2660, Miami, FL 33131;
Steven Clark, Esq., P.O. Box 1107, Londonderry, NH 03653;
Steve Carrigan, Esq., 910 5th Avenue, Seattle, WA 98104;
[Michael R. Bakst, Esq. shall furnish a copy of this Order to all parties listed below and shall file a certificate of service with the Court.]
Robert E. Papas, 1190 Dolphin Road, Riviera Beach, FL 33404;
Don Gibson, 2301 Bay Drive, Pompano Beach, FL 33062;
Robert Gibson, Registered Agent and Director of Corblet Corporation, P.O. Box 15085, West Palm Beach, FL 33416;
Robert Gibson, Registered Agent and Director of Corbadex Corporation, P.O. Box 15085, West Palm Beach, FL 33416;
Robert Gibson, Registered Agent and Director of 1-800-SERVE-EM, Inc., P.O. Box 15085, West Palm Beach, FL 33416;
Robert Gibson, Registered Agent and Director of Jurifund Corporation, P.O. Box 15085, West Palm Beach, FL 33416;
Alan R. Barbee, 900 Osceola Drive, Suite 100, West Palm Beach FL 33409;
U.S. Trustee, 51 S.W. First Ave., Rm 1204, Miami FL 33130

BAB/ms

This Instrument Prepared by:
Brett A. Elam, Esq.
222 Lakeview Avenue, Suite 1330
West Palm Beach, Florida 33401

## <u>BILL OF SALE</u>

KNOW ALL MEN BY THESE PRESENTS that **MICHAEL R. BAKST, TRUSTEE IN BANKRUPTCY FOR SERVE-EM.COM, INC.**, party of the first part, for and in consideration of the sum of **$40,000.00** lawful money of the United States, to him paid by **Don Gibson**, party of the second part, the receipt whereof is hereby acknowledged, have granted, bargained, sold, transferred and delivered, and by these presents does grant, bargain, sell, transfer and deliver unto the said party of the second part, its heirs, executors, administrators and assigns, the following goods and chattels:

> The assets of Serve-em.com, Inc., CORBLET CORPORATION, a Florida Corporation, CORBADEX CORPORATION, a Florida Corporation, 1-800-SERVE-EM, Inc., a Florida Corporation, and JURIFUND CORPORATION, a Florida Corporation, which includes all software used by and employed by Serve-em.com, Inc., CORBLET CORPORATION, CORBADEX CORPORATION, 1-800-SERVE-EM, Inc., and JURIFUND CORPORATION, including all process server application software, world model database, Corbadex, all source code, and all other software which has been used in Serve-em.com., Inc., CORBLET CORPORATION, CORBADEX CORPORATION, 1-800-SERVE-EM, Inc., and JURIFUND CORPORATION, the website of Serve-em.com, Inc., CORBLET CORPORATION, CORBADEX CORPORATION, 1-800-SERVE-EM, Inc., and JURIFUND

1

CORPORATION; the web address of Serve-em.com, Inc., www.serve-em.com; the web address of CORBLET CORPORATION, CORBADEX CORPORATION, 1-800-SERVE-EM, Inc., and JURIFUND CORPORATION; the telephone numbers of Serve-em.com, Inc., CORBLET CORPORATION, CORBADEX CORPORATION, 1-800-SERVE-EM, Inc., and JURIFUND CORPORATION, including 1-800 SERVE EM; all customers of Serve-em.com., Inc., CORBLET CORPORATION, CORBADEX CORPORATION, 1-800-SERVE-EM, Inc., and JURIFUND CORPORATION; the name Serve-Em.Com, without any warranties, representations, or guaranties of any kind. Further, the sale of the assets does not include any accounts receivable, of which the Trustee has already collected, core proceedings, including but not limited to actions pursuant to 11 U.S.C. §§ 547, 548, and 549, nor any causes of action of any of the Debtor entities. This sale does not include any right, title, or interest of the estate and/or the Debtor relating to the contempt order entered as to Infolink Communication Services, Inc., James Kurzweg, as President of InfoLink Communications Services, Inc., and Prieur Leary, nor to the right, title, and/or interest as to the award of damages for said contempt, nor any interest in the Fidelity Federal or Regent Bank bank accounts, nor within the bank accounts of the estate.

**TO HAVE AND TO HOLD** the same unto the said party of the second part, their heirs, executors, administrators and assigns forever. This transfer is made in accordance with the United States Bankruptcy Court for the Southern District of Florida's March 9, 2005 Order Granting Trustee's, Emergency Motion Pursuant to Local Rule 9075 to Sell Property Free and Clear of Liens, Claims, Encumbrances, and Interests, Pursuant to 11 U.S.C. § 363(F), with any Liens, Claims, Encumbrances, and Interests to Attach to Proceeds of Sale, to Approve Bidding Procedures and Motion to Substantively Consolidate. If a conflict arises as to the any of the terms of this bill of sale, the terms of said order shall be controlling.

2

AND we do, for ourselves and our heirs, executors and administrators, covenant to and with the said party of the second part, its heirs executors, administrators and assigns, that we are the lawful owners of the said goods and chattels; that they are free from all encumbrances; that we have good right to sell the same aforesaid.

IN WITNESS WHEREOF, we have hereunto set our hands and seal this 9th day of March 2005.

Signed, sealed and delivered
in the presence of:

MICHAEL R. BAKST, TRUSTEE

Printed Name: Rilyn Carnahan

Rilyn Carnahan

Printed Name:

Brett Elam

STATE OF FLORIDA
COUNTY OF PALM BEACH

I HEREBY CERTIFY that on this day personally appeared before me, **MICHAEL R. BAKST, TRUSTEE IN BANKRUPTCY FOR SERVE-EM.COM, INC.**, to me well known to be the person described herein_____, or, who produced _____ as identification, and who executed the foregoing Bill of Sale, and acknowledged before me that he executed the same freely and voluntarily for the purpose therein expressed.

WITNESS my hand and official seal in the County and State last aforesaid this day of _____March 2005.

NOTARY PUBLIC
My Commission Expires:

3

RANELLE LUCAS JOHNSON
MY COMMISSION # DD 026735
EXPIRES: May 16, 2005
Bonded Thru Budget Notary Services

IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT OF FLORIDA, IN AND FOR PALM BEACH COUNTY

WOODIE H. THOMAS III
     Plaintiff,

vs.                  Case No. 502005 CC 012795XXXXNB

AIRPORT PROCESS, INC., etc.
     Defendants.

_____/

## **MOTION FOR TO AMEND**

COMES NOW the Defendants AIRPORT PROCESS, INC. and DON GIBSON and file this motion to amend their answer and as grounds states:

1.    At the time of filing the answer, the undersigned did not have a copy of the complaint available, yet a default was imminent.   The undersigned therefore filed a general denial which did not address each allegation of the complaint.

2.    The undersigned has now obtained a copy of the complaint and wishes to file an amended answer addressing each allegation in compliance with the Rules of Procedure.

3.    The Defendant has requested the undersigned to withdraw the claims and defenses set forth in the original answer and the undersigned now does so, in reliance upon the claims and defenses set forth in the amended answer.

4.    A copy of the amended answer is attached hereto.

5.    No party will be prejudiced by the filing of the amended answer.

6.    The Court is requested to permit the undersigned to amend the answer and requests that the attached amended answer be deemed filed by the Court.

