## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
**Division West Palm Beach**

08 APR 18 PM 2: 03

CLERK
U.S. BANKRUPTCY CT.
SO. DIST. FLA.
WPB OFFICE

In re:

**SERVE-EM.COM**
        **Debtor,**

**CASE NO. 03-32460-PGH**

**ROBERT A. GIBSON**
        **Debtor,**

**CASE NO. 05-36640-SHF**

---

**WOODIE H. THOMAS, III, P.A.**

        **Plaintiff,**

**v.**

**ROBERT A. GIBSON, Individually, DONALD GIBSON, Individually, SERVE-EM, INCORPORATED, a Florida Corporation, SERVE-EM.COM, Inc., a Florida Corporation, 1-800-SERVE-EM.COM, INC., a Florida Corporation, BIKE-TAXI COPORATION, a Florida Corporation, CORBLET CORPORATION, a Florida Corporation, CORBADEX CORPORATION, a Florida Corporation, JURIFUND CORPORATION, a Florida Corporation, AIRPORT PROCESS, INC., a Florida Corporation,**

        **Defendants.**

_____/

**Adversary Proceeding
No. 08-01209-PGH**

**Motion to Disqualify Attorney Woodie H. Thomas, III, Ph.D. Esq. and Strike or in the Alternative, Deny His "Motion to Strike"**

**COMES NOW** Debtor/Defendant Robert A. Gibson and files this Motion to Disqualify Attorney Woodie H. Thomas, III, Ph.D., Esq., and Strike or in the Alternative, Deny his "Motion to Strike" and states as follows:

1.      Plaintiff, Woodie H. Thomas, III, P.A. is a Florida Profit Corporation. See attached Exhibit "A".

2.      Plaintiff, Woodie H. Thomas, III, P.A. makes initial appearance through attorney Woodie H. Thomas, III Ph. D., Esq.

3.      Attorney Woodie H. Thomas, III Ph.D. Esq. has signed this motion as Attorney for Plaintiff – Pro Se.

4.      Attorney Woodie H. Thomas, III Ph.D. Esq. is not a party to this action.

5.      Attorney Woodie H. Thomas, III Ph.D., Esq. does not appear on public inquiry to be a member in good standing of the Bankruptcy Bar Association for the Southern District of Florida.

6.      Attorney Woodie H. Thomas, III Ph.D. Esq. does not appear to have taken and passed the necessary exam to qualify as competent to practice before this tribunal.

7.      Attorney Woodie H. Thomas, III Ph.D. Esq. has not moved the Court to appear in this case *pro hac vice* and has no legal standing to represent any client in this Court.

8.      Rule 12 (f) "Motion To Strike" states that: The court may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter.

9.      Attorney Woodie H. Thomas, III Ph.D. Esq. fails to allege any redundant, immaterial, impertinent, or scandalous matter.

10.    The Motion to Strike offered by Attorney Woodie H. Thomas, III Ph.D. Esq. makes rambling allegation of fact immaterial to this case situation.

11.    The Motion to Strike offered by Attorney Woodie H. Thomas, III Ph.D. Esq. does not pray for relief which may be granted under Title 11 or any applicable rules.

12.    The inappropriate and inartfully constructed "Motion to Strike" offered as the initial filing by attorney Woodie H. Thomas, III Ph.D. Esq. tends to show a level of incompetence leading to doubt in his ability to properly represent his client.

WHEREFORE, for the foregoing reasons Debtor/Defendant respectfully ask this court to disqualify Attorney Woodie H. Thomas, III Ph.D. (Esq.) as the legal representative of Plaintiff, Woodie H. Thomas, III, P.A. in this action and to strike the "Motion to Strike" offered by him as his initial filing or in the alternative to deny his "Motion to Strike".

Respectfully submitted this 18th day of April, 2008.

Robert A. Gibson

## CERTIFICATE OF SERVICE

UNDER PENALTY OF PERJURY, I CERTIFY that a copy of the foregoing was provided by regular U.S. mail to the following this 18th day of April 2008.

Woodie H. Thomas, III Ph.D.
Woodie H. Thomas, III, P.A.
1603 Vision Drive,
Palm Beach Gardens, Florida 33410

Richard Glenn
Attorney for Airport Process, Inc.
11382 Prosperity Farms Rd. Ste F-222
Palm beach Gardens, FL  33410

Michael R. Bakst, Trustee and
Attorney for all other Corporate
Defendants
222 Lakeview Ave. Suite #1330
West Palm Beach, FL  33401

Don Gibson
2301 Bay drive
Pompano Beach, FL  33062

STATE OF FLORIDA
COUNTY OF PALM BEACH

Robert A. Gibson
P.O. Box 6786
West Palm Beach, FL  33405-6786
Phone: 561.404.5701

BEFORE ME personally appeared Robert Gibson who being by me first duly sworn and identified in accordance with Florida law, did execute the entire foregoing in my presence.



Notary Public

PATRICIA BARRON
MY COMMISSION # DD723505
EXPIRES October 09, 2011
(407) 398-0153   FloridaNotaryService.com



FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List

No Events    No Name History

Entity Name Search

## Detail by Entity Name

### Florida Profit Corporation

WOODIE H. THOMAS, III, P.A.

### Filing Information

**Document Number** P94000040211
**FEI Number** 650495778
**Date Filed** 05/27/1994
**State** FL
**Status** ACTIVE

### Principal Address

1603 VISION DR
PALM BEACH GARDENS FL 33418-4110 US

Changed 02/22/1999

### Mailing Address

1603 VISION DR
PALM BEACH GARDENS FL 33418-4110 US

Changed 02/22/1999

### Registered Agent Name & Address

THOMAS, ESQ., WOODIE H DR.
1603 VISION DR
PALM BEACH GARDENS FL 33418-4110

Name Changed: 03/29/2007

Address Changed: 02/22/1999

### Officer/Director Detail

#### Name & Address

Title D/P

THOMAS, III, ESQ., WOODIE H DR.
1603 VISION DR
PALM BEACH GARDENS FL 33418-4110 US

### Annual Reports

**Report Year Filed Date**
**2006**    04/08/2006

**2007**      03/29/2007
**2008**      03/16/2008

## Document Images

03/16/2008 -- ANNUAL REPORT    View image in PDF format

03/29/2007 -- ANNUAL REPORT    View image in PDF format

04/08/2006 -- ANNUAL REPORT    View image in PDF format

05/25/2005 -- ANNUAL REPORT    View image in PDF format

04/30/2004 -- ANNUAL REPORT    View image in PDF format

01/13/2003 -- ANNUAL REPORT    View image in PDF format

07/15/2002 -- ANNUAL REPORT    View image in PDF format

05/03/2001 -- ANNUAL REPORT    View image in PDF format

01/12/2000 -- ANNUAL REPORT    View image in PDF format

02/22/1999 -- ANNUAL REPORT    View image in PDF format

02/24/1998 -- ANNUAL REPORT    View image in PDF format

01/16/1997 -- ANNUAL REPORT    View image in PDF format

05/01/1996 -- ANNUAL REPORT    View image in PDF format

03/21/1995 -- ANNUAL REPORT    View image in PDF format

**Note:** This is not official record. See documents if question or conflict.

**Previous on List**   **Next on List**   **Return To List**

**No Events**   **No Name History**              Entity Name Search

Home  Contact us  Document Searches  E-Filing Services  Forms  Help
Copyright  and  Privacy Policies
Copyright © 2007 State of Florida, Department of State.