

**ORDERED in the Southern District of Florida on April 23, 2008.**

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

SERVE-EM.COM,                                CASE NO.:05-32460-BKC-PGH
                                             CHAPTER 7
  Debtor.

ROBERT A. GIBSON,                            CASE NO.:05-36640-BKC-SHF
                                             CHAPTER 7
  Debtor.
_____/

WOODIE H. THOMAS III, P.A,                   ADV. NO.:08-1209-BKC-PGH-A

  Plaintiff(s),

v.

ROBERT A. GIBSON, et al.,

  Defendant(s).
_____/

<u>ORDER DENYING REQUEST FOR REMOVAL AND
REMANDING CASE TO THE STATE COURT</u>

**THIS MATTER** came before the Court for hearing on April 21, 2008, upon Robert A. Gibson's Amended Notice of Removal and Woodie H. Thomas III, P.A.'s ("Plaintiff") Motion to Strike. On May 8, 2003, Serve-em.com filed a bankruptcy petition under Chapter 11 of the Bankruptcy Code. On February 18, 2005, the case was subsequently converted to a case under Chapter 7, and Michael R. Bakst was appointed as the Chapter 7 Trustee (the "Trustee"). On March 9, 2005, the bankruptcy court entered an *Order Granting Emergency Motion By Trustee Michael Bakst To Sell Property Free And Clear of Liens Claims Encumbrances and Interests With Any Liens Claims Encumbrances and Interests to Attach to Proceeds of Sale* (the "Sale Order"). Pursuant to the Sale Order, Donald Gibson purchased the assets of serve-em.com free and clear of all pre-petition liens, claims, encumbrances, and interests. The Trustee held a Post-Conversion Meeting of Creditors on March 27, 2008, and June 25, 2008 was established as the deadline to file proofs of claim.

On October 12, 2005, Robert Gibson filed a petition under Chapter 7 of the bankruptcy code. On February 4, 2006, the bankruptcy court entered an order discharging all pre-petition claims against Robert Gibson (the "Discharge Order"). Pursuant to 11 U.S.C. § 524(a), after entry of the Discharge Order, pre-petition claims against Robert Gibson were enjoined.

The Notice of Removal alleges that the Plaintiff is pursuing pre-petition claims against Robert Gibson and Serve-em.com and

seeks to remove the action to this Court. Plaintiff argues that the causes of action he is pursuing against Robert Gibson, Donald Gibson, or Airport Process, Inc. are independent of any pre-petition claim against Serve-em.com or Robert Gibson.

With the Court having been fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that:

1) Thomas is enjoined from pursuing pre-petition claims against Serve-em.com, the assets of Serve-em.com, or Robert Gibson.

2) Robert Gibson's request for removal is **DENIED** and the cause of action is remanded to the state court.

3) Robert Gibson's request for sanctions against Thomas is **DENIED**.

3) Thomas's Motion to Strike is **DENIED AS MOOT**.

###

Copies Furnished To:

Robert A. Gibson
POB 6786
West Palm Beach, FL 33405

Serve-em.com
251 Royal Palm Way #600A
Palm Beach, FL 33480

Woodie H Thomas III, Esq
1603 Vision Dr
Palm Beach Gardens, FL 33418

Michael R. Bakst, Esq.

AUST