

**ORDERED in the Southern District of Florida on June 30, 2008.**

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

___

```
               UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF FLORIDA
                  WEST PALM BEACH DIVISION
```

In re:

SERVE-EM.COM,                       CASE NO.:03-32460-BKC-PGH
    Debtor.                         CHAPTER 7


ROBERT A. GIBSON,                   CASE NO.:05-36640-BKC-SHF
    Debtor.                         CHAPTER 7
_____/

WOODIE H. THOMAS III, P.A,          ADV. NO.:08-1209-BKC-PGH-A
    Plaintiff(s),

v.

ROBERT A. GIBSON, *et al.*,
    Defendant(s).
_____/

**ORDER DENYING ROBERT GIBSON'S MOTION FOR REHEARING, OR IN THE ALTERNATIVE, TO MODIFY ORDER**

**THIS MATTER** came before the Court on May 7, 2008, upon Robert Gibson's ("Gibson") *Motion for Rehearing, or in the Alternative, To*

*Modify Order* (the "Motion") wherein Gibson seeks reconsideration of this Court's April 23, 2008, *Order Denying Request for Removal and Remanding Case to the State Court.* Federal Rule of Civil Procedure 59(e), made applicable to bankruptcy proceedings by Bankruptcy Rule 9023, allows bankruptcy courts to reconsider orders and judgments after their entry.  A motion to alter or amend an order or judgment shall be filed no later than 10 days after entry of that order or judgment.  *See* Bankr. R. 9023. The Order on which Gibson seeks a rehearing was entered on April 23, 2008. The Motion was filed on May 7, 2008, 14 days after the Order was entered. Therefore, the Motion is not timely under Bankruptcy Rule 9023 and must be denied.

The Court, having considered the Motion and being otherwise fully advised in the premises, hereby:

**ORDERS AND ADJUDGES** that the Motion is **DENIED.**

###

Copies Furnished To:

Robert A. Gibson
POB 6786
West Palm Beach, FL 33405

Serve-em.com
251 Royal Palm Way #600A
Palm Beach, FL 33480

Woodie H Thomas III, Esq
1603 Vision Dr
Palm Beach Gardens, FL 33418

Michael R. Bakst, Esq.

AUST