I CERTIFY that a true and correct copy of the foregoing was served by mail to Woodie H. Thomas III, 1603 Vision Drive, Palm Beach Gardens, Florida 33418 and by fax, 624-5124, this 12th day of December,  2005.

LAW OFFICE OF RICHARD W. GLENN
4 Harvard Circle, Suite 600
West Palm Beach, Florida 33409
(561) 687-7235
Fax:  (561) 687-7245

By:_____
      Richard W. Glenn
      Fla. Bar 252395

IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT OF FLORIDA, IN
FOR PALM BEACH COUNTY

WOODIE H. THOMAS III
     Plaintiff,

vs.              Case No. 502005 CC 012795XXXXNB

AIRPORT PROCESS, INC., etc.
     Defendants.

_____/

## REQUEST FOR PRODUCTION OF DOCUMENTS

COMES NOW the Defendant DON GIBSON and AIRPORT PROCESS, INC. and
request the Plaintiff to produce true and correct copies of the following documents at the offices
of the undersigned attorney within 30 days, together with mailing time:

1.     Copies of all correspondence between the Plaintiff and DONALD GIBSON and/or
AIRPORT.

2.     Copies of all correspondence between the Plaintiff and any non party, sent by
Plaintiff or received by Plaintiff during the scope of your representation of the Defendants, or any
of them.

2.     Any contracts, letters of retention, or other documents reflecting the contractual
relationship, if any, between the Plaintiff and any of the Defendants.

3.     Copies of any payments, including copies of checks or money orders, received from
any defendant from the date of the beginning of your representation until present.

4.     Copies of all billings sent to any defendant from the beginning of your
representation until present.

5.     Copies of any answer or other appearance filed by you in any litigation against
either Airport or Donald Gibson, reflecting the entry of an appearance by you, and reflecting the

case style and case number.

6.      Any written document in your possession or control reflecting the names of attorneys previously dismissed by Airport or Don Gibson to avoid settlement with creditors or investors, and reflecting the names of such creditors and investors avoided by Airport or Don Gibson.

7.   Copies of your time records, including contemporaneous time records, reflecting the time spent providing legal services to Airport and/or Don Gibson.

8.   Any written documents reflecting, or tending to reflect that there are no facts to support any defense raised by the Defendants Airport or Don Gibson in their original answer and affirmative defenses and /or that the  defenses of these two defendants are without merit.

I CERTIFY that a true and correct copy of the foregoing was served by mail to Woodie H.  Thomas III, 1603 Vision Drive, Palm Beach Gardens, Florida 33418 and by fax, 624-5124, this 12TH day of December,  2005.

LAW OFFICE OF RICHARD W. GLENN
4 Harvard Circle, Suite 600
West Palm Beach, Florida 33409
(561) 687-7235
Fax:  (561) 687-7245

By _____
    Richard W. Glenn
    Fla. Bar 252395

IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

WOODIE H. THOMAS, III, P.A.

     Plaintiff,

v.

ROBERT A. GIBSON, Individually,

DONALD GIBSON, Individually, ✓

SERVE-EM, INCORPORATED
A Florida Corporation,

SERVE-EM.COM, INC.
A Florida Corporation

1-800-SERVE-EM.COM, INC.
A Florida Corporation,

BIKE-TAXI CORPORATION
A Florida Corporation

CORBLET CORPORATION
A Florida Corporation,

CORBADEX CORPORATION,
A Florida Corporation

JURIFUND CORPORATION,
A Florida Corporation, and

AIRPORT PROCESS, INC. ✓
A Florida Corporation

     Defendants,

Jointly and Severally.

_____/

CASE NO. 502005 CC 012795XXXXNB

CIVIL DIVISION

## MOTION FOR DEFAULT BY THE COURT

Plaintiff moves for entry of a default by the court against defendants, Donald L.

Gibson and Airport Process, Inc. for failure to serve or file written defenses as required by law on the undersigned by November 28th 2005 as agreed from a motion for an extension of time filed on November 5th 2005 asking for an extension of time for twenty (20) days from November 7th, 2005 as defendant's attorney claims he could not return to work because of the latest hurricane.

The undersigned certifies that a copy hereof has been furnished to Richard W. Glenn, 4 Harvard Circle, Suite 600, West Palm Beach, FL 33409 by U.S. first class mail on December 2, 2005.

Respectfully submitted:

Woodie H. Thomas, III, Esq.
Attorney for Plaintiff

Law Office Of
Woodie H. Thomas, III, P.A.
Attorney and Counsellor at Law
1603 Vision Drive
Palm Beach Gardens, Florida 33418
(561) 622-2900
Fla. & Fed. Bar No. 940216

( 2 )

# VERIFIED RETURN OF SERVICE

| | | |
|---|---|---|
| 'State of Florida | County of PALM BEACH | County Court |

Case Number: 2005CC012795NBRH

Plaintiff:
**WOODIE H. THOMAS, III, P.A.,**

vs.

Defendant:
**ROBERT A. GIBSON, ET AL.,**

For:
Woodie H. Thomas, III, Esq
LAW OFFICE OF WOODIE H. THOMAS, III PA
1603 Vision Drive
Palm Beach Gardens, FL 33418



FILED FOR RECORD
WEST PALM BEACH
2006 JAN 10 PM 4: 47
SHARON R. BOCK, CLERK
PALM BEACH COUNTY, FL
COUNTY CIVIL 8

Received by Timothy A. Toomey on the 11th day of October, 2005 at 2:57 pm to be served on **AIRPORT PROCESS INC, C/O DONALD M. GIBSON, REGISTERED AGENT 2301 BAY DR. POMPANO BEACH, FLORIDA 33062-2914.**

I, Tamara W. Hessee, do hereby affirm that on the **14th day of October, 2005 at 10:15 pm, I:**

Served the within named corporation by delivering a true copy of the **SUMMONS & COMPLAINT WITH EXHIBITS** with the date and hour of service endorsed thereon by me to ROBERT GIBSON as GENERAL MANAGER of the within named corporation, in compliance with State Statutes.

**Additional Information pertaining to this Service:**
ATTEMPTED SERVICE AT THE ADDRESS OF 2301 BAY DRIVE, POMPANO BEACH, FL 33062. AFTER NUMEROUS ATTEMPTS, NO CONTACT COULD BE MADE. A CARD WAS LEFT IN THE DOOR AND A ROBERT GIBSON AGREED TO MEET FOR SERVICE AT: 850 E. CYPRESS CREEK RD, FT. LAUDERDALE, FL. UNPO EFFECTING SERVICE, ROBERT GIBSON PRODUCED A FL DRIVER'S LICENSE AND STATED THAT HE IS THE GENERAL MANAGER OF AIRPORT PROCESS, INC.

I certify that I am a Special Process Server over the age of eighteen, appointed by the Sheriff's Office in the County in which it was served, that I am in good standing and have no interest in the above action. Under penalties of perjury, I declare that I have read the forgoing Verified Return of service and the facts stated in it are true. Pursuant to F.S. 92.525(2), Notary not required. Date: ___12/22/05___

Tamara W. Hessee
Special Process Server #637

Timothy A. Toomey
420 Park Avenue
Lake Park, FL 33403
(561) 882-9226

Our Job Serial Number: 2005007235

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

# VERIFIED RETURN OF SERVICE

**State of Florida**                    **County of PALM BEACH**                                    **County Court**

Case Number: 2005CC012795NBRH

Plaintiff:
**WOODIE H. THOMAS, III, P.A.,**

vs.

Defendant:
**ROBERT A. GIBSON, ET AL.,**

For:
Woodie H. Thomas, III, Esq
LAW OFFICE OF WOODIE H. THOMAS, III PA
1603 Vision Drive
Palm Beach Gardens, FL  33418

Received by Timothy A. Toomey on the 11th day of October, 2005 at 2:57 pm to be served on **AIRPORT PROCESS INC, C/O DONALD M. GIBSON, REGISTERED AGENT 2301 BAY DR. POMPANO BEACH, FLORIDA 33062-2914**.

I, Tamara W. Hessee, do hereby affirm that on the **14th day of October, 2005 at 10:15 pm, I:**

Served the within named corporation by delivering a true copy of the **SUMMONS & COMPLAINT WITH EXHIBITS** with the date and hour of service endorsed thereon by me to ROBERT GIBSON as GENERAL MANAGER of the within named corporation, in compliance with State Statutes.

**Additional Information pertaining to this Service:**
ATTEMPTED SERVICE AT THE ADDRESS OF 2301 BAY DRIVE, POMPANO BEACH, FL 33062. AFTER NUMEROUS ATTEMPTS, NO CONTACT COULD BE MADE. A CARD WAS LEFT IN THE DOOR AND A ROBERT GIBSON AGREED TO MEET FOR SERVICE AT: 850 E. CYPRESS CREEK RD, FT. LAUDERDALE, FL. UNPO EFFECTING SERVICE, ROBERT GIBSON PRODUCED A FL DRIVER'S LICENSE AND STATED THAT HE IS THE GENERAL MANAGER OF AIRPORT PROCESS, INC.

I certify that I am a Special Process Server over the age of eighteen, appointed by the Sheriff's Office in the County in which it was served, that I am in good standing and have no interest in the above action. Under penalties of perjury, I declare that I have read the forgoing Verified Return of service and the facts stated in it are true. Pursuant to F.S. 92.525(2), Notary not required. Date: _____.

_____
**Tamara W. Hessee**
Special Process Server #637

**Timothy A. Toomey**
**420 Park Avenue**
**Lake Park, FL  33403**
**(561) 882-9226**

Our Job Serial Number: 2005007235

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

**IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA**

**WOODIE H. THOMAS, III, P.A.**

      **Plaintiff,**

vs.

**ROBERT A. GIBSON, Individually,**

**DONALD GIBSON, Individually,**

**SERVE-EM, INCORPORATED**
**A Florida Corporation,**

**SERVE-EM.COM, INC.**
**A Florida Corporation**

**1-800-SERVE-EM.COM, INC.**
**A Florida Corporation,**

**BIKE-TAXI CORPORATION**
**A Florida Corporation**

**CORBLET CORPORATION**
**A Florida Corporation,**

**CORBADEX CORPORATION,**
**A Florida Corporation**

**JURIFUND CORPORATION,**
**A Florida Corporation, and**

**AIRPORT PROCESS, INC.**
**A Florida Corporation**

      **Defendants,**

**Jointly and Severally.**
_____/

**Case No.: 2005 CC 012795 NB**
**RH**

## *SUMMONS*

THE STATE OF FLORIDA:
To Each Sheriff of the State:

YOU ARE COMMANDED to serve this Summons and a copy of the Complaint or Petition in this action on Defendant:

ORIGINAL

By serving:

AIRPORT PROCESS, INC.
A Florida Corporation

C/O Donald M. Gibson, Registered Agent
~~1711 Latham Road~~
~~West Palm Beach, Florida 33409~~

2301 Bay Dr.
Pompano Beach, Florida 33062-2914

Each defendant is required to serve written defenses to the complaint or petition on plaintiff's attorney, whose address is:

WOODIE H. THOMAS, III, P.A.
WOODIE H. THOMAS, III, Esquire
1603 Vision Drive
Palm Beach Gardens, Florida 33418
(561) 622-2900

within twenty (20) days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED ON _____4th Oct._____, 2005.

(SEAL)

**SHARON R BOCK**

Clerk of the Circuit Court

By: _____

Deputy Clerk

(2)

By serving:

49/100

AIRPORT PROCESS, INC.
A Florida Corporation

   C/O Donald M. Gibson, Registered Agent
   1711 Latham Road
   West Palm Beach, Florida 33409

   2301 Bay Dr.
   Pompano Beach, Florida 33062-2914

Each defendant is required to serve written defenses to the complaint or petition on plaintiff's attorney, whose address is:

   WOODIE H. THOMAS, III, P.A.
   WOODIE H. THOMAS, III, Esquire
   1603 Vision Drive
   Palm Beach Gardens, Florida 33418
   (561) 622-2900

within twenty (20) days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED ON _____ 4th Oct. , 2005.

(SEAL)

**SHARON R BOCK**
Clerk of the Circuit Court
By: _____
  Deputy Clerk

ORIGINAL HANDED TO PROCESS SERVER/
ATTY / RUNNER / PLAINTIFF

( 2 )

## IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
### IN AND FOR PALM BEACH COUNTY, FLORIDA

**WOODIE H. THOMAS, III, P.A.**

    **Plaintiff,**

vs.

**ROBERT A. GIBSON, Individually,**

**DONALD GIBSON, Individually,**

**SERVE-EM, INCORPORATED**
**A Florida Corporation,**

**SERVE-EM.COM, INC.**
**A Florida Corporation**

**1-800-SERVE-EM.COM, INC.**
**A Florida Corporation,**

**BIKE-TAXI CORPORATION**
**A Florida Corporation**

**CORBLET CORPORATION**
**A Florida Corporation,**

**CORBADEX CORPORATION,**
**A Florida Corporation**

**JURIFUND CORPORATION,**
**A Florida Corporation, and**

**AIRPORT PROCESS, INC.**
**A Florida Corporation**

    **Defendants,**

**Jointly and Severally.**

_____/

**Case No.: 2005 CC 012795 NB**
    **RH**

```
 FILED
JAN 23 2006
CIRCUIT & COUNTY COURTS
     (CIVIL DIV)
```

## _SUMMONS_

THE STATE OF FLORIDA:
To Each Sheriff of the State:

YOU ARE COMMANDED to serve this Summons and a copy of the Complaint or Petition in this action on Defendant:




ORIGINAL

By serving:

JURIFUND CORPORATION,
A Florida Corporation



C/O Robert A. Gibson, Registered Agent/President/Director
1711 Latham Road
West Palm Beach, Florida 33409

*Registered Agent:*
*Laura Anthony*
*380 Clematis Street, Ste. 217*
*W.P.B, FL 33401*

Each defendant is required to serve written defenses to the complaint or petition on plaintiff's attorney, whose address is:

WOODIE H. THOMAS, III, P.A.
WOODIE H. THOMAS, III, Esquire
1603 Vision Drive
Palm Beach Gardens, Florida 33418
(561) 622-2900

within twenty (20) days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED ON _____4ᵗʰ Oct._____, 2005.

(SEAL)

SHARON R BOCK

Clerk of the Circuit Court

By: _____

Deputy Clerk

( 2 )

By serving:

**CORBADEX CORPORATION,**
A Florida Corporation

C/O Robert A. Gibson, Registered Agent/President/Director
1711 Latham Road
West Palm Beach, Florida 33409

*Registered Agent:*
*Laura Anthony*
*330 Clematis St., Ste 217*
*W.PB,FL 33401*

Each defendant is required to serve written defenses to the complaint or petition on plaintiff's attorney, whose address is:

WOODIE H. THOMAS, III, P.A.
WOODIE H. THOMAS, III, Esquire
1603 Vision Drive
Palm Beach Gardens, Florida 33418
(561) 622-2900

within twenty (20) days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED ON _____4th Oct._____, 2005.

**SHARON R BOCK**

(SEAL)

Clerk of the Circuit Court

By: _____
Deputy Clerk

( 2 )

# PALM BEACH COUNTY SHERIFF'S ORIGINAL RETURN

DLK

S E R V E

A D D R

A T T O R N E Y

JURIFUND CORPORATION A FLORIDA CORPORATION Court

Case #

Palm Beach
County Court
**CC-05-12795-NB**
1

330 CLEMATIS ST STE 217
WEST PALM BEACH, FL 33401

WOODIE H THOMAS III PA
1603 VISION DRIVE
PALM BEACH GARDENS FL 33418

T Y P E   O F   W R I T

SUMMONS & COPY & COPY & COMPLAINT

COST

PLAINTIFF:  WOODIE H THOMAS III PA

SERVICE $    20.00
CHECK
1246

DEFENDANT:  ROBERT A GIBSON INDIVIDUALLY ETC

PD

AT: 3:09:40 pm

Received this writ on the ___ **13th** Day of ___ **January** ___ A.D. 20 ___ **06** ___ and served the same on the within named person at _1:10_ AM/PM on the _17_ day of _Jan_ A.D. _06_ in Palm Beach County Florida, a true copy of this Writ, endorsed thereon by me, * with a copy of the Complaint, Petition, or other Pleadings (*not applicable to service of Subpoena.)

❑ **INDIVIDUAL SERVICE**

❑ **SERVICE TO PERSON IN REPRESENTATIVE CAPACITY** / designated recipient of process/records custodian/parent or guardian of a minor, to wit:
_____ as _____
(name)                                            (capacity)

❑ **SUBSTITUTE SERVICE** at usual place of abode with any person residing therein who is 15 years of age or older and informing the person of their contents, to wit: _____ as _____ .
(name)                                            (relationship)

☒ **CORPORATE SERVICE**
To _____ holding corporate office of _____
To _LAURA ANTHONY_____ as registered agent of said corporation.
To _____ as employee of said corporation, due to failure to comply with F.S. 48.091. Attempts to serve officer or registered agent: date _____ time _____ , date _____ time _____ .

❑ **SOLE PROPRIETORSHIP (D/B/A)**
To _____ as owner.
To _____ as manager. Attempts to serve owner at place of business: date _____ time _____ ,
date _____ time _____ .

❑ **PARTNERSHIP**
To _____ as partner.
To _____ as designated employee or agent for service.

❑ **POSTING** by attaching a copy to a conspicuous place on the property described by the complaint or summons. If applicable:
Attempts to serve resident/tenant in action for possession: date _____ time _____ , date _____ time _____
Posted per map, property description: _____

❑ **NON-SERVICE:** Person notified _____ , date _____ time _____ . (See remarks below.)

❑ **SUPPLEMENTAL INFORMATION** _____

_____
_____
_____
_____
_____
_____

By _W. Joh 3875_____
      Deputy Sheriff

Ric L. Bradshaw
Sheriff of Palm Beach County, Florida

ORIGINAL COPY

Note: Only that service indicated by the X is applicable to this return - all other portions should not be considered.
°BSO #0096  REV. 5/00

## IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
### IN AND FOR PALM BEACH COUNTY, FLORIDA

**WOODIE H. THOMAS, III, P.A.**          Case No.: 2005 CC 012795 NB

      **Plaintiff,**                        RH

**vs.**

**ROBERT A. GIBSON, Individually,**

**DONALD GIBSON, Individually,**

**SERVE-EM, INCORPORATED**
**A Florida Corporation,**

**SERVE-EM.COM, INC.**
**A Florida Corporation**

**1-800-SERVE-EM.COM, INC.**
**A Florida Corporation,**

**BIKE-TAXI CORPORATION**
**A Florida Corporation**

**CORBLET CORPORATION**
**A Florida Corporation,**

**CORBADEX CORPORATION,**
**A Florida Corporation**

**JURIFUND CORPORATION,**
**A Florida Corporation, and**

**AIRPORT PROCESS, INC.**
**A Florida Corporation**

      **Defendants,**

**Jointly and Severally.**

_____/

## *SUMMONS*

THE STATE OF FLORIDA:
To Each Sheriff of the State:

YOU ARE COMMANDED to serve this Summons and a copy of the Complaint or Petition in this action on Defendant:

ORIGINAL

# PALM BEACH COUNTY SHERIFF'S ORIGINAL RETURN

DLK

| | |
|---|---|
| CORBADEX CORPORATION A FLORIDA CORPORATION | Court Case # |

Palm Beach
County Court
CC-05-12795-NB
2

330 CLEMATIS ST Suite: 217
WEST PALM BEACH, FL 33401

WOODIE H THOMAS III PA
1603 VISION DRIVE
PALM BEACH GARDENS FL   33418

TYPE OF WRIT: SUMMONS & COPY & COPY & COMPLAINT

PLAINTIFF: WOODIE H THOMAS III PA

SERVICE $  CHECK

COST
20.00
1246

DEFENDANT: ROBERT A GIBSON INDIVIDUALLY ETC

PD

AT: 3:13:01 pm

Received this writ on the _____13th_____ Day of _____January_____ A.D. 20 __06__ and served the same on the within named person at *1-11*, AM/PM on the *17* day of *Jan* A.D. *06* in Palm Beach County Florida, a true copy of this Writ, endorsed thereon by me, * with a copy of the Complaint, Petition, or other Pleadings (*not applicable to service of Subpoena.)

❑ INDIVIDUAL SERVICE

❑ SERVICE TO PERSON IN REPRESENTATIVE CAPACITY / designated recipient of process/records custodian/parent or guardian of a minor, to wit:
_____ as _____
(name)                                          (capacity)

❑ SUBSTITUTE SERVICE at usual place of abode with any person residing therein who is 15 years of age or older and informing the person of their contents, to wit: _____ as _____
(name)                                          (relationship)

☒ CORPORATE SERVICE
To _____ holding corporate office of _____
To *LAURA ANTHONY* as registered agent of said corporation.
To _____ as employee of said corporation, due to failure to comply with F.S. 48.091. Attempts to serve officer or registered agent: date _____ time _____, date _____ time _____.

❑ SOLE PROPRIETORSHIP (D/B/A)
To _____ as owner.
To _____ as manager. Attempts to serve owner at place of business: date _____ time _____, date _____ time _____.

❑ PARTNERSHIP
To _____ as partner.
To _____ as designated employee or agent for service.

❑ POSTING by attaching a copy to a conspicuous place on the property described by the complaint or summons. If applicable:
Attempts to serve resident/tenant in action for possession: date _____ time _____, date _____ time _____.
Posted per map, property description: _____

❑ NON-SERVICE: Person notified _____, date _____ time _____. (See remarks below.)

❑ SUPPLEMENTAL INFORMATION _____

_____
_____
_____
_____
_____
_____

By _____ 3875
        Deputy Sheriff

Ric L. Bradshaw
Sheriff of Palm Beach County, Florida

ORIGINAL COPY

Note: Only that service indicated by the X is applicable to this return - all other portions should not be considered.
PBSO #0096 REV 5/00

**IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA**

WOODIE H. THOMAS, III, P.A.

      Plaintiff,

vs.

ROBERT A. GIBSON, Individually,

DONALD GIBSON, Individually,

SERVE-EM, INCORPORATED
A Florida Corporation,

SERVE-EM.COM, INC.
A Florida Corporation

1-800-SERVE-EM.COM, INC.
A Florida Corporation,

BIKE-TAXI CORPORATION
A Florida Corporation

CORBLET CORPORATION
A Florida Corporation,

CORBADEX CORPORATION,
A Florida Corporation

JURIFUND CORPORATION,
A Florida Corporation, and

AIRPORT PROCESS, INC.
A Florida Corporation

      Defendants,

Jointly and Severally.

_____/

Case No.: 2005 CC 012795 NB
RH

FILED
06 JAN 23  PM 5: 15
SHARON R. BOCK, CLERK
PALM BEACH COUNTY, FL
NORTH COUNTY BRANCH

## *SUMMONS*

THE STATE OF FLORIDA:
To Each Sheriff of the State:

YOU ARE COMMANDED to serve this Summons and a copy of the Complaint or Petition in this action on Defendant:

ISSUED - NOT PROCESSED

ORIGINAL

By serving:

CORBLET CORPORATION
A Florida Corporation

C/O Robert A. Gibson, Registered Agent/President/Director
1711 Latham Road
West Palm Beach, Florida 33409

Each defendant is required to serve written defenses to the complaint or petition on plaintiff's attorney, whose address is:

WOODIE H. THOMAS, III, P.A.
WOODIE H. THOMAS, III, Esquire
1603 Vision Drive
Palm Beach Gardens, Florida 33418
(561) 622-2900

within twenty (20) days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter.  If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED ON _____, 2005.

(SEAL)



SHARON R BOCK
_____
Clerk of the Circuit Court

By: _____
Deputy Clerk

( 2 )

**IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA**

**WOODIE H. THOMAS, III, P.A.**

      **Plaintiff,**

vs.

**ROBERT A. GIBSON, Individually,**

**DONALD GIBSON, Individually,**

**SERVE-EM, INCORPORATED**
**A Florida Corporation,**

**SERVE-EM.COM, INC.**
**A Florida Corporation**

**1-800-SERVE-EM.COM, INC.**
**A Florida Corporation,**

**BIKE-TAXI CORPORATION**
**A Florida Corporation**

**CORBLET CORPORATION**
**A Florida Corporation,**

**CORBADEX CORPORATION,**
**A Florida Corporation**

**JURIFUND CORPORATION,**
**A Florida Corporation, and**

**AIRPORT PROCESS, INC.**
**A Florida Corporation**

      **Defendants,**

**Jointly and Severally.**
_____/

**Case No.: 2005 CC 012795 NB
RH**

FILED
06 JAN 23 PM 5:14
SHARON R. BOCK, CLERK
PALM BEACH COUNTY, FL
NORTH COUNTY BRANCH

## _SUMMONS_

THE STATE OF FLORIDA:
To Each Sheriff of the State:

YOU ARE COMMANDED to serve this Summons and a copy of the Complaint or Petition in this action on Defendant:

Issued - NOT Processed

ORIGINAL

By serving:

**BIKE-TAXI CORPORATION**
A Florida Corporation

C/O Robert A. Gibson, Registered Agent/President/Director
1711 Latham Road
West Palm Beach, Florida 33409

Each defendant is required to serve written defenses to the complaint or petition on plaintiff's attorney, whose address is:

WOODIE H. THOMAS, III, P.A.
WOODIE H. THOMAS, III, Esquire
1603 Vision Drive
Palm Beach Gardens, Florida 33418
(561) 622-2900

within twenty (20) days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED ON _____4ᵈ Oct_____, 2005.

**SHARON R BOCK**

(SEAL)

Clerk of the Circuit Court

By: _____

Deputy Clerk

( 2 )

## IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
## IN AND FOR PALM BEACH COUNTY, FLORIDA

**WOODIE H. THOMAS, III, P.A.**

      Plaintiff,

vs.

**ROBERT A. GIBSON, Individually,**

**DONALD GIBSON, Individually,**

**SERVE-EM, INCORPORATED**
A Florida Corporation,

**SERVE-EM.COM, INC.**
A Florida Corporation

**1-800-SERVE-EM.COM, INC.**
A Florida Corporation,

**BIKE-TAXI CORPORATION**
A Florida Corporation

**CORBLET CORPORATION**
A Florida Corporation,

**CORBADEX CORPORATION,**
A Florida Corporation

**JURIFUND CORPORATION,**
A Florida Corporation, and

**AIRPORT PROCESS, INC.**
A Florida Corporation

      Defendants,

**Jointly and Severally.**

_____/

**Case No.: 2005 CC 012795 NB**
**RH**

FILED
06 JAN 23  PM 5: 15
SHARON R. BOCK, CLERK
PALM BEACH COUNTY, FL
NORTH COUNTY BRANCH

## <u>*SUMMONS*</u>

THE STATE OF FLORIDA:
To Each Sheriff of the State:

YOU ARE COMMANDED to serve this Summons and a copy of the Complaint or Petition in this
action on Defendant:

ORIGINAL

by serving:

1-800-SERVE-EM.COM, INC.
A Florida Corporation,

> C/O Robert A. Gibson, Registered Agent/President/Director
> 1711 Latham Road
> West Palm Beach, Florida 33409

Each defendant is required to serve written defenses to the complaint or petition on plaintiff's attorney, whose address is:

> WOODIE H. THOMAS, III, P.A.
> WOODIE H. THOMAS, III, Esquire
> 1603 Vision Drive
> Palm Beach Gardens, Florida 33418
> (561) 622-2900

within twenty (20) days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED ON _____4th Oct_____, 2005.

(SEAL)

SHARON R BOCK

Clerk of the Circuit Court

By: _____

Deputy Clerk

( 2 )

## IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
## IN AND FOR PALM BEACH COUNTY, FLORIDA

**WOODIE H. THOMAS, III, P.A.**

     **Plaintiff,**

**vs.**

**ROBERT A. GIBSON, Individually,**

**DONALD GIBSON, Individually,**

**SERVE-EM, INCORPORATED**
**A Florida Corporation,**

**SERVE-EM.COM, INC.**
**A Florida Corporation**

**1-800-SERVE-EM.COM, INC.**
**A Florida Corporation,**

**BIKE-TAXI CORPORATION**
**A Florida Corporation**

**CORBLET CORPORATION**
**A Florida Corporation,**

**CORBADEX CORPORATION,**
**A Florida Corporation**

**JURIFUND CORPORATION,**
**A Florida Corporation, and**

**AIRPORT PROCESS, INC.**
**A Florida Corporation**

     **Defendants,**

**Jointly and Severally.**

_____/

**Case No.: 2005 CC 012795 NB RH**

FILED
06 JAN 23 PH 5: 15
SHARON R. BOCK, CLERK
PALM BEACH COUNTY FL
NORTH COUNTY BRANCH

## __*SUMMONS*__

**THE STATE OF FLORIDA:**
**To Each Sheriff of the State:**

**YOU ARE COMMANDED** to serve this Summons and a copy of the Complaint or Petition in this action on Defendant:



Issued - Not Processed

# ORIGINAL

By serving:

SERVE-EM, INCORPORATED
A Florida Corporation,

> C/O Robert A. Gibson, Registered Agent/President/Director
> 1711 Latham Road
> West Palm Beach, Florida 33409

Each defendant is required to serve written defenses to the complaint or petition on plaintiff's attorney, whose address is:

> WOODIE H. THOMAS, III, P.A.
> WOODIE H. THOMAS, III, Esquire
> 1603 Vision Drive
> Palm Beach Gardens, Florida 33418
> (561) 622-2900

within twenty (20) days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED ON _____4ᵗʰ Oct_____, 2005.

(SEAL)

**SHARON R BOCK**
Clerk of the Circuit Court

By: _____
Deputy Clerk

(2)

IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

**WOODIE H. THOMAS, III, P.A.**

      Plaintiff,

vs.

**ROBERT A. GIBSON, Individually,**

**DONALD GIBSON, Individually,**

**SERVE-EM, INCORPORATED**
A Florida Corporation,

**SERVE-EM.COM, INC.**
A Florida Corporation

**1-800-SERVE-EM.COM, INC.**
A Florida Corporation,

**BIKE-TAXI CORPORATION**
A Florida Corporation

**CORBLET CORPORATION**
A Florida Corporation,

**CORBADEX CORPORATION,**
A Florida Corporation

**JURIFUND CORPORATION,**
A Florida Corporation, and

**AIRPORT PROCESS, INC.**
A Florida Corporation

      Defendants,

**Jointly and Severally.**

_____/

Case No.: 2005 CC 012795 NB
RH



## ___SUMMONS___

THE STATE OF FLORIDA:
To Each Sheriff of the State:

YOU ARE COMMANDED to serve this Summons and a copy of the Complaint or Petition in this action on Defendant:

ISSUED - NOT PROCESSED

ORIGINAL

By serving:

SERVE-EM.COM, INC.
A Florida Corporation

C/O Robert A. Gibson, Registered Agent/President/Director
1711 Latham Road
West Palm Beach, Florida 33409

Each defendant is required to serve written defenses to the complaint or petition on plaintiff's attorney, whose address is:

WOODIE H. THOMAS, III, P.A.
WOODIE H. THOMAS, III, Esquire
1603 Vision Drive
Palm Beach Gardens, Florida 33418
(561) 622-2900

within twenty (20) days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED ON ___04 Oct ._____, 2005.

(SEAL)



SHARON R BOCK
_____
Clerk of the Circuit Court

By: _Jance Flick_ .
_____
Deputy Clerk

# VERIFIED RETURN OF SERVICE

**State of Florida**        **County of PALM BEACH**                    **County Court**

Case Number: 2005CC012795NBRH

Plaintiff:
**WOODIE H. THOMAS, III, P.A.,**
vs.
Defendant:
**ROBERT A. GIBSON, ET AL.,**

For:
Woodie H. Thomas, III, Esq
LAW OFFICE OF WOODIE H. THOMAS, III PA
1603 Vision Drive
Palm Beach Gardens, FL  33418

Data Entry By:
JEM
Jean E.Maslinski

FILED FOR RECORD
WEST PALM BEACH
2006 JAN 10  PM 4:47
SHARON R. BOCK, CLERK
PALM BEACH COUNTY, FL
COUNTY CIVIL 8

Received by Timothy A. Toomey on the 11th day of October, 2005 at 2:57 pm to be served on **DONALD M. GIBSON, 2301 BAY DR. POMPANO BEACH, FLORIDA 33062-2914.**

I, Tamara W. Hessee, do hereby affirm that on the **14th day of October, 2005 at 10:15 pm,** I:

**NON-SERVED:** After due search, careful inquiry and diligent attempts I was unable to serve the **SUMMONS & COMPLAINT WITH EXHIBITS** for the reason that I failed to find the above named defendant, or information to allow further search.

**Additional Information pertaining to this Service:**
ATTEMPTED SERVICE AT: 2301 BAY DRIVE, POMPANO BEACH, FL. AFTER NUMEROUS ATTEMPTS, ROBERT GIBSON WHO AGREED TO MEET TO ACCEPT SERVICE ON BEHALF OF AIRPORT EXPRESS AS THE GENERAL MANAGER STATED THAT DONALD GIBSON DOES NOT RESIDE AT THIS ADDRESS.

I certify that I am a Special Process Server over the age of eighteen, appointed by the Sheriff's Office in the County in which it was served, that I am in good standing and have no interest in the above action. Under penalties of perjury, I declare that I have read the forgoing Verified Return of service and the facts stated in it are true. Pursuant to F.S. 92.525(2), Notary not required. Date: 10/22/05

**Tamara W. Hessee**
Special Process Server #637

**Timothy A. Toomey**
**420 Park Avenue**
**Lake Park, FL  33403**
**(561) 882-9226**

Our Job Serial Number: 2005007236

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

# VERIFIED RETURN OF SERVICE

State of Florida                    County of PALM BEACH                    County Court

Case Number: 2005CC012795NBRH

Plaintiff:
**WOODIE H. THOMAS, III, P.A.,**

vs.

Defendant:
**ROBERT A. GIBSON, ET AL.,**

For:
Woodie H. Thomas, III, Esq
LAW OFFICE OF WOODIE H. THOMAS, III PA
1603 Vision Drive
Palm Beach Gardens, FL  33418

Received by Timothy A. Toomey on the 11th day of October, 2005 at 2:57 pm to be served on **DONALD M. GIBSON, 2301 BAY DR. POMPANO BEACH, FLORIDA 33062-2914.**

I, Tamara W. Hessee, do hereby affirm that on the **14th day of October, 2005 at 10:15 pm, I:**

**NON-SERVED:** After due search, careful inquiry and diligent attempts I was unable to serve the **SUMMONS & COMPLAINT WITH EXHIBITS** for the reason that I failed to find the above named defendant, or information to allow further search.

**Additional Information pertaining to this Service:**
ATTEMPTED SERVICE AT: 2301 BAY DRIVE, POMPANO BEACH, FL. AFTER NUMEROUS ATTEMPTS, ROBERT GIBSON WHO AGREED TO MEET TO ACCEPT SERVICE ON BEHALF OF AIRPORT EXPRESS AS THE GENERAL MANAGER STATED THAT DONALD GIBSON DOES NOT RESIDE AT THIS ADDRESS.

I certify that I am a Special Process Server over the age of eighteen, appointed by the Sheriff's Office in the County in which it was served, that I am in good standing and have no interest in the above action. Under penalties of perjury, I declare that I have read the forgoing Verified Return of service and the facts stated in it are true. Pursuant to F.S. 92.525(2), Notary not required. Date: _____.

_____
**Tamara W. Hessee**
Special Process Server #637

**Timothy A. Toomey**
**420 Park Avenue**
**Lake Park, FL  33403**
**(561) 882-9226**

Our Job Serial Number: 2005007236

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

## IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
### IN AND FOR PALM BEACH COUNTY, FLORIDA

**WOODIE H. THOMAS, III, P.A.**

       **Plaintiff,**

vs.

**ROBERT A. GIBSON, Individually,**

**DONALD GIBSON, Individually,**

**SERVE-EM, INCORPORATED**
**A Florida Corporation,**

**SERVE-EM.COM, INC.**
**A Florida Corporation**

**1-800-SERVE-EM.COM, INC.**
**A Florida Corporation,**

**BIKE-TAXI CORPORATION**
**A Florida Corporation**

**CORBLET CORPORATION**
**A Florida Corporation,**

**CORBADEX CORPORATION,**
**A Florida Corporation**

**JURIFUND CORPORATION,**
**A Florida Corporation, and**

**AIRPORT PROCESS, INC.**
**A Florida Corporation**

       **Defendants,**

**Jointly and Severally.**
_____/

**Case No.: 2005 CC 012795 NB**
       **RH**

## *SUMMONS*

THE STATE OF FLORIDA:
To Each Sheriff of the State:

YOU ARE COMMANDED to serve this Summons and a copy of the Complaint or Petition in this action on Defendant:

**ORIGINAL**

By serving:    DONALD M. GIBSON, Individually
2301 Bay Dr.
Pompano Beach, Florida 33062-2914

Each defendant is required to serve written defenses to the complaint or petition on plaintiff's attorney, whose address is:

WOODIE H. THOMAS, III, P.A.
WOODIE H. THOMAS, III, Esquire
1603 Vision Drive
Palm Beach Gardens, Florida 33418
(561) 622-2900

within twenty (20) days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED ON _____4th Oct_____, 2005.

(SEAL)

**SHARON R BOCK**

Clerk of the Circuit Court

By: _Frances Thish_
Deputy Clerk

( 2 )

**IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA**

**WOODIE H. THOMAS, III, P.A.**

     **Plaintiff,**

vs.

**ROBERT A. GIBSON, Individually,**

**DONALD GIBSON, Individually,**

**SERVE-EM, INCORPORATED**
A Florida Corporation,

**SERVE-EM.COM, INC.**
A Florida Corporation

**1-800-SERVE-EM.COM, INC.**
A Florida Corporation,

**BIKE-TAXI CORPORATION**
A Florida Corporation

**CORBLET CORPORATION**
A Florida Corporation,

**CORBADEX CORPORATION,**
A Florida Corporation

**JURIFUND CORPORATION,**
A Florida Corporation, and

**AIRPORT PROCESS, INC.**
A Florida Corporation

     **Defendants,**

**Jointly and Severally.**

_____/

**Case No.: 2005 CC 012795 NB
RH**



SHARON R. BOCK, CLERK
PALM BEACH COUNTY, FL
NORTH COUNTY BRANCH
06 JAN 23  PM 5: 14
FILED

## _SUMMONS_

THE STATE OF FLORIDA:
To Each Sheriff of the State:

YOU ARE COMMANDED to serve this Summons and a copy of the Complaint or Petition in this action on Defendant:

ISSUed - NOT Processed                    ORIGINAL

SN

IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

WOODIE H. THOMAS, III, P.A.  CASE NO.**50** 2005 **CC** 0 1 2 7 9 5 **XXXX** I

  Plaintiff,      CIVIL DIVISION

v.            **RH**

ROBERT A. GIBSON, Individually,

DONALD GIBSON, Individually,

SERVE-EM, INCORPORATED
A Florida Corporation,

SERVE-EM.COM, INC.
A Florida Corporation

1-800-SERVE-EM.COM, INC.
A Florida Corporation,

BIKE-TAXI CORPORATION
A Florida Corporation

CORBLET CORPORATION
A Florida Corporation,

CORBADEX CORPORATION,
A Florida Corporation

JURIFUND CORPORATION,
A Florida Corporation, and

AIRPORT PROCESS, INC.
A Florida Corporation

  Defendants,     CV

Jointly and Severally.
_____/





## COMPLAINT

COMES NOW the Plaintiff, WOODIE H. THOMAS, III, (hereinafter referred to as ("THOMAS"), by and through the undersigned counsel, and alleges the following:

1.      This action seeks compensatory damages, costs and attorney fees for quantum merit suffered by Plaintiff, Woodie H. Thomas, III, P.A., against Robert A. Gibson, Individually ("ROBERT"), Donald Gibson, individually ("DONALD"), Defendants, LITIGATION SUPPORT GROUP, INC., SERVE-EM, INCORPORATED, BIKE-TAXI CORPORATION, SERVE-EM.COM, INC., BIKE-TAXI CORPORATION, CORBLET CORPORATION, CORBADEX CORPORATION, 1-800-SERVE-EM.COM, INC., JURIFUND CORPORATION, and AIRPORT PROCESS, INC. ("CORPORATIONS") are all Florida corporations formed by ROBERT AND DONALD.

## JURISDICTION AND VENUE

2.      This is a civil action for damages brought to remedy causes of action arising under state law.  The amount in controversy does not exceed $15,000.00, excluding attorney fees and costs.

3.      Venue is appropriate under Section 47.011 F.S.A. as Defendants, ROBERT, individually, and DONALD, individually defendants reside in Florida and do business in Palm Beach County.

4.      Defendant, CORPORATIONS, were at all times material, Florida corporations.

( 2 )

5.      Defendants, ROBERT, DONALD, and CORPORATIONS, and others, were, and are, a mere sham and organized and operated as the alter ego of individual defendants, ROBERT and DONALD, for their personal benefit and advantage, and the individual defendants for their personal benefit and advantage, and the individual defendants, ROBERT and DONALD, have at all times mentioned paid employees and independent contracts indiscriminately from various checking accounts and moved assets from one corporation to another in an attempt to avoid creditors and investors.

6.      Defendants, ROBERT and DONALD, as the alter ego of Defendant, CORPORATIONS, are, and have been, conducting, managing, and controlling the affairs of the corporations since there incorporations, as though they were Defendants' own businesses, and have used these corporations for the purpose of defrauding Plaintiff, THOMAS, and others similarly situated, as set forth above.

## COUNT I

7.      Comes now the Plaintiff, THOMAS, and files this complaint against the Defendants, ROBERT, DONALD, and CORPORATIONS, and in support thereof would show, incorporating by reference paragraphs, 1 through 6, unto the following:

8.      At all times hereinafter mentioned, Plaintiff was and now is an attorney duly licensed under the State of Florida and maintaining an office for the practice of his profession at 1603 Vision Drive, Palm Beach Gardens, Florida 33418.

9.      On or about the November 1, 2003, Defendants retained Plaintiff as his attorney for the purpose of bringing and defending numerous legal actions against

( 3 )

multiple Third Parties. Defendant agreed on that date and subsequent dates that Plaintiff would be compensated at a reasonable rate for his services in connection with the multiple legal actions filed against Defendants, ROBERT, DONALD, and CORPORATIONS.

10. On or about May 1, 2004, Defendants discharged Plaintiff as his attorney in the above-mentioned legal matters and retained other counsel refusing to pay the balance of the attorney fees and costs incurred during the course of the attorney client relationship. Several attorneys have withdrawn and the Defendants have dismissed numerous attorneys over the last several years as a result of irreconcilable differences with the Defendants.

11. During the period of time that Plaintiff represented Defendant in the above-mentioned actions, from approximately November 7, 2003 through April 30, 2004, Plaintiff performed various professional services on Defendants' behalf, which were necessary for the favorable resolution of the actions. Defendants' fell further and further behind on billing statements. These included: lease issues with a certain landload; Bike Taxi Corporation whereby Defendant received a deposit into the business checking account for approximately $50,000.00 through a bank error and Defendants' refused to reimburse the bank; other issues involved intellectual property regarding certain software invented by Defendants, the use of the intellectual property, equipment and other assets as security for certain loans; the ownership of the intellectual property as an asset and collateral for certain investor loans; interim representation in bankruptcy proceedings to

( 4 )

negotiate settlement; the libel and slander by the National Association of Professional Process Servers (NAPPS) against whom defendants had a dispute.

Plaintiff spent approximately 73 hours of which 30.8 hours at $225.00 per hour remain unpaid in rendering the above mentioned services for Defendants. The legal and factual issues in Defendant's above-mentioned action were complex and required considerable mental effort, research, and diligent application on the part of Plaintiff to resolve. Plaintiff has considerable experience and expertise in the area of law involved in Defendant's above-mentioned actions, consisting of approximately thirteen years in the practice of law. Plaintiff enjoys a good reputation for competence and ability in his field among his peers in the legal profession. Plaintiff was retained by Defendants' because of a previous adversarial relationship against the Defendants' whereby the Defendants' found the undersigned counsel exceptional which led to his representation in new legal issues for and against other Third parties not associated with the previous legal action.

      12.     During the period of time that Plaintiff represented Defendant in the above-mentioned action, from approximately November 1, 2003 to May 1, 2004, Defendant received the benefit of Plaintiff's considerable efforts on Defendants' behalf. Following the discharge of Plaintiff by Defendants', Defendants' above-mentioned actions were in the legal process being resolved favorably to Defendant, however, Defendants choose to avoid successful resolution of the above-mentioned action through the efforts of other counsel as Defendants dismiss attorneys on a regular basis to avoid settlement with creditors and investors.

( 5 )

13.    At the conclusion of the employment relationship between Plaintiff and Defendants, Plaintiff made demand upon Defendant for the payment of reasonable fees in the amount of $7,940.00 for services rendered by Plaintiff on Defendant's behalf in the above-mentioned actions. See Attached Exhibit "A".

14.    Plaintiff has received no payment from Defendant's from the last billing statement rendered in Defendant's above-mentioned action.

WHEREFORE, Plaintiff requests judgment against Defendant in said amount of reasonable fees, $7,940.00 for performance of the above-mentioned services on Defendants behalf by Plaintiff, or, in the alternative, Plaintiff respectfully requests the Court to direct that a reasonable fee in quantum merit be paid to Plaintiff by Defendants for the services rendered.

Dated: September 21, 2005

_____
Woodie H. Thomas, III, Esq.

**Attorney for Plaintiff**

Law Office Of
Woodie H. Thomas, III, P.A.
**Attorney and Counsellor at Law**
**1603 Vision Drive**
**Palm Beach Gardens, Florida 33418**
**(561) 622-2900**
**Fla. & Fed. Bar No. 940216**

( 6 )

LAW OFFICE OF

# WOODIE H. THOMAS, III, Ph.D., P.A.
**ATTORNEY AND COUNSELLOR AT LAW**

1603 VISION DRIVE
PALM BEACH GARDENS, FLORIDA 33418

**561/622-2900**                                      **Facsimile: 561/624-5124**

## CORRECTED
## BILLING STATEMENT

**April 30, 2004**

Mr. Robert A. Gibson, CEO/Chairmen
Corblet Corporation/1-800-Serve Em, Inc.
251 Royal Palm Way, Suite 600A
Palm Beach, Florida 33480-4315
    Re: Serve-Em.Com/Bankruptcy/Wachovia

| Date | Legal Service | Time Charges |
|---|---|---|
| 4/1/04 | Research Bankruptcy Continuance for adversarial complaint, affidavit, conference calls/e-mails with Trustee Bakst. Draft motion, affidavit, Order for continance. | 8.0 |
| 4/2/04 | Conference call/e-mail with Bakst. Final Draft of motion/order for continuance. | 1.3 |
| 4/5/04 | Conference calls to review Serve-Em strategy, NAPPS, and Bike-Taxi. Review Ltrs. From NAPPS & Wachovia. | .7 |
| 4/6/04 | Conference calls w/client regarding status updates on cases. | .2 |
| 4/8/04 | Meet w/client regarding NAPPS, Barbee/Bakst accounting & BRP, and Bike-Taxi. | .5 |
| 4/8/04 | Initial research and draft NAPPS compliant. | 3.0 |
| 4/9/04 | Conference calls with client, final draft and file NAPPS complaint. | 5.0 |



| | | |
|---|---|---|
| 4/12/04 | Conference call w/attorney Pike regarding Bike-Taxi discovery. Complaining that interrogatories incomplete. Agreed to send letter. | .4 |
| 4/13/04 | Ltr. to Michael Pike, Esq. regarding Bike-Taxi issues. | .5 |
| 4/19-21/04 | Client conference calls and client conference on all legal issues. | 1.0 |
| 4/22/04 | Conference with client and John Key, Esq. regarding legal matters. | .5 |
| 4/27/04 | Hearing on Bakst motion for Gibson contempt for failing to provide documents. | 1.5 |
| 2/28/04 | Conference w/client and John Key, Esq. regarding status of cases and NAPPS and strategy for bankruptcy proceedings. | 2.0 |
| 2/28/04 | Conference calls with Paul Tamaroff/NAPPS and client regarding grievances against Gibson. | .3 |

Total Hours   24.9  @ $225.00 per hour equals $ 5,602.50

| | | |
|---|---|---|
| Photocopies: | @ .25 | $ |
| Court Copies | @ 1.00 | $ |
| Filing Fee: | | $ |
| Service of Process Fees: | | $ |
| Postage:   (Express Mail) | | $ |
| Court Reporter: | | $ |
| Deposition Fee: | | $ |
| Transcripts: | | $ |
| Total Costs: | | $ |

GRAND TOTAL        $  5,602.50

( 2 )

| | | | |
|---|---|---|---|
| | Previous Balance Brought Forward | $ | 5,337.50 |
| Less: | Payment Received | $ | 3,000.00 |
| | Total New Attorney Time Charges | $ | 5,602.50 |
| Add: | Costs | $ | .00 |
| | Discount: | | |
| | Total Amount This Bill | $ | |
| | Less Retainer | $ | 0.00 |
| | Balance Due | $ | 7,940.00 |
| | Replenish Retainer | | |
| | ($500 payments every 5 days) | $ | |
| | **TOTAL BALANCE DUE** | **$** | **7,940.00** |

<u>**Unless otherwise indicated all bills are due and payable upon receipt.**</u>  Please make check payable to: WOODIE H. THOMAS, III, Ph.D., P.A., and mail to the above address in the previously provided postage paid envelope.

******* THANK YOU *******

( 3 